# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 10, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

Honorable Robert H. Henry
Chambers of Judge Robert Henry
Room 2421, U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Honorable Deanell Reece Tacha
Chambers of Judge Deanell Tacha
643 Massachusetts Street
Suite 301
Lawrence, KS 66044

Honorable Paul J. Kelly Jr.
Chambers of Judge Paul Kelly
Room 120, U.S. Courthouse
South Federal Place
Santa Fe, NM 87501

**RE:**     **05-7128, United States v. Fields**
        Dist/Ag docket: 03-CR-73-WH

Dear Judges:

We have received notice that the petition for writ of certiorari filed in this case was denied on April 6, 2009.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:       William Bruce Guthrie
            Ronald A. White


EAS/gh