# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No.03-cr-73-WH |
| *Plaintiff,* | : | **CAPITAL 2255 PROCEEDINGS** |
| -v- | : | HON. RONALD A. WHITE |
| EDWARD LEON FIELDS, JR., | : | |
| *Defendant.* | : | |

## ORDER

Upon consideration of the unopposed Motion of James L. Hankins for the appointment of counsel for Defendant Edward Leon Fields, Jr., D.E. 278, the Court finds that Motion should be, and the same is hereby, GRANTED. It is therefore the ORDER and findings of the Court:

1.  That Petitioner Edward Fields is eligible for the appointment of counsel to represent him in a to-be-filed section 2255 Motion with respect to his capital convictions and sentences.

2.  The Court finds that proposed counsel from the Capital Habeas Corpus Unit are qualified to represent Mr. Fields and accordingly, the Court appoints Michael Wiseman, Chief, Capital Habeas Corpus Unit as counsel.

3.  Mr. Wiseman is directed to assign at least two lawyers from his office who are also qualified to represent Mr. Fields and to have said lawyers seek admission *pro hac vice* within thirty days of this Order.

4.  This appointment is made based upon Mr. Wiseman's representation

that the CHU will not bill the Court for any fees or expenses related to their representation.

5.  The Court finds that Mr. Fields is indigent and accordingly he may proceed in this action *in forma pauperis*.

**SO ORDERED this _17_ day of April, 2009.**


_____
HON. RONALD A. WHITE
United States District Judge