FILED
MAY 19 2009
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No.03-cr-73-WH |
|  | : | **CAPITAL 2255 PROCEEDINGS** |
| -v- | : | HON. RONALD A. WHITE |
| EDWARD LEON FIELDS, JR., | : |  |

## MOTION FOR ADMISSION OF
## CRISTI CHARPENTIER PRO HAC VICE

Pursuant to this Court's order of April 17, 2009 undersigned counsel, Cristi Charpentier, hereby seeks admission pro hac vice, as follows.

Pursuant to Rule 83.2(g) and Rule 83.3© of the local rules of the United States District Court for the Eastern District of Oklahoma, I, Cristi Charpentier, move to be admitted pro hac vice to the bar of this court for the purpose of representing **Petitioner, Edward Leon Fields**, in this matter. In support of this motion, I submit the following information required as required by the Rules:

A.    My full name is Cristi Charpentier;

B.    My business address, telephone and fax are:

1

Cristi Charpentier
Federal Community Defender Office for the Eastern District of
Pennsylvania – Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0826

C.  My firm name is:

Federal Community Defender Office for the Eastern District of
Pennsylvania, Capital Habeas Corpus Unit

D:  I am a member of the Bar of the Commonwealth of Pennsylvania
Attorney #62055;

I have been a member of the Bar of the United States District Court for
the Eastern District of Pennsylvania since 2004 and the Western District
since 2005; I have been a member of the Bar of the United States Court
of Appeals for the Third Circuit since 2005

E:  I am a member of the above bars in good standing and am not under
suspension or disbarment from any bar;

F:  I do not reside in the Eastern District of Oklahoma, am not regularly
employed in this district and I am not regularly engaged in the practice
of law in this district.

G:  I am seeking admission to the Court in conjunction with my colleague,
Michael Wiseman. We seek relief from the requirement of being moved
into this Court pro hac vice by an associate local counsel because of
local counsels' conflict of interest as a result of representing Petitioner
previously. The office of the Federal Defender represented Petitioner
at trial and appeal. On appeal, the Office of Federal Defender was
joined by local counsel, James L. Hankins. Attorney Hankins kindly
moved for undersigned counsel's appointment in this post-conviction
matter because of conflict; the performance of appellate counsel is a

2

likely area of investigation and development in this §2255 matter. I make this averment in accord with LCvR 83.3.

H:    I certify that I am familiar with the Local Rules of Court and will abide by the applicable rules of attorney conduct for the duration of counsel's activity in the Eastern District of Oklahoma.

I:    Upon approval of this Motion to Appear Pro Hac Vice, counsel will file the required Entry of Appearance form in accordance with LCvR 83.4.

J:    I have included with this Motion the requisite fee and completed form, pursuant to LCvR 83.2. I attest under the penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted pro hac vice to the bar of this court to appear in this matter.

Respectfully Submitted,


Cristi Charpentier
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
cristi_chapentier@fd.org

Dated:    May 18, 2009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

)
)
_____ )
)
**United States of America** )
_____ )
vs.                    Plaintiff(s)  )    Case No. **03-cr-73-WH**
)
**Edward Leon Fields, Jr.** )
_____ )
)
_____ )
Defendant(s)  )

## APPLICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1.  Full name: **Cristi Ann Charpentier**

2.  State bar membership number: **Pa. 62055**

3.  Business address, telephone and fax numbers: _____
    **Federal Community Defender, Eastern District of Pennsylvania**
    **Curtis Building, 601 Walnut St., Suite 545-W**
    **Phila., PA  19106**

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
    **Pennsylvania, USSC, Third Circuit, DC Circuit, ED Pa., WD Pa**

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    Yes    (No)

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    Yes    (No)
    (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    (Yes)    No

    A check for $50 should be made payable to the Clerk, U.S. District Court.
    (Government Attorneys are exempted from paying this fee)

DATED this **18** day of **May**, 2009.

_____
Signature of Applicant