# UNITED STATES DISTRICT COURT

for the

Eastern District of Oklahoma

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:03-cr-00073-RAW |
| Edward Leon Fields, Jr., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, the United States of America                                                                                      .

Date:     05/29/2020

JEFFREY KAHAN        Digitally signed by JEFFREY KAHAN
Date: 2020.05.29 12:09:57 -04'00'

*Attorney's signature*

Jeffrey B. Kahan, PaBN 93199
*Printed name and bar number*

U.S. Dept. of Justice, Capital Case Section
1331 F Street, NW; 6th Fl.
Washington, DC 20530

*Address*

jeffrey.kahan@usdoj.gov
*E-mail address*

(202) 305-8910
*Telephone number*

(202) 353-9779
*FAX number*

I hereby certify that on May 29, 2020, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's CM-ECF system to the following counsel of record:

James L. Hankins     jameshankins@ocdw.com, jhankins5@cox.net
Barry L. Derryberry     barry_derryberry@fd.org, okn_ecf@fd.org
Julia L. O'Connell     julia_o'connell@fd.org, okn_ecf@fd.org
Cristi Charpentier     cristi_charpentier@fd.org, Magda_Watson@fd.org, Susan_Hart@fd.org

Additionally, I placed an exact copy of this document in U.S. Mail to Vicki Mandell-King; Federal Public Defender - Denver; 633 17th Street, Ste. 1000; Denver, Colorado 80202

/S/*Jeffrey B. Kahan*