# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:03-cr-00073-RAW |
| Edward Leon Fields, Jr., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Leon Fields, Jr. .

Date: 05/29/2020

/s/ Katherine Ensler
*Attorney's signature*

Katherine Ensler (pro hac vice), Pa BN 31902
*Printed name and bar number*

Federal Community Defender Office
Capital Habeas Unit
601 Walnut St., Ste. 545W
Philadelphia, PA 19106
*Address*

katherine_ensler@fd.org
*E-mail address*

(215) 928-0520
*Telephone number*

(215) 928-0826
*FAX number*