# UNITED STATES DISTRICT COURT

for the

Eastern District of Oklahoma

|  |  |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Edward Leon Fields, Jr.<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   6:03-cr-00073-RAW

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Leon Fields, Jr.

Date:   May 29, 2020

*Attorney's signature*

Hunter Labovitz (pro hac vice)
*Printed name and bar number*
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106

*Address*

hunter_labovitz@fd.org
*E-mail address*

215-928-0520
*Telephone number*

215-928-0826
*FAX number*