**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Criminal Case No. CR-03-73-RAW** |
| | ) | |
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| *Defendant.* | ) | |

<u>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO A SECOND
AND SUCCESSIVE MOTION FOR COLLATERAL RELIEF**</u>

COMES NOW Plaintiff and Respondent, United States of America, by and through undersigned counsel, and respectfully requests that this Court grant a 14-day extension of time, to and including June 26, 2020, within which to file its response to Defendant Edward Leon Fields, Jr.'s Second or Successive Motion for to Vacate Convictions and Sentence Pursuant to 28 U.S.C. § 2255 (E.D. Okla. case no. 6:10-00115-RAW ("§ 2255"), Dkt. 142-1).

Counsel for Petitioner Fields, Katherine Ensler, does not oppose this request, which is supported by good cause:

1. Since June 18, 2010, undersigned counsel, Jeffrey B. Kahan, has had principal responsibility for responding to Fields' requests for collateral relief. *See* § 2255 Dkt. 7. Mr. Kahan also has principal responsibility for responding to requests for collateral relief filed by Jeffery Paul, who was convicted of murder and sentenced to death in Western District of Arkansas case no. 96-60022-001.

2. As Deputy Chief of the Capital Case Section, Mr. Kahan is responsible for the day-to-day management of seven trial attorneys and three administrative employees, as well as oversight of the Death Penalty Protocol—the process through which the Department of Justice reviews

cases for potential capital prosecution. *See* J.M. §§ 9-10.010 to 9-10.190. At present, there are 60 cases under review by the Department, and 37 of them are awaiting transmission to the Attorney General at CCS. Mr. Kahan is personally overseeing the Protocol review of two cases, involving a total of three defendants.

3. On May 26, 2020, Fields filed his Motion for Leave to File a Successive Motion under 28 U.S.C. § 2255 in Tenth Circuit case no. 20-7026. The same day, Jeffery Paul filed a similar motion in the Eighth Circuit case no. 20-2042, and the Court of Appeals ordered a response by June 9, 2020. Both motions asserted that the appellate courts should permit successive collateral attacks on the defendants' respective convictions based on the Supreme Court's decision in *Davis v. United States*, 139 S.Ct. 2319 (2019).

4. On May 28, 2020, the Tenth Circuit Court of Appeals granted Fields' motion without ordering a response from the United States. The next day, May 29, 2019, this Court ordered the government to file a response to Fields' successive § 2255 motion.

5. On June 9, 2020, Mr. Kahan filed the government's response to Paul's Eighth Circuit Motion, arguing that *Davis* did not apply to the facts of the movant's case. Dkt. 4921578.

6. Mr. Kahan has partially drafted a response to Fields' successive § 2255 motion, addressing his claim under *Davis*. However, the motion includes arguments that sound outside *Davis'* narrow confines, and a response to those claims will require additional research and drafting.

7. Fields' successive § 2255 motion attacks his convictions for firearm murder under 18 U.S.C. § 924, not his convictions for murder within the special territorial jurisdiction of the United States (18 U.S.C. § 1111), which are the bases of his death sentence and the subject of his ongoing § 2255 proceedings. The remaining claims in Fields' original § 2255 litigation concern only the vitality of his sentencing proceedings. *See* § 2255 Dkt. 139 (remanding for an evidentiary hearing regarding

2

trial counsel's penalty phase performance); *see also* Dkt. 312 (noting *Fields v. United States*, Supreme Court case no. 19-8614, asserting a misconduct during the government's penalty phase summation). Because Fields has no pending claim of error regarding his § 1111 murder convictions, which expose him, at a minimum, to life sentences, the requested extension should not prejudice him.

WHEREFORE, the United States respectfully urges this Court to grant a 14-day extension, to and including June 26, 2020, within which to file its response to the successive § 2255 motion.

Dated: June 9, 2020.

Respectfully submitted,
BRIAN J. KUESTER
United States Attorney
Eastern District of Oklahoma

/S/ Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA # 13801
First Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S/ Jeffrey B. Kahan
JEFFREY B. KAHAN, PaBN #93199
Deputy Chief, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; 6th Fl.
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

## CERTIFICATION OF SERVICE

I hereby certify that on June 9, 2020, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's CM-ECF system to the following counsel of record:

- James L. Hankins jameshankins@ocdw.com, jhankins5@cox.net
- Barry L. Derryberry barry_derryberry@fd.org, okn_ecf@fd.org
- Julia L. O'Connell julia_o'connell@fd.org, okn_ecf@fd.org
- Cristi Charpentier cristi_charpentier@fd.org, Magda_Watson@fd.org, Susan_Hart@fd.org
- Katherine Ensler Katherine_ensler@fd.org
- Hunter Labovitz Hunter_labovitz@fd.org

Additionally, I placed an exact copy of this document in U.S. Mail to Vicki Mandell-King; Federal Public Defender - Denver; 633 17th Street, Ste. 1000; Denver, Colorado 80202