**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

EDWARD LEON FIELDS, JR.,

        *Defendant.*

**Case No.** 6 :03-cr-00073-RAW

**RESPONSE IN OPPOSITION TO SUCCESSIVE § 2255 MOTION – EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT FOR THE FILED

## EASTERN DISTRICT OF OKLAHOMA

AUG - 1 2003

William B. Guthrie
Clerk, U.S. District Court

By_____

Deputy Clerk

|                                  |     |                    |
|----------------------------------|-----|--------------------|
| UNITED STATES OF AMERICA,        | )   |                    |
|                                  | )   |                    |
| *Plaintiff,*                     | )   |                    |
|                                  | )   |                    |
| v.                               | )   | No. CR-03-73-5     |
|                                  | )   |                    |
| EDWARD LEON FIELDS, JR.,         | )   |                    |
|                                  | )   |                    |
| *Defendant.*                     | )   |                    |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1

[18 U.S.C. §§ 1111(a) and (b), 7(3) and 13]
[First Degree Murder]

On or about the 10th day of July, 2003, in LeFlore County, Eastern District of Oklahoma, at the Winding Stair camp ground, a place within the special maritime and territorial jurisdiction of the United States and on lands reserved and acquired for the use of the United States, **EDWARD LEON FIELDS, JR.,** the defendant herein, with premeditation and malice aforethought, did unlawfully, wilfully, deliberately and maliciously kill Shirley Elliott Chick by shooting her with a firearm, that is, a .22 caliber Marlin model 60W rifle, serial number 06198019.

**All in violation of Title 18, United States Code, Sections 7(3), 13 and 1111(a) and (b).**

6:03-cr-00073-RAW Document 315-1 Filed in ED/OK on 06/17/20 Page 3 of 7
Case 6:03-cr-00073-RAW Document 16 Filed 08/01/03 Page 2 of 6
Appellate Case: 17-7031    Document: 01019826550    Date Filed: 06/16/2017    Page: 65    Sealed

## COUNT 2

[18 U.S.C. §§ 924(c)(1)(A), (d), (j), 7(3) and 13]
[Use of a Firearm in a Federal Crime
of Violence Causing the Death of a Person]

On or about the 10th day of July, 2003, in LeFlore County, Eastern District of Oklahoma, at the Winding Stair camp ground, a place within the special maritime and territorial jurisdiction of the United States and on lands reserved and acquired for the use of the United States, **EDWARD LEON FIELDS, JR.**, the defendant herein, during and in relation to a crime of violence, Murder in the First Degree as alleged in Count 1, which Count is realleged and incorporated herein by reference, as if fully set forth, for which crime he may be prosecuted in the United States District Court for the Eastern District of Oklahoma, did knowingly use and carry the following firearm, to-wit:

a .22 caliber Marlin model 60W rifle, serial number 06198019.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A), (d), (j), 7(3), and 13.**

## COUNT 3

[18 U.S.C. §§ 1111(a) and (b), 7(3) and 13]
[First Degree Murder]

On or about the 10th day of July, 2003, in LeFlore County, Eastern District of Oklahoma, at the Winding Stair camp ground, a place within the special maritime and territorial jurisdiction of the United States and on lands reserved and acquired for the use of the United States, **EDWARD LEON FIELDS, JR.**, the defendant herein, with premeditation and malice aforethought,

- 2 -

65

Appellate Case: 17-7031   Document: 01019826550   Date Filed: 06/16/2017   Page: 66   Sealed

did unlawfully, wilfully, deliberately and maliciously kill Charles Glenn Chick by shooting him with

a firearm, that is, a .22 caliber Marlin model 60W rifle, serial number 06198019.

**All in violation of Title 18, United States Code, Sections 7(3), 13 and 1111(a) and (b).**

## COUNT 4

[18 U.S.C. §§ 924(c)(1)(A), (d), (j), 7(3) and 13]
[Use of a Firearm in a Federal Crime
of Violence Causing the Death of a Person]

On or about the 10th day of July, 2003, in LeFlore County, Eastern District of

Oklahoma, at the Winding Stair camp ground, a place within the special maritime and territorial

jurisdiction of the United States and on lands reserved and acquired for the use of the United States,

**EDWARD LEON FIELDS, JR.**, the defendant herein, during and in relation to a crime of violence,

Murder in the First Degree as alleged in Count 3, which Count is realleged and incorporated herein

by reference, as if fully set forth, for which crime he may be prosecuted in the United States District

Court for the Eastern District of Oklahoma, did knowingly use and carry the following firearm, to-

wit:

a .22 caliber Marlin model 60W rifle, serial number 06198019.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A), (d), (j), 7(3), and 13.**

- 3 -

## COUNT 5

[18 U.S.C. §§ 7(3) and 13]
[Assimilative Crime – Robbery with a Firearm]

On or about the 10th day of July, 2003, in LeFlore County, Eastern District of Oklahoma, the defendant, **EDWARD LEON FIELDS, JR.**, at the Winding Stair camp ground, a place within the special maritime and territorial jurisdiction of the United States and on lands reserved and acquired for the use of the United States, did commit the felony crime of robbery with a firearm, a .22 caliber Marlin model 60W rifle, serial number 06198019, by robbing Charles Glenn Chick and Shirley Elliott Chick with said firearm and by knowingly and wrongfully taking and carrying away cash and other personalty from the persons of and belonging to and in the possession of Charles Glenn Chick and Shirley Elliott Chick, without their consent and against their will, and by using the rifle to overcome all their resistance, contrary to Title 21, Oklahoma Statues, Section 801.

**All in violation of Title 18, United States Code, Sections 7(3), and 13.**

## COUNT 6

[18 U.S.C. §§ 7(3) and 13]
[Assimilative Crime – Burglary of an Automobile]

On or about the 10th day of July, 2003, in LeFlore County in the Eastern District of Oklahoma, the defendant, **EDWARD LEON FIELDS, JR.**, at the Winding Stair camp ground, a place within the special maritime and territorial jurisdiction of the United States and on lands reserved and acquired for the use of the United States, did commit the felony crime of burglary of

- 4 -

an automobile, by breaking into and entering a motor vehicle, a 1996 Ford Econoline van, Texas tag

SZK70F, Vehicle Identification Number 1FMEE11H44THA18049, in which vehicle personal

property of value was kept and contained and which vehicle was owned by Charles Glenn Chick and

Shirley Elliott Chick, by breaking a window with a rock and entering the vehicle with the intent to

steal property therein, in violation of Title 21, Oklahoma Statutes, Section 1435.

**All in violation of Title 18, United States Code, Sections 7(3), and 13.**

## NOTICE OF SPECIAL FINDINGS

The allegations of Counts 1 and 3 of this Indictment are hereby realleged as if fully

set forth herein and incorporated by reference.  With regard to each such count of this Indictment,

the grand jury makes the following special findings:

1.    The defendant **EDWARD LEON FIELDS, JR.**, was eighteen years of age or

older at the time of the offenses alleged in Counts 1 and 3. [18 U.S.C. § 3591(a)].

2.    The defendant **EDWARD LEON FIELDS, JR.**, intentionally killed the

victim, Shirley Elliott Chick, as alleged in Count 1, which Count is realleged and incorporated herein

as if fully set forth.

3.    The defendant **EDWARD LEON FIELDS, JR.**, intentionally killed the

victim, Charles Glenn Chick, as alleged in Count 3, which Count is realleged and incorporated

herein as if fully set forth.

- 5 -

68

4.    The defendant **EDWARD LEON FIELDS, JR.,** intentionally killed more than one person in a single episode, as alleged in Counts 1 and 3 herein, which Counts are realleged and incorporated herein as if fully set forth. [18 U.S.C. § 3592(c)(16)].

5.    The defendant **EDWARD LEON FIELDS, JR.,** committed the offenses charged in Counts 1 and 3 of the Indictment herein, which Counts are realleged and incorporated herein as if fully set forth, after substantial planning and premeditation to cause the death of a person. [18 U.S.C. § 3592(c)(9)].

A TRUE BILL:

FOREMAN OF THE GRAND JURY

SHELDON J. SPERLING
United States Attorney

SJS:ad

- 6 -

69