**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

      Respondent

    v.

EDWARD LEON FIELDS, JR.,

      Petitioner.

No. 03-CR-73-RAW

## JOINT MOTION FOR A STATUS CONFERENCE TO DISCUSS EVIDENTIARY HEARING SCHEDULING MATTERS

Pursuant to the Court's order of July 20, 2020 (Doc. No. 317) referring this

case to Magistrate Judge West for an evidentiary hearing, the parties jointly request

that the Court schedule a video conference status hearing on November 4, 2020 at

2:00 pm to discuss scheduling matters for the evidentiary hearing.

Respectfully submitted,

COUNSEL FOR THE UNITED STATES

/s/Christopher J. Wilson
CHRISTOPHER J. WILSON
First Assistant U.S. Attorney
520 Denison Ave
Muskogee, OK 74401
(918) 684-5175
(918) 684-5130 fax
chris.wilson@usdoj.gov

COUNSEL FOR PETITIONER

/s/Hunter Labovitz
HUNTER LABOVITZ
KATHERINE ENSLER
Assistant Federal Defenders
Federal Community Defender Office
    for the Eastern District of Pa.
601 Walnut St., Ste. 545W
Philadelphia, PA 19106
Telephone: (215) 928-0520
hunter_labovitz@fd.org
katherine_ensler@fd.org

/s//Jeffrey B. Kahan
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section
U.S. Department of Justice
1331 F Street, N.W., 6th Fl.
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax
jeffrey.kahan@usdoj.gov

2

## CERTIFICATE OF SERVICE

I, Hunter Labovitz, hereby certify that on October 15, 2020, I electronically

filed the foregoing joint motion with the Clerk of Court to be served by operation

of the Court's electronic filing system upon all parties and counsel of record.

/s/ Hunter Labovitz
HUNTER LABOVITZ