# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. CR 03-73-RAW |
| | ) | |
| v. | ) | Date: 11/4/2020 |
| | ) | |
| EDWARD LEON FIELDS, JR., | ) | Time: 2:05 PM – 2:09 PM |
| | ) | |
| Defendant(s). | | |

## MINUTE SHEET
## TELEPHONIC STATUS CONFERENCE

Kimberly E. West, Judge        A. Winkle, Deputy Clerk        K. Anderson, Law Clerk

**Plaintiff's Counsel:** Christopher J. Wilson, Jeffrey B. Kahan (AUSAs)
**Defendant's Counsel:** Hunter S. Labovitz (AFPD)

**MINUTES:**

Court discusses proposed Pre-Hearing Schedule with parties. Court will enter Scheduling Order with agreed dates. Nothing further by parties. Adjourn.