**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff*, | |
| **v.** | **Case No.** 6 :03-cr-00073-RAW |
| **EDWARD LEON FIELDS, JR.,** | |
| *Defendant*. | |

**SCHEDULING ORDER**
**FOR EVIDENTIARY HEARING**

On December 30, 2019, the Tenth Circuit Court of Appeals issued an order partially

reversing and remanding this case for an evidentiary hearing on "directions to conduct an

evidentiary hearing on Fields's claim that his trial counsel was ineffective for failing to

adequately investigate and present at trial evidence of his organic brain damage.." *United*

*States v. Fields*, 949 F.3d 1240, 1243 (10th Cir. 2019).  The mandate issued on February

21, 2020.

On May 28, 2020, Fields filed a petition for writ of certiorari from an issue upon

which the Tenth Circuit had affirmed the denial of collateral relief.  On October 5, 2020,

the Supreme Court denied certiorari.

On July 20, 2020, United States District Judge Ronald A. White, who presides over

this case, referred this case to the undersigned to conduct the evidentiary hearing required

by the Tenth Circuit and for the entry of a Report and Recommendation.  To that end, this

Court consulted with the parties concerning the schedule associated with the evidentiary hearing. By agreement, the parties shall abide by the following scheduling order in anticipation of hearing live testimony at an evidentiary hearing:

- Any motions for authorization to conduct discovery pursuant to Rule 6(a) of the Rules Governing § 2255 Cases and the Federal Rules of Civil Procedure shall be filed no later than **December 1, 2020**.

- Unless otherwise extended by order of this Court, the parties shall complete any ordered discovery by **April 1, 2021**.

- The parties shall exchange expert witness reports, if any, no later than **April 15, 2021**.

- The parties shall exchange witness lists no later than **April 22, 2021**.

- The parties shall exchange exhibits no later than **May 6, 2021**.

- The Court shall conduct a telephonic status conference in this case on **May 13, 2021 at 2:00 p.m.**, at which it will set a date for the commencement of evidentiary proceedings.

- Pre-hearing motions, including motions in limine shall be filed 60 days prior to the date for the commencement of the evidentiary hearing.

- Any request for Petitioner to attend the evidentiary hearing in person or to participate via video conference shall be filed 30 days prior to the date for the commencement of the evidentiary hearing.

- Thirty days prior to the commencement of the evidentiary hearing, the parties shall file a joint pre-hearing statement that shall:

   a. Identify counsel who will appear at the hearing;

   b. Identify any stipulated and uncontested facts;

   c. Identify the contested issues of fact and law;

   d. Identify the witnesses to be called at the hearing, including a brief description of their anticipated testimony; and

   e. Identify the exhibits to be presented at the evidentiary hearing, noting any objection by any party against whom the exhibit is to be offered.

Any party seeking to extend any deadline set out in this Order shall file a motion setting forth good cause at least one week before the expiration of the deadline sought to be extended.

IT IS SO ORDERED this 4th day of November, 2020.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE