**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-10-00115-RAW** |
| | ) | **Criminal Case No. CR-03-73-RAW** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent.* | ) | |

**EXHIBIT A**

1



## SOURCES OF INFORMATION

1. Motion to Vacate, Set Aside or Correct Sentence, April 6, 2010
2. Government's Answer to Motion to Vacate, September 28, 2010
3. Petitioner's Reply to Government's Answer, November 15, 2010
4. Declaration of Bradley Grinage M.D., March 29, 2010
5. Declaration of Dean Anderson P.A., March 24, 2010
6. Declaration of George Woods M.D., March 28, 2010
7. Declaration of Glori Shettles, March 22, 2010
8. Declaration of Joyce Bumgardner M.D., March 30, 2010
9. Declaration of Larry Trombka M.D., March 26, 2010
10. Declaration of RL Winters M.D., March 3, 2010
11. Neuropsychological report and raw data of Daniel Martell Ph.D., April 1, 2010
12. Neuropsychological report of Daniel Martell Ph.D., May 30, 2013
13. Neuropsychiatric report of George Woods M.D., June 25, 2005
14. Neuropsychological report and raw data of Michael M. Gelbort Ph.D., August 11, 2004 for competency proceedings
15. Preliminary neuropsychological report by Jack Randall Price, Ph.D., June 20, 2005
16. Neuropsychological report and raw data of Jack Randall Price Ph.D., July 1, 2005
17. Psychological report of Jeff Mitchell, M.D., June 30, 2005

Page 4 of 99

18. Psychological report Bradley D. Grinage, M.D., June 24, 2005
19. Audio and transcript of interview with Edward Leon Fields by Jeffery Mitchell M.D., June 15, 2005
20. Audio and transcript of interview with Edward Leon Fields by Randall Price Ph.D., June 28, 2005
21. Competency hearing transcript of Curtis Todd Grundy, Ph.D., July 28, 2003
22. Grand Jury testimony transcripts of Carol Lamb, Daniel Pressley and Dawn Michelle Tipton, July 30, 2003
23. Trial testimony transcript of Bradley D. Grinage, M.D., July 19, 2005
24. Trial testimony transcript of George W. Woods, J.R. M.D., July 20, 2005
25. Trial testimony transcript of J. Randall Price, Ph.D., July 20-21, 2005
26. Trial testimony transcript of Jeff Mitchell, M.D., July 21, 2005
27. Trial testimony transcript of Teresa Fields, July 19, 2005
28. Trial testimony transcript of Terry Hanna, July 20, 2005
29. Trial testimony transcript of Marilyn Presley, July 18 and July 20, 2005
30. Trial testimony transcript of Pamela Albert, July 18, 2005
31. Trial testimony transcript of Daniel Presley, July 15, 2005
32. Trial testimony transcript of David Love, July 18, 2005
33. Trial testimony transcript of Dawn Michelle Bond (Tipton), July 18, 2005
34. Trial testimony transcript of Jerrie Lynn Mathews, July 15, 2005
35. Trial testimony transcript of Jovanna Fields, July 19, 2005
36. Trial testimony transcript of Amanda Fields, July 20, 2005
37. Trial testimony transcript of Berry Vaughn, July 18, 2005
38. Trial testimony transcript of Carol Lamb, July 15, 2005
39. Trial testimony transcript of Brenda Lee Stacy, July 15, 2005
40. Trial testimony transcript of Cherie Fields, July 19, 2005
41. Trial testimony transcript of Curtis Elmore, July 18, 2005
42. Presentence report, September 30, 2005
43. Edward Leon Fields's FBI interview and handwritten confession, July 18, 2003
44. Crime investigation documents from Oklahoma State Bureau of Investigation, Federal Bureau of Investigation, Forest Service, and Leflore County Sheriff's Office
45. Transcripts of recorded telephone calls between Edward Leon Fields and Dawn Michelle Tipton, July 21 – September 30, 2003
46. FBI Interview of Marilyn K. Pressley, by SA Gary W. Graff, July 25, 2003
47. OSBI Interview of Carl Wise, by Agent Donnie Long, July 20, 2003
48. OSBI Interview of Max Hendrix, by Agent Donnie Long, July 11, 2003
49. FBI Interview of Charles Thomas Miliara, by SA Gary W. Graff, July 23, 2003
50. FBI Interview of Ronald Edward, by SA Gary W. Graff, July 23, 2003
51. FBI Interview of Carolyn Curry, by SA Gary W. Graff, July 23, 2003
52. FBI Interview of Billy Joe Wallis, by SA Gary W. Graff, July 23, 2003
53. FBI Interview of Donald Curry, by SA Gary W. Graff, July 23, 2003

Page 5 of 99

54. USFS Interview of Brenda Stacy, by SA James Alford, July 28, 2003
55. USFS Interview of Buddy Lynn Burleson, by SA James Alford, July 28, 2003
56. USFS Interview of David Love, by SA James Alford, July 28, 2003
57. USFS Interview of Andrea White, by SA James Alford, July 28, 2003
58. USFS Interview of Marla Dodd, by SA James Alford, July 23, 2003
59. USFS Interview of Janice Wright, by SA James Alford, July 24, 2003
60. USFS Interview of Charles Gossow, by SA James Alford, July 24, 2003
61. USFS Interview of Carole Sakura Lamb, by SA James Alford, July 18, 2003
62. USFS Interview of Jason Janway, by SA James Alford, July 23, 2003
63. USFS Interview of Alice Naylor, by SA James Alford, July 23, 2003
64. USFS Interview of Donald Allison, by SA James Alford, July 23, 2003
65. USFS Interview of Dave Meyer, by SA James Alford, July 23, 2003
66. USFS Interview of Robert O. White, by SA James Alford, July 24, 2003
67. USFS Interview of Betty Vaughn, by SA James Alford, July 23, 2003
68. USFS Interview of Arlene Snyder, by SA James Alford, July 23, 2003
69. FBI Interview of Debra Garcia, by SA Gary W. Graff, July 23, 2003
70. FBI Interview of Debbie Garcia, by SA Andrew D. Farrell, August 21, 2003
71. FBI Interview of Michael William Grey, by SA Andrew D. Farrell, August 22, 2003
72. FBI Interview of Paul Burnett, by SA Andrew D. Farrell, August 26, 2003
73. FBI Interview of Audrey Tom Linson, by SA Andrew D. Farrell, August 22, 2003
74. FBI Interview of Mattie Kirkham, by SA Andrew D. Farrell, August 26, 2003
75. FBI Interview of Charles Watkins, by SA Andrew D. Farrell, August 20, 2003
76. FBI Interview of Terri Vester, by SA Andrew D. Farrell, August 20, 2003
77. FBI Interview of Donald Dingler, by SA Andrew D. Farrell, August 15, 2003
78. FBI Interview of James Gregory Dean, by SA Andrew D. Farrell, August 15, 2003
79. USFS Interview of Sherry Sue McCullough, by SA James Alford, September 8, 2003
80. USFS Interview of Jerrie Lyn Matthews, by SA James Alford, September 4, 2003
81. USFS Interview of Elizabeth Annette Wilson, by SA James Alford, September 4, 2003
82. USFS Interview of Judy Janway, by SA James Alford, September 4, 2003
83. FBI Interview of Deborah Bailey, by SA Orlando Quant, September 9, 2003
84. FBI Interview of Helen Walker, by SA Orlando Quant, September 8, 2003
85. FBI Interview and computer search warrant of Mary Margaret Fields, by SA Gary W. Graff, September 31, 2003
86. FBI Interview of Jovonna Lea Fields, by SA Craig D. Cormier, September 9, 2003
87. FBI Interview of Ethel Gist, by SA Craig D. Cormier, September 9, 2003
88. FBI Interview of Paul D. Fields, by SA Craig D. Cormier, September 9, 2003

Page 6 of 99

89. FBI Interview of James Richard White, by SA Craig D. Cormier, September 4, 2003
90. FBI Interview of Eleanor Elizabeth White, by SA Craig D. Cormier, September 4, 2003
91. FBI Interview of Kathy Fagrell, by SA Gary W. Graff, August 22, 2003
92. FBI Interview of Daniel Pressley, by SA Gary W. Graff, August 21, 2003
93. FBI Interview of Gayla Schlosser, by SA Gary W. Graff, August 22, 2003
94. FBI Interview of Rhiannon Nycole Meadows, by SA Daniel L. Reece, November 21, 2003
95. FBI Interview of Jemima Carol Hagan Meadows, by SA Daniel L. Reece, October 29, 2003
96. OSBI Transcript of Interview of Carole Sakura Lamb, October 16, 2003
97. OSBI Transcript of Interview of Carl Gabriel Wise, October 20, 2003
98. FBI Interview of Teresa Fields, by Dale Fout, August 29, 2003
99. FBI Interview of Cadena Michele Sparks, by Dale Fout, August 29, 2003
100. FBI Interview of Rufus Allan Skeens, by Dale Fout, October 20, 2003
101. FBI Interview of John Rounds, by SA Gary W. Graff, October 2, 2003
102. FBI Interview of Jerry Alan Carter, by Jimmie D. Caudle, October 29, 2003
103. FBI Interview of Margaret Elliott, by SA Richard Whisenant, August 6, 2003
104. OSBI Interview of Gail Lynn Nichols, by Agent Donnie Long, September 5, 2003
105. OSBI Interview of Kenneth Dwayne Ritchie, by Agent Donnie Long, September 18, 2003
106. OSBI Interview of Elaine Calhoun, by Agent Donnie Long, September 18, 2003
107. OSBI Interview of Margaret Fields's CPU, by Agent Donnie Long
108. FBI Interview of Michael Lloyd, by SA Gary W. Graff, January 30, 2004
109. OSBI Interview of David Love, by Agent Donnie Long, September 30, 2003
110. USFS Interview of Becky Steelman, by SA James Alford, March 16, 2004
111. FBI Interview of Cherie Fields, by SA Gary W. Graff, September 4, 2004
112. FBI Interview of Karen Hall, by SA Gary W. Graff, October 4, 2004
113. FBI Interview of Dean N. Anderson, by SA Gary W. Graff, October 21, 2004
114. FBI Interview of Denise Chitwood, by SA Gary W. Graff, November 8, 2004
115. FBI Interview of Angela Wade, by SA Andrew D. Farrell, September 11, 2003
116. USFS Interview of Tony Lee Mayrant, by SA James Alford, December 22, 2003
117. USFS Interview of Alicia Herell, by SA James Alford, January 16, 2004
118. USFS Interview of store employees where Edward Leon Fields made purchases by Officer Paul Jolivette, August 27, 2003
119. Interview of Edward Fields by Glori J. Shettles, August 18, 19 and 25, 2003
120. Interview of Mildred "Pat" Ginniman by Glori J. Shettles, August 23, 2003
121. Interview of Dorothy Sapp by Glori J. Shettles, August 23 and 24, 2003
122. Interview of Ethel Gist by Glori J. Shettles, April 22, 2004
123. Interview of Karen Hall by Glori J. Shettles, April 22, 2004

Page 7 of 99

124. Interview of Betty Davis by Glori J. Shettles, August 25, 2003
125. Interview of Retha Fenn by Glori J. Shettles, August 24, 2003
126. Interview of Jay Fields by Glori J. Shettles, August 24, 2003
127. Interview of Debra Bailey by Glori J. Shettles, September 3, 2003
128. Criminal and Mental Health Information of Rocky Hines by Glori J. Shettles, May 26, 2004
129. Interview of Welton Hines by Glori J. Shettles, May 4, 2004
130. Interview of Teresa and Amanda Fields by Glori J. Shettles, May 12, 2004
131. Interview of Jackie Sharon Koehne by Glori J. Shettles, December 19, 2003
132. Interview of Betty Owens by Glori J. Shettles, August 20, 2003
133. Interview of Cherie Fields by Glori J. Shettles, May 12, 2004
134. Interview of Elizabeth Wilson by Glori J. Shettles, August 31, 2004
135. Interview of Ethel Gist by Glori J. Shettles, August 20, 2003
136. Interview of Rhiannon Meadows by Glori J. Shettles, August 29, 2003
137. Interview of Cherie Fields by Glori J. Shettles, August 28, 2003
138. Interview Teresa Fields, Amanda Fields, and Andy Fields by Glori J. Shettles, August 27, 2003
139. Correspondence from Edward Fields to Glori J. Shettles, January 19, 2004
140. Mitigation Timeline by Glori J. Shettles, September 5, 2003
141. Interview of Paul and Jovanna Fields by Glori J. Shettles, August 24, 2003
142. Telephone Interview of Sharon Koehne by Glori J. Shettles, May 23, 2005
143. Telephone Interview of Mary Sizemore by Glori J. Shettles, May 10, 2004
144. Interview of Erline Butcher by Glori J. Shettles, May 13, 2004
145. Interview of Kathy Fagrell by Glori J. Shettles, April 22, 2004
146. Interview of David Love by Glori J. Shettles, April 22, 2004
147. Interview of Gayla Schlosser by Glori J. Shettles, April 22, 2004
148. Interview of Roberta Jasin by Glori J. Shettles, April 29, 2004
149. Telephone Interview of  Frances Blankenship by Glori J. Shettles, April 7, 2004
150. Interview of Michelle Tipton by Glori J. Shettles, April 21, 2003
151. Interview of  Carol "Tootie" Lamb by Glori J. Shettles, August 21, 2003
152. Interview of Tony and Pat Mayramt by Glori J. Shettles, April 21, 2004
153. Interview of  Judy Janway by Glori J. Shettles, April 22, 2004
154. Interview of Michael Lloyd by Glori J. Shettles, April 22, 2004
155. Telephone Interview of Kenneth Ritchie by Glori J. Shettles, April 23, 2004
156. Telephone Interview of Gail Nichols by Glori J. Shettles, April 23, 2004
157. Interview of  Sherry McCullough by Glori J. Shettles, April 21, 2004
158. Interview of Andrea White by Glori J. Shettles, April 20, 2004
159. Telephone Interview of Father Matt Rowgh by Glori J. Shettles, December 17, 2003
160. Telephone Interview of Mary Elston by Glori J. Shettles, December 17, 2003
161. Telephone Interview Dr. Mina Patel by Glori J. Shettles, February 11, 2004
162. Follow-Up Interview of Edward Elston by Glori J. Shettles, January 5, 2004



Page 8 of 99

163. Response from Dr. Mina Patel to Glori J. Shettles, January 19, 2004
164. Correspondence from Edward Fields to Glori J. Shettles, January 19, 2004
165. Interview of Jerry Carter by Glori J. Shettles, April 24, 2004
166. Interview of Denise Chitwood by Glori J. Shettles, August 22, 2003
167. Interview of Michelle Tipton by Glori J Shettles, August 21, 2003
168. Telephone Conversations with Margaret Fields by Glori J. Shettles, September 12, 2003
169. Interview of Margaret Fields by Glori J. Shettles, August 26, 2003 and August 27, 2003
170. Interview of Carol Hagan by Glori J. Shettles, August 26, 2003
171. Interview of Danny Presley and Marilyn Presley by Glori J. Shettles, August 20, 2003
172. Telephone Interview of Helen Walker by Glori J. Shettles, September 2, 2003
173. Handwritten defense interview notes of Teresa Fields and Edward Leon Fields, July 2003 – August 2005
174. Minaben D. Patel, M.D. psychological treatment records of Mary Margaret Fields
175. Neuropsychological Evaluation of Mary Margaret Fields by Dale Jeffus, Ph.D., September 24, 2001
176. Mercy Behavioral Outpatient Services Counseling Center records of Mary Margaret Fields
177. Cooper Clinic medical records of Mary Margaret Fields
178. Chris Hardin, M.D. treatment records of Mary Margaret Fields
179. Center for Psychiatry records of Mary Margaret Fields
180. Medical Plaza medical records of Mildred Holt
181. Sparks Medical Foundation records of Edward Fields Sr.
182. Oklahoma State Reformatory records of Edward Fields Sr.
183. Blue Ridge Medical Specialists medical records of Teresa Fields
184. Family photographs of Edward Leon Fields
185. Edward Leon Fields's personal calendar with handwritten notes, April, 2003
186. Change of Plea hearing transcript, June 30, 2005
187. Drawings by Edward Leon Fields
188. Personal Correspondence of Edward Leon Fields (undated)
189. Newborn medical records
190. Birth Certificate
191. Baptism Certificate
192. St. Francis de Sales School records
193. Minaben D. Patel, M.D. psychological treatment records
194. Richlands High School records and yearbook photographs
195. Humana Hospital Clinch Valley records
196. Southwest Virginia Community College transcript
197. General Educational Development Tests Results
198. Navy personnel records



Page 9 of 99

199. Journal entries from service in the Navy
200. Oklahoma Department of Corrections employment records
201. Wakenhunt employment records
202. The Employment Group records
203. Bremner-Wortz employment records
204. Kenco Plastics employment records
205. Child Support Enforcement records
206. Heavener Medical Clinic records
207. Leflore County Medical Center records
208. Humana Hospital records
209. Medical Plaza records of Mike Kemp, M.D.
210. Stigler Police Department incident report re: stalking Dawn Michelle Tipton, March 31 - June 11, 2003
211. Handwritten statement of Dawn Michelle Tipton, June 10, 2003
212. Handwritten statements of Morgan Hope, June 10 and 11, 2003
213. Muskogee County Jail records
214. Muskogee County Jail incident report re: suicide attempt
215. Tulsa Jail medical records
216. Terre Haute Bureau of Prison central file
217. Terre Haute Bureau of Prison medical records
218. Terre Haute Bureau of Prison mental health records
219. Terre Haute Bureau of Prison email correspondence records of Edward Leon Fields
220. Susan Koslow, M.D. neurological report and brain scan images, November 3, 2011
221. Interview and neuropsychological evaluation of Edward Leon Fields, July 31-August 2, 2013
222. Discussion with Jerry Carter on September 25, 2013
223. Discussion with Roberta Jasin on September 27, 2013
224. Discussion with Debra Bailey on September 27, 2013
225. Discussion with Gail Nichols on October 3, 2013
226. Discussion with Daniel Presley on October 10, 2013