**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

EDWARD LEON FIELDS, JR.,    )
    )
    *Petitioner*,    )
    )
v.    )
    )    **Criminal Case No. CR-03-73-RAW**
UNITED STATES OF AMERICA    )
    )
    *Respondent.*    )

## ORDER FOR DISCOVERY

The Court has read and considered the government's Motion for Discovery, filed on December1, 2020 ("Motion"). For good cause shown, the Court hereby APPROVES the Motion as follows:

1. Petitioner Fields is required to undergo a neuropsychological evaluation performed by James D. Seward, Ph.D., ABPP at the Special Confinement Unit in Terre Haute. Dr. Seward shall video record his interview of Petitioner Fields but not the administration of neuropsychological tests to him.

2. Petitioner Fields is required to undergo a psychiatric evaluation performed by a qualified expert retained by the United States at the Special Confinement Unit in Terre Haute. The psychiatrist will record the audio, and possibly the video, of his or her interview with Fields.

3. The government may serve subpoenas duces tecum on the U.S. Bureau of Prisons for all documents in its possession related to Fields' medical and mental health history and treatment. Petitioner Fields is required to execute any waivers necessary for the government to obtain the subpoenaed material

4. Petitioner Fields is required to execute any waivers necessary for the government to interview and potentially subpoena the testimony of the radiologists and technicians who performed (on November 3, 2011) and interpreted (on November 3, 2011 or later) an MRI of his brain. The waiver shall encompass any right of privacy or privilege as to all involved professionals, including but not limited to Dr. Susan Koslow. The waiver should permit the government to authenticate any records related to the MRI obtained through Fields or a third-party source and to investigate and potentially present Dr. Koslow's opinion.

5. The government may serve upon Petitioner Fields a request to make available for inspection and copying, within 45 days, at the offices of his current counsel, every document he or his counsel provided to George W. Woods, M.D., Bradley D. Grinage, M.D., Michael M. Gelbort, Ph.D., Daniel A. Martell, Ph.D., Louise Bumgardener, M.D., Larry Trombka, M.D., R.L. Winters, M.D., and Dean Anderson, PA in furtherance of this litigation. Petitioner Fields is required to execute any waivers necessary for the government to obtain these documents.

6. The government may serve upon Petitioner Fields a request to make available for inspection and copying, within 45 days, every document he or his counsel may have received (as limited by Federal Rule of Civil Procedure 26(b)(4)) from George W. Woods, M.D., Bradley D. Grinage, M.D., Michael M. Gelbort, Ph.D., Daniel A. Martell, Ph.D., Louise Bumgardener, M.D., Larry Trombka, M.D., R.L. Winters, M.D., and Dean Anderson, PA in furtherance of this litigation. Petitioner Fields is required to execute any waivers necessary for the government to obtain these documents.

7. To the extent not otherwise embraced by its requests for production, as set forth in Paragraphs 5 and 6 of this Order, the government may issue subpoenas for any materials answerable to those requests but possessed by George W. Woods, M.D., Bradley D. Grinage, M.D., Michael M. Gelbort, Ph.D., Daniel A. Martell, Ph.D., Louise Bumgardener, M.D., Larry Trombka, M.D., R.L. Winters, M.D., and Dean Anderson, PA. Petitioner Fields is required to execute any waivers necessary for the government to obtain these documents. Such waivers should encompass any privilege or privacy interest Fields might otherwise assert with respect to the conduct of the professionals who treated or evaluated him.

Presented by: */S Jeffrey B. Kahan*
    JEFFREY B. KAHAN
    Trial Attorney, U.S. Dept. of Justice

Dated: December 3, 2020

               _____
               HON. KIMBERLY E. WEST
               U.S. Magistrate Judge