UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 03-CR-73-RAW |
| | : | |
| Respondent, | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |

## ORDER

**AND NOW**, this 3rd day of December, 2020, upon consideration of Petitioner Edward Leon Fields's Motion for Discovery and Consolidated Supporting Brief (ECF No. 323), it is hereby **ORDERED** that Petitioner's Motion is **GRANTED** as follows:

(1)     The administration at the USP-Terre Haute is directed to permit George W. Woods, Jr., M.D., Bradley D. Grinage, M.D., Michael Gelbort, Ph.D., and Daniel A. Martell, Ph.D., to meet with and evaluate Mr. Fields at a time convenient to the institution and each of the experts;

(2)     The Government is directed to produce the records it provided to its mental health experts, additional records upon which the experts relied when formulating their opinions, the experts' final report(s) and any notes, interview notes, raw test data, normative data, diagnostic criteria that the experts took or will take during interviews of Mr. Fields and/or witnesses; and

(3)    The United States Bureau of Prisons is directed to produce all records in its possession that pertain to Mr. Edward Leon Fields's medical and mental health.


BY THE COURT:

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE