# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      *Plaintiff*,

v.

EDWARD LEON FIELDS, JR.,

      *Defendant*.

**Case No.** 6:03-cr-00073-RAW

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES FOR EVIDENTIARY HEARING

**COME NOW**, Petitioner and Respondent, by and through undersigned counsel, and hereby respectfully move this Court to extend the dates in the current scheduling order by 90 days. In support of this joint motion, the parties state:

1. On December 30, 2019, the Tenth Circuit Court of Appeals issued an order partially reversing and remanding this case for an evidentiary hearing on "directions to conduct an evidentiary hearing on Fields's claim that his trial counsel was ineffective for failing to adequately investigate and present at trial evidence of his organic brain damage." *United States v. Fields*, 949 F.3d 1240, 1243 (10th Cir. 2019). The mandate issued on February 21, 2020.

2. On July 20, 2020, United States District Judge Ronald A. White, who presides over this case, referred this case to the Court to conduct the evidentiary hearing and enter a Report and Recommendation.

3. On November 4, 2020, the Court consulted with the parties and entered a scheduling order for pre-hearing matters in anticipation of hearing live testimony at an evidentiary hearing. Doc. 322.

4. Among other things, the pre-hearing schedule requires the parties to complete ordered discovery by April 1, 2021, and exchange expert witness reports no later than April 15, 2021. The Court previously entered discovery orders permitting mental health experts for both parties to evaluate Mr. Fields at USP-Terre Haute. *See* Doc. 325 at 1 (government experts); Doc. 326 at 1 (defense experts). However, the parties have not yet scheduled the expert evaluations, particularly because of ongoing COVID-19 concerns among the experts with travel and visiting the Terre Haute prison. *See* Lisa Trigg, *COVID-19 soars at Terre Haute federal prison complex*, Dec. 22, 2020 https://www.tribstar.com/news/covid-19-soars-at-terre-haute-federal-prison-complex/article_57a3ad58-4464-11eb-b444-0702db9b765d.html. As of now, the parties are not certain when the experts will be able to safely complete their visits with Mr. Fields as well as complete any subsequent report.

5.    Thus, to provide the parties and their experts enough time to complete the pre-hearing ordered tasks given the current COVID-19 pandemic complications, the parties respectfully request that the Court extend all pending scheduling deadlines by 90 days. In the interim, the parties will work diligently on pre-hearing areas where they can.

6.    A proposed scheduling order is attached to this motion.

Respectfully Submitted,

COUNSEL FOR THE UNITED STATES    COUNSEL FOR PETITIONER

/s/ Christopher J. Wilson
Christopher J. Wilson
First Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
chris.wilson@usdoj.gov

/s/ Jeffrey B. Kahan
Jeffrey B. Kahan
Chief, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW, Rm. 337
Washington, DC 20530
Telephone: (202) 305-8910
jeffrey.kahan@usdoj.gov

/s/ Hunter S. Labovitz
Hunter S. Labovitz,
Katherine Ensler
Assistant Federal Defenders
Federal Community Defender Office
    for the Eastern District of Pa.
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520 Deputy
hunter_labovitz@fd.org
katherine_ensler@fd.org

# CERTIFICATE OF SERVICE

I, Hunter Labovitz, hereby certify that on February 8, 2021, I electronically filed the foregoing joint motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Hunter Labovitz
HUNTER LABOVITZ