# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    6:03-cr-00073-RAW |
| Edward Leon Fields, Jr., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, the United States of America                                                      .

Date:      05/24/2021                                    s/Aaron J. Stewart
                                                  *Attorney's signature*

                                         Aaron J. Stewart OK Bar No. 31721
                                                  *Printed name and bar number*

                                         U.S. Dept. of Justice, Capital Case Section
                                         1331 F Street, NW; 6th Fl.
                                         Washington, DC 20530

                                                  *Address*

                                         Aaron.J.Stewart@usdoj.gov
                                                  *E-mail address*

                                         (202) 320-4385
                                                  *Telephone number*

                                         (202) 353-9779
                                                  *FAX number*

I hereby certify that on May 24, 2021, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's CM-ECF system to the following counsel of record:

James L. Hankins, jameshankins@ocdw.com, jhankins5@cox.net
Barry L. Derryberry, barry_derryberry@fd.org, okn_ecf@fd.org
Julia L. O'Connell, julia_o'connell@fd.org, okn_ecf@fd.org
Cristi Charpentier, cristi_charpentier@fd.org, Magda_Watson@fd.org, Susan_Hart@fd.org
Katherine E. Ensler, katherine_ensler@fd.org
Hunter S. Labovitz, hunter_labovitz@fd.org

Additionally, I placed an exact copy of this document in U.S. Mail to Vicki Mandell-King; Federal Public Defender, Denver; 633 17th Street, Ste. 1000; Denver, Colorado 80202

s/Aaron J. Stewart