# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

EDWARD LEON FIELDS, JR.,

    *Defendant.*

Case No. 6:03-cr-00073-RAW

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES FOR EVIDENTIARY HEARING

**COME NOW**, Petitioner and Respondent, by and through undersigned counsel, and hereby respectfully move this Court to extend the dates in the current scheduling order by 120 days. In support of this joint motion, the parties state:

1. On December 30, 2019, the Tenth Circuit Court of Appeals issued an order partially reversing and remanding this case for an evidentiary hearing on "directions to conduct an evidentiary hearing on Fields's claim that his trial counsel was ineffective for failing to adequately investigate and present at trial evidence of his organic brain damage." *United States v. Fields*, 949 F.3d 1240, 1243 (10th Cir. 2019). The mandate issued on February 21, 2020.

2. On July 20, 2020, United States District Judge Ronald A. White, who presides over this case, referred this case to the Court to conduct the evidentiary hearing and enter a Report and Recommendation.

3. On November 4, 2020, the Court consulted with the parties and entered a scheduling order for pre-hearing matters in anticipation of hearing live testimony

at an evidentiary hearing. Doc. 322.

4. On February 8, 2021, the parties filed a joint motion to amend the scheduling order. Doc. 327. At that time, ongoing COVID-19 concerns had complicated the parties' ability to comply with the November 2020 scheduling order, particularly regarding expert evaluations of Mr. Fields.

5. On February 25, 2021, the Court amended the scheduling order as requested. Doc. 328.

6. The parties now jointly request that the Court extend all amended deadlines by 120 days.

7. COVID-19 related travel issues have still delayed the parties' pre-hearing preparations. To date, only one expert that the Court has authorized to visit with Mr. Fields, Doc. 325 and 326, has been able to do so. It is not clear when the remaining authorized experts will be able to complete their visits with Mr. Fields as well as complete any subsequent reports, which are currently required to be exchanged no later than July 14, 2021.

8. Additionally, counsel for the government Christopher Wilson has been tasked with significant time-consuming obligations stemming from cases his office has undertaken to prosecute in the Eastern District of Oklahoma because of the Supreme Court's decision in *McGirt v. Oklahoma*, 140 S.Ct. 2452 (2020). And, co-counsel Aaron Stewart just entered his appearance in the case in late May 2021 to

replace co-counsel Jeffrey Kahan. These developments have further complicated the parties' ability to comply with the current deadlines.

9. Thus, to provide the parties and their experts enough time to complete the pre-hearing ordered tasks, the parties respectfully request that the Court extend all pending scheduling deadlines by 120 days. In the interim, the parties will work diligently on pre-hearing areas where they can. For instance, the government has provided the defense with records it obtained from Mr. Fields' Bureau of Prisons file and the defense provided the government with the digital images it obtained from Mr. Fields' 2011 MRI evaluation.

10. A proposed scheduling order is attached to this motion.

Respectfully Submitted,

COUNSEL FOR THE UNITED STATES

COUNSEL FOR PETITIONER

/s/ Christopher J. Wilson
Christopher J. Wilson
First Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
chris.wilson@usdoj.gov

/s/ Aaron J. Stewart
Aaron J. Stewart
U.S. Dept. of Justice
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20530
Telephone: (202) 320-4385
Aaron.J.Stewart@usdoj.gov

/s/ Hunter S. Labovitz
Hunter S. Labovitz,
Katherine Ensler
Assistant Federal Defenders
Federal Community Defender Office
    for the Eastern District of Pa.
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
hunter_labovitz@fd.org
katherine_ensler@fd.org

## CERTIFICATE OF SERVICE

I, Hunter Labovitz, hereby certify that on June 17, 2021, I electronically filed the foregoing joint motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Hunter Labovitz
HUNTER LABOVITZ