# CERTIFICATE OF SERVICE

I, Hunter Labovitz, hereby certify that on November 5, 2021, I electronically filed the foregoing joint motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Hunter Labovitz
HUNTER LABOVITZ