**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

EDWARD LEON FIELDS, JR.,

*Defendant.*

**Case No.** 6:03-cr-00073-RAW

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES FOR EVIDENTIARY HEARING

**COME NOW**, Petitioner and Respondent, by and through undersigned counsel, and hereby respectfully move this Court to extend the dates in the current scheduling order by 90 days. In support of this joint motion, the parties state:

1. On December 30, 2019, the Tenth Circuit Court of Appeals issued an order partially reversing and remanding this case for an evidentiary hearing on "directions to conduct an evidentiary hearing on Fields's claim that his trial counsel was ineffective for failing to adequately investigate and present at trial evidence of his organic brain damage." *United States v. Fields*, 949 F.3d 1240, 1243 (10th Cir. 2019). The mandate issued on February 21, 2020.

2. On July 20, 2020, United States District Judge Ronald A. White, who presides over this case, referred this case to the Court to conduct the evidentiary hearing and enter a Report and Recommendation.

3.     On November 4, 2020, the Court consulted with the parties and entered a scheduling order for pre-hearing matters in anticipation of hearing live testimony at an evidentiary hearing. Doc. 322.

4.     On February 8, 2021, the parties filed a joint motion to amend the scheduling order by 90 days. Doc. 327. At that time, ongoing COVID-19 concerns had complicated the parties' ability to comply with the November 2020 scheduling order, particularly regarding expert evaluations of Mr. Fields.

5.     On February 25, 2021, the Court amended the scheduling order as requested. Doc. 328.

6.     Based on ongoing complications caused by COVID-19, the parties filed subsequent joint requests for additional time, Docs. 330 and 332, which the Court granted. Docs. 331 and 334.

7.     The parties now jointly request that the Court extend all the current deadlines by an additional 90 days.

8.     COVID-19 related travel issues have still delayed the parties' pre-hearing preparations. To date, only two experts that the Court has authorized to visit with Mr. Fields, Doc. 325 and 326, have been able to do so. Both sides still have authorized experts who intend to visit with Mr. Fields, and it is not clear when those experts will be able to complete their visits with Mr. Fields as well as complete any subsequent reports, which are currently required to be exchanged no

later than February 10, 2022.

9. Thus, to provide the parties and their experts enough time to complete the pre-hearing ordered tasks, the parties respectfully request that the Court extend all deadlines in the previous scheduling order, Doc. 334, by 90 days. In the interim, the parties will continue to work diligently on pre-hearing areas where they can.

10. A proposed scheduling order is attached to this motion. The parties request that the Court schedule a status conference for early June at the Court's convenience to set a date for the commencement of evidentiary proceedings.

Respectfully Submitted,

COUNSEL FOR THE UNITED STATES    COUNSEL FOR PETITIONER

/s/ Christopher J. Wilson            /s/ Hunter S. Labovitz
Christopher J. Wilson                Hunter S. Labovitz
United States Attorney               Katherine Ensler
520 Denison Avenue                   Assistant Federal Defenders
Muskogee, OK 74401                   Federal Community Defender Office
Telephone: (918) 684-5100                 for the Eastern District of Pa.
chris.wilson@usdoj.gov               Suite 545 West, The Curtis
                                     601 Walnut Street
/s/ Aaron J. Stewart                 Philadelphia, PA 19106
Aaron J. Stewart                     Telephone: (215) 928-0520
U.S. Dept. of Justice                hunter_labovitz@fd.org
Capital Case Section                 katherine_ensler@fd.org
1331 F Street, NW, 6th Floor
Washington, DC 20530
Telephone: (202) 320-4385
Aaron.J.Stewart@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Hunter Labovitz, hereby certify that on January 19, 2022, I electronically filed the foregoing joint motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Hunter Labovitz
HUNTER LABOVITZ