**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| **v.** | **Case No.** 6:03-cr-00073-RAW |
| **EDWARD LEON FIELDS, JR.,** | |
| *Defendant.* | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**
**FOR EVIDENTIARY HEARING**

**COME NOW**, Petitioner and Respondent, by and through undersigned counsel, and hereby respectfully move this Court to extend the dates in the current scheduling order by 180 days. In support of this joint motion, the parties state:

1.  On December 30, 2019, the Tenth Circuit Court of Appeals issued an order partially reversing and remanding this case for an evidentiary hearing on "directions to conduct an evidentiary hearing on Fields's claim that his trial counsel was ineffective for failing to adequately investigate and present at trial evidence of his organic brain damage." *United States v. Fields*, 949 F.3d 1240, 1243 (10th Cir. 2019). The mandate issued on February 21, 2020.

2.  On July 20, 2020, United States District Judge Ronald A. White, who presides over this case, referred this case to the Court to conduct the evidentiary hearing and enter a Report and Recommendation.

3. On November 4, 2020, the Court consulted with the parties and entered a scheduling order for pre-hearing matters in anticipation of hearing live testimony at an evidentiary hearing. Doc. 322.

4. On February 8, 2021, the parties filed a joint motion to amend the scheduling order by 90 days. Doc. 327. At that time, ongoing COVID-19 concerns had complicated the parties' ability to comply with the November 2020 scheduling order, particularly regarding expert evaluations of Mr. Fields.

5. On February 25, 2021, the Court amended the scheduling order as requested. Doc. 328.

6. Based on ongoing complications caused by COVID-19, as well as extensive efforts to have experts meet with petitioner and prepare reports, the parties filed subsequent joint requests for additional time. Docs. 330, 332, 335, and 338. The Court extended the amended deadlines. Docs. 331, 334, 336, and 339.

7. The parties now jointly request that the Court extend all amended deadlines by 180 days.

8. The parties have been diligent in retaining experts and arranging for those experts to meet with the Petitioner. Those efforts are still ongoing and have opened certain avenues of inquiry that both parties intend to explore with their

experts. It is highly unlikely the parties will be able to do so before the November 7, 2022 deadline for expert reports.

9. Thus, to provide the parties and their experts enough time to complete the pre-hearing ordered tasks, the parties respectfully request that the Court extend all deadlines in the current scheduling order, Doc. 339, by 180 days. In the interim, the parties will continue to work diligently on pre-hearing areas where they can.

10. A proposed scheduling order is attached to this motion. The parties request that the Court schedule a status conference for May 2022 at the Court's convenience to set a date for commencement of the evidentiary proceedings.

Respectfully Submitted,

COUNSEL FOR THE UNITED STATES     COUNSEL FOR PETITIONER

/s/ Christopher J. Wilson
Christopher J. Wilson
Interim United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
chris.wilson@usdoj.gov

/s/ Aaron J. Stewart
Aaron J. Stewart
U.S. Dept. of Justice
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20530
Telephone: (202) 320-4385
Aaron.J.Stewart@usdoj.gov

/s/ Hunter S. Labovitz
Hunter S. Labovitz
Katherine Ensler
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pa.
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
hunter_labovitz@fd.org
katherine_ensler@fd.org

## CERTIFICATE OF SERVICE

I, Hunter Labovitz, hereby certify that on October 20, 2022, I electronically filed the foregoing joint motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Hunter Labovitz
HUNTER LABOVITZ