**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| **v.** | **Case No.** 6:03-cr-00073-RAW |
| **EDWARD LEON FIELDS, JR.,** | |
| *Defendant.* | |

## PROPOSED AMENDED SCHEDULING ORDER
## FOR EVIDENTIARY HEARING

The parties joint Motion to Extend Scheduling Order Deadlines for Evidentiary Hearing is **GRANTED**. By agreement, the parties shall abide by the following eighth amended scheduling order in advance of the evidentiary hearing ordered by the Tenth Circuit:

- Unless otherwise extended by order of this Court, the parties shall complete any ordered discovery by **July 19, 2024**.

- The parties shall exchange expert witness reports, if any, no later than **August 2, 2024**.

- The parties shall exchange witness lists no later than **August 9, 2024**.

- The parties shall exchange exhibits no later than **August 23, 2024**.

- The Court shall conduct a telephonic status conference in this case on **December 11, 2023 at 10:00 a.m.**, at which it will set a date for the commencement of evidentiary proceedings.

- Pre-hearing motions, including motions in limine shall be filed 60 days prior to the date for the commencement of the evidentiary hearing.

- Any request for Petitioner to attend the evidentiary hearing in person or to participate via video conference shall be filed 30 days prior to the date for the commencement of the evidentiary hearing.

- Thirty days prior to the commencement of the evidentiary hearing, the parties shall file a joint pre-hearing statement that shall:

  a.  Identify counsel who will appear at the hearing;

  b.  Identify any stipulated and uncontested facts;

  c.  Identify the contested issues of fact and law;

  d.  Identify the witnesses to be called at the hearing, including a brief description of their anticipated testimony; and

  e.  Identify the exhibits to be presented at the evidentiary hearing, noting any objection by any party against whom the exhibit is to be offered.

Any party seeking to extend any deadline set out in this Order shall file a motion setting forth good cause at least one week before the expiration of the deadline sought to be extended.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
GERALD L. JACKSON
UNITED STATES MAGISTRATE JUDGE