UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | | |
|---|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | | |
| | ) | | | |
| Plaintiff, | ) | Case No. | CR-03-73-RAW | |
| | ) | | | |
| vs. | ) | Date: | 12/11/2023 | |
| | ) | | | |
| EDWARD LEON FIELDS, JR., | ) | Time: | 10:03 a.m. – 10:25 a.m. | |
| | ) | | | |
| Defendants. | ) | | | |

**MINUTE SHEET – TELEPHONIC STATUS CONFERENCE**

Gerald L. Jackson, Judge        K. Davis, Law Clerk        Court Reporter – J. Smith
                                D. Walker, Term Clerk      Chambers, Room 327
                                P. Bruce, Deputy Clerk

**Counsel for Plaintiff**:    Christopher J. Wilson and Aaron J. Stewart

**Counsel for Defendant:** Hunter S. Labovitz and Katherine E. Ensler

**MINUTES OF PROCEEDINGS:**

Comes on for Telephonic Status Conference regarding the Joint Motion to Extend Scheduling Order Deadlines for Evidentiary Hearing (Dkt. 346). Court inquires as to the status of the case. Nothing further by the parties. Court made oral ruling. Eighth Amended Scheduling Order to be filed. Minute Order to follow.

COURT ADJOURNED.