IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      *Plaintiff*,

v.

EDWARD LEON FIELDS, JR.,

      *Defendant*.

**Case No.** 6:03-cr-00073-RAW

## UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DATE FOR EVIDENTIARY HEARING

Petitioner moves this Court to extend the date of the evidentiary hearing in the current scheduling order, Doc. 350, by at least 30 days. In support of this motion, Petitioner states:

1. On December 11, 2023, Magistrate Judge Gerald L. Jackson held a telephonic status conference with the parties. Following the status conference, Judge Jackson entered an Eighth Amended Scheduling Order for Evidentiary Hearing. Doc. 350.

2. The scheduling order set Monday, August 19, 2024, as the start date for the evidentiary hearing.

3. Undersigned counsel, Katherine Ensler, had a post-conviction hearing scheduled in a capital case in Pennsylvania in the case of *Commonwealth v. Morales*, Case No. CP-67-7259-2009, for the week of July 8, 2024. On February 16, 2024, the court postponed the hearing until the week of July 22, 2024, because necessary courtroom personnel are unavailable the week of July 8, 2024.

4. Undersigned counsel informed the court of the hearing scheduled in Mr. Fields's case when the court recently considered postponing the hearing again to September 2024. However, due to additional scheduling challenges, the court decided to keep the hearing

scheduled for the week of July 22, 2024.

5. Undersigned counsel, now has two hearings with multiple witnesses to prepare and coordinate, each lasting a week or more within a month of each other.

6. Counsel for Petitioner respectfully requests that this Court postpone the start date for the evidentiary hearing by at least 30 days, to a date consistent with the Court's calendar, in order to give counsel adequate time to prepare, particularly between the scheduled hearings. Counsel for Petitioner does not request that any other deadlines in the current scheduling order be changed, other than the August 19, 2024 hearing date.

7. Petitioner's counsel has been diligently preparing for the hearing, but the temporal proximity of these two significant hearings will make preparation for both extremely challenging. In order to adequately prepare for the evidentiary hearing in Mr. Fields's case, counsel for Petitioner seeks to postpone its start date by at least thirty (30) days. This request for additional time is being made because of counsel's ethical obligations to provide professionally appropriate representation and the specific time constraints counsel is currently facing with two hearings now scheduled so closely together. This request is being timely made – both soon after the issue arose and well in advance of the hearing's current start date.

8. Counsel for Respondent does not oppose this motion.

9.      A proposed scheduling order is attached to this motion.


                                        Respectfully Submitted,

                                        /s/ Katherine Ensler
                                        Katherine Ensler
                                        Hunter Labovitz
                                        Federal Community Defender Office
                                        for the Eastern District of Pennsylvania
                                        Suite 545 West, The Curtis
                                        601 Walnut Street
                                        Philadelphia, PA 19106
                                        (215) 928-0520
                                        katherine_ensler@fd.org
                                        hunter_labovitz@fd.org

**CERTIFICATE OF SERVICE**

I, Katherine Ensler, hereby certify that on February 27, 2024, I electronically filed the foregoing motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Katherine Ensler
KATHERINE ENSLER