**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Respondent*, | |
| **v.** | **Case No.** 6:03-cr-00073-RAW |
| **EDWARD LEON FIELDS, JR.,** | |
| *Petitioner*. | |

<u>**PROPOSED ORDER RESCHEDULING
EVIDENTIARY HEARING DATE**</u>

**AND NOW**, this _____ day of _____, 2024, upon consideration of Petitioner

Edward Leon Fields's Motion to Extend Scheduling Order Date for Evidentiary Hearing (ECF No.

353), it is hereby **ORDERED** that Petitioner's Motion is **GRANTED.**

The Evidentiary Hearing is now set for _____. All other deadlines set forth in

the Eighth Amended Scheduling Order (ECF No. 350) remain in effect.


_____
GERALD L. JACKSON
UNITED STATES MAGISTRATE JUDGE