**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**EDWARD LEON FIELDS, JR.,**

*Defendant.*

**Case No.** 6:03-cr-00073-RAW

## JOINT MOTION TO EXTEND TWO DEADLINES IN THE EIGHTH AMENDED SCHEDULING ORDER FOR EVIDENTIARY HEARING

The parties, by and through undersigned counsel, jointly move this Court to extend two dates in the current scheduling order, Doc. 350. In support of this joint motion, the parties state:

1. On December 11, 2023, Magistrate Gerald L. Jackson held a telephonic status conference with the parties. Following the status conference, Judge Jackson entered an Eighth Amended Scheduling Order for Evidentiary Hearing. Doc. 350.

2. Then, on the defendant's unopposed motion, Doc. 353, Judge Jackson extended the date for the evidentiary hearing to begin to September 9, 2024. Doc. 354.

3. The parties now jointly request that the Court extend the following two deadlines:

    a. The deadline for exchanging expert witness reports is currently May 10, 2024. The parties request that deadline be extended to May 24, 2024.

    b. The deadline for exchanging exhibit lists is currently May 31, 2024. The parties request that deadline be extended to July 11, 2024.

4. Regarding expert reports, the parties have been diligent in retaining experts and arranging for those experts to meet with the Petitioner and prepare reports. Still, it is highly unlikely that all experts will be able to complete their reports by May 10, 2024. A 14-day

extension of that deadline will ensure the experts have enough time.

5.      Regarding exhibit lists due by May 31, 2024, the parties have conferred and believe that moving that deadline to 60 days before the beginning of the evidentiary hearing (by July 11, 2024) will allow the parties to better determine what exhibits they intend to use while still allowing the parties 30 days to review the list and note any objections consistent with the current scheduling order ordering that objections are due on August 12, 2024.

6.      Thus, to provide the parties and their experts enough time to complete the pre-hearing ordered tasks, the parties respectfully request that the Court extend the expert witness report deadline to May 24, 2024 and the deadline for exhibit lists to July 11, 2024.

7.      A proposed scheduling order is attached to this motion.

Respectfully Submitted,

COUNSEL FOR THE UNITED STATES

/s/ Christopher J. Wilson
Christopher J. Wilson
United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
chris.wilson@usdoj.gov

/s/ Aaron J. Stewart
Aaron J. Stewart
U.S. Dept. of Justice
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20530
Telephone: (202) 320-4385
Aaron.J.Stewart@usdoj.gov

COUNSEL FOR PETITIONER

/s/ Hunter S. Labovitz
Hunter S. Labovitz
Katherine Ensler
Assistant Federal Defenders
Federal Community Defender Office
        for the Eastern District of Pa.
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
hunter_labovitz@fd.org
katherine_ensler@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I, Hunter Labovitz, hereby certify that on May 2, 2024, I electronically filed the foregoing joint motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

<u>/s/ Hunter Labovitz</u>
HUNTER LABOVITZ