**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| **v.** | **Case No. 6:03-cr-00073-RAW** |
| **EDWARD LEON FIELDS, JR.,** | |
| *Defendant.* | |

**NINTH AMENDED SCHEDULING ORDER**
**FOR EVIDENTIARY HEARING**

The parties joint Motion to Extend Scheduling Order Deadlines for Evidentiary Hearing is **GRANTED**. By agreement, the parties shall abide by the following eighth amended scheduling order in advance of the evidentiary hearing ordered by the Tenth Circuit:

- Unless otherwise extended by order of this Court, the parties shall complete any ordered discovery by **April 26, 2024**.

- The parties shall exchange expert witness reports, if any, no later than **May 24, 2024**.

- The parties shall exchange witness and exhibit lists no later than **July 11, 2024**.

- The Evidentiary Hearing is set for **Monday, September 9, 2024**, **at 9:00 a.m.,** with the parties estimating five days for the hearing.

- Pre-hearing motions, including motions in limine, shall be filed **45 days prior to the date for the commencement of the evidentiary hearing**.

- Any request for Petitioner to attend the evidentiary hearing in person or to participate via video conference shall be filed **30 days prior to the date for the commencement of the evidentiary hearing**.

- **Thirty days prior to the commencement of the evidentiary hearing**, the parties shall file a joint pre-hearing statement that shall:

  a. Identify counsel who will appear at the hearing;

  b. Identify any stipulated and uncontested facts;

  c. Identify the contested issues of fact and law;

  d. Identify the witnesses to be called at the hearing, including a brief description of their anticipated testimony; and

  e. Identify the exhibits to be presented at the evidentiary hearing, noting any objection by any party against whom the exhibit is to be offered.

- Witness List shall be filed of record on or before **August 12, 2024**.

- The parties are directed to provide the Court with 5 copies of each exhibit, and to provide them to the assigned Courtroom Deputy on or before **August 14, 2024**.

Any party seeking to extend any deadline set out in this Order shall file a motion setting forth *good cause* at least <u>one week</u> before the expiration of the deadline sought to be extended.

I**T IS SO ORDERED this 2<sup>nd</sup>day of May, 2024.**

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**