**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| **v.** | **Case No.** 6:03-cr-00073-RAW |
| **EDWARD LEON FIELDS, JR.,** | |
| *Defendant.* | |

## JOINT MOTION TO CONTINUE EVIDENTIARY HEARING

The parties, by and through undersigned counsel, jointly move this Court to continue the date of the evidentiary hearing to October 7, 2024. In support of this joint motion, the parties state:

1. On December 11, 2023, Magistrate Gerald L. Jackson held a telephonic status conference with the parties. Following the status conference, Judge Jackson entered an Eighth Amended Scheduling Order for Evidentiary Hearing. Doc. 350.

2. On the defendant's unopposed motion, Doc. 353, Judge Jackson extended the date for the evidentiary hearing to begin to September 9, 2024. Doc. 354.

3. It was announced last week the annual United States Attorneys Conference has been scheduled for September 9-12, 2024, in Washington, DC. Christopher J. Wilson, United States Attorney for Eastern District of Oklahoma, is co-counsel of record for the government and has been involved in this litigation for many years. If possible, Mr. Wilson wishes to attend the annual USA Conference and participate in the evidentiary hearing.

4. On May 14, 2024, Mr. Wilson contacted Hunter Labovitz, Counsel for Defendant Fields, regarding the government's desire to potentially continue the hearing date to September

23, 2024. Mr. Labovitz advised the defense has no objection to continuing the start of the evidentiary hearing, but that co-counsel Hayden Nelson-Major, will be out of the country September 23-30, 2024. Ms. Nelson-Major will be entering an appearance in this matter in the coming days.

5.      Consequently, the parties jointly request the Court continue the evidentiary hearing to begin on October 7, 2024.

6.      The parties further inform the court they anticipate the evidentiary hearing will take more than five business days to complete.

Respectfully Submitted,

COUNSEL FOR THE UNITED STATES

/s/ Christopher J. Wilson
Christopher J. Wilson
United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
chris.wilson@usdoj.gov

/s/ Aaron J. Stewart
Aaron J. Stewart
U.S. Dept. of Justice
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20530
Telephone: (202) 320-4385
Aaron.J.Stewart@usdoj.gov

COUNSEL FOR PETITIONER

/s/ Hunter S. Labovitz
Hunter S. Labovitz
Katherine Ensler
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pa.
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
hunter_labovitz@fd.org
katherine_ensler@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's CM-ECF system to the following counsel of record:

Hunter Labovitz, Katherine Ensler, and Aaron J. Stewart.

/s/ Christopher J. Wilson
CHRISTOPHER J. WILSON
United States Attorney's Office
Eastern District of Oklahoma