**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Respondent*, | |
| v. | **Case No.** 6:03-cr-00073-RAW |
| **EDWARD LEON FIELDS, JR.,** | |
| *Petitioner*. | |

## PROPOSED ORDER CONTINUING AND RESCHEDULING EVIDENTIARY HEARING DATE

**NOW**, this _____ day of _____, 2024, upon consideration of the parties Joint Motion to Continue Evidentiary Hearing (ECF No. _____), it is hereby **GRANTED**.

It is hereby **ORDERED, ADJUDGED and DECREED** the Evidentiary Hearing previously scheduled for September 9, 2024, is continued and is now set for Monday, October 7, 2024, at 9:00 a.m. with the parties estimating ten (10) days for the hearing.

_____
GERALD L. JACKSON
UNITED STATES MAGISTRATE JUDGE