| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **6:03-cr-00073-RAW** |
| | : | |
| Respondent, | : | **CAPITAL CASE** |
| | : | |
| v. | : | HON. RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

## MOTION FOR ADMISSION OF HAYDEN NELSON-MAJOR PRO HAC VICE

Pursuant to Rule 83.2(f) and Rule 83.3(c) of the local rules of the United States District Court for the Eastern District of Oklahoma, I, Hayden Nelson-Major, move to be admitted pro hac vice to the Bar of this Court for the purpose of representing Petitioner Edward Leon Fields in the above-captioned matter. In support of this motion, I submit the following information:

A. My full name is Hayden Reid Nelson-Major.

B. My business address, telephone and fax are:

> Hayden Nelson-Major
> Federal Community Defender Office for the Eastern District of
> Pennsylvania – Capital Habeas Unit
> 601 Walnut Street, Suite 545 West
> Philadelphia, Pennsylvania 19106
> 215-928-0520 (telephone)
> 215-928-0826 (fax)

C. My firm name is the Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Unit. Several colleagues from my office have previously been assigned to this matter by my office and have previously been admitted to the Bar of this Court pro hac vice.

D. I have been a member of the Bars of the Commonwealth of Pennsylvania since 2015 (Pa. Bar. No. 320024), the United States District Court for the Eastern District of

Pennsylvania since 2017, and the United States Court of Appeals for the Third Circuit since 2022.

E.      I am a member of the above Bars in good standing and am not under suspension or disbarment from any Bar.

F.      I do not reside in the Eastern District of Oklahoma, am not regularly employed in this District, and am not regularly engaged in the practice of law in this District.

G.      I seek relief from the requirement of being moved into this Court pro hac vice by an associated local counsel because of local counsel's conflict of interest as a result of representing Petitioner previously. The office of the Federal Defender for the Eastern District of Oklahoma is not available to serve as local counsel because that office represented Petitioner at trial and appeal, and the performance of counsel from that office is a subject of the motion for relief that has been filed in this matter. I make this averment in accord with LCvR 83.3(c).

H.      I certify that I am familiar with the Local Rules of Court and will abide by the applicable rules of attorney conduct for the duration of my appearance in the Eastern District of Oklahoma.

I.      Upon approval of this Motion to Appear Pro Hac Vice, I will file the required Entry of Appearance form in accordance with LCvR 83.4. I have already submitted a request for e-filing permissions in the Eastern District of Oklahoma.

J.      Pursuant to LCvR 83.2(f), I have included with this Motion a completed Application for Admission Pro Hac Vice and a proposed Order. I attest under the penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted pro hac vice to the Bar of this Court to appear in the above-captioned matter.

Respectfully Submitted,

Hayden Nelson-Major
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania,
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Phone: 215-928-0520
Hayden_Nelson-Major@fd.org

Dated: May 17, 2024

2

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2024 that the foregoing document(s) were e-filed and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Hayden Nelson-Major
Assistant Federal Defender

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| <u>United States of America,</u> | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | Case Number: 6:03-cr-00073-RAW |
| | ) | |
| <u>Edward Leon Fields, Jr.,</u> | ) | |
| Petitioner. | ) | |

## REQUEST FOR ADMISSION PRO HAC VICE
### (to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Hayden Nelson-Major

2. State bar membership number: 320024 (Pennsylvania)

3. Firm name, business address, telephone and fax numbers: Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Unit, 601 Walnut Street, Suite 545 West, Philadelphia, PA 19106; (215) 928- 0520 (phone); (215) 928-0826 (fax)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: The Bars of the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the Commonwealth of Pennsylvania.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes_____No____X_____

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes_____No____X_____

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?   Yes____X____No_____

8. Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.  Yes_____No____X_____

DATED this __17th__ day of _____May_____, <u>2024</u>.

_Hayden Nelson-Major_____
Signature