**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

     *Plaintiff*,

v.

EDWARD LEON FIELDS, JR.,

     *Defendant.*

Case No. 6:03-cr-00073-RAW

## JOINT MOTION TO RESCHEDULE EVIDENTIARY HEARING DATE AND TO EXTEND TWO DEADLINES IN THE TENTH AMENDED SCHEDULING ORDER FOR EVIDENTIARY HEARING

The parties, by and through undersigned counsel, jointly move this Court to reschedule the evidentiary hearing date and to extend two deadlines in the current scheduling order, Doc. 360. In support of this joint motion, the parties state:

1. On May 2, 2024, on the parties's Joint Motion, Magistrate Judge Gerald Jackson scheduled the evidentiary hearing to begin on September 9, 2024. Doc. 357.

2. On May 14, 2024, Judge Jackson, on the parties's Joint Motion, scheduled the evidentiary hearing to begin on October 7, 2024, and extended the deadline for exchanging expert witness reports and the deadline for exchanging exhibit lists. Docs. 359, 360.

3. Counsel for Petitioner Edward Fields has learned that lead trial counsel Julia O'Connell, the Federal Public Defender for the Northern District of Oklahoma, will be unavailable to testify during the entire month of October 2024. Ms. O'Connell is a primary witness on the issues before the Court at the hearing.

4. The parties have consulted about this development and have agreed to jointly request that the Court set the evidentiary to begin on November 12, 2024. Given the shortness of

that week because of the federal holiday on November 11, 2024, the parties have also requested that the Court make the week of November 18, 2024 available for any testimony not completed the prior week.

5. The parties also jointly request that the Court extend the following two deadlines so that they are closer in time to the evidentiary hearing, consistent with prior scheduling orders:

a. The deadline for filing witness lists is currently August 12, 2024. The parties request that deadline be extended to October 15, 2024; and

b. The deadline for providing the Court with 5 copies of each exhibit is currently August 14, 2024. The parties request that deadline be extended to October 17, 2024.

6. A proposed scheduling order is attached to this motion.

Respectfully submitted,

| COUNSEL FOR THE UNITED STATES | COUNSEL FOR PETITIONER |
|---|---|
| /s/ Christopher J. Wilson | /s/ Katherine Ensler |
| Christopher J. Wilson | Hunter S. Labovitz |
| United States Attorney | Katherine Ensler |
| 520 Denison Avenue | Assistant Federal Defenders |
| Muskogee, OK 74401 | Federal Community Defender Office |
| Telephone: (918) 684-5100 | for the Eastern District of Pa. |
| chris.wilson@usdoj.gov | Suite 545 West, The Curtis |
| | 601 Walnut Street |
| /s/ Aaron J. Stewart | Philadelphia, PA 19106 |
| Aaron J. Stewart | Telephone: (215) 928-0520 |
| U.S. Dept. of Justice | hunter_labovitz@fd.org |
| Capital Case Section | katherine_ensler@fd.org |
| 1331 F Street, NW, 6th Floor | |
| Washington, DC 20530 | |
| Telephone: (202) 320-4385 | |
| Aaron.J.Stewart@usdoj.gov | |

## **CERTIFICATE OF SERVICE**

I, Katherine Ensler, hereby certify that on June 5, 2024, I electronically filed the foregoing motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Katherine Ensler
KATHERINE ENSLER