# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 6:03-CR-73-RAW-GLJ |
| | ) | |
| EDWARD LEON FIELDS, JR., | ) | (Capital Case) |
| | ) | |
| Defendant. | ) | |

## PETITIONER'S UNOPPOSED MOTION FOR APPOINTMENT OF CO-COUNSEL

Petitioner Edward Leon Fields, Jr., through counsel, respectfully requests that this Court appoint the Federal Defender Office for the Western District of Oklahoma ("FD-WDOK") to represent him pursuant to 18 U.S.C. § 3599(a)(2) in these capital proceedings, in conjunction with the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO"). Hunter Labovitz, who has served as counsel for Mr. Fields since February 2014, *see* Doc. 81 (Case No. 10-cv-115 RAW), recently joined the FD-WDOK as an Assistant Federal Defender.

In light of Mr. Labovitz's departure from the FCDO, Petitioner requests that this Court appoint the FD-WDOK as co-counsel in this case. Mr. Labovitz has been lead counsel for Mr. Fields for more than a decade, and the FCDO needs his assistance to continue representation of Mr. Fields, particularly with an evidentiary hearing scheduled to begin October 7, 2024. The Federal Defender for the Western District of Oklahoma, Jeffrey Byers, agrees to the appointment of the FD-WDOK as co-counsel.

In support of this motion, counsel sets forth the following:

1.      Mr. Fields pled guilty to first-degree federal capital murder in the Eastern District of Oklahoma, and was sentenced to death on November 8, 2005, after a second stage trial in which the jury unanimously returned a death verdict. On February 25, 2008, the Tenth Circuit affirmed

Mr. Fields's conviction and sentence on direct appeal. *United States v. Fields*, 516 F.3d 923 (10th Cir. 2008). On April 6, 2009, the United States Supreme Court denied his petition for writ of certiorari. *Fields v. United States*, 129 S. Ct. 1905 (2009).

2. On April 17, 2009, this Court appointed Michael Wiseman, an attorney then with the FCDO, to represent Mr. Fields in proceedings pursuant to 28 U.S.C. § 2555. *See* Doc. 280. On April 6, 2009, Mr. Fields timely filed his Motion to Vacate Sentence under § 2255. *See* Doc. 286. On October 13, 2015, Mr. Fields filed an amended motion under § 2255. *See* Doc. 106.

3. On December 15, 2016, the Court dismissed Mr. Fields's motion. *See* Doc. 125 (Case No. 6:10-cv-0115-RAW).[1] On December 30, 2019, the Tenth Circuit remanded the case to this Court for an evidentiary hearing. *See United States v. Fields*, 949 F.3d. 1240 (10th Cir. 2019). That hearing is currently scheduled to begin on October 7, 2024. *See* Docs. 360, 364.

4. 18 U.S.C. §3599 provides for the appointment of counsel in federal capital trial proceedings and post-conviction proceedings under 28 U.S.C. § 2255. *Harbison v. Bell*, 556 U.S. 180, 184 (2009). Subsection (a)(2) provides:

> In any post-conviction proceeding under section 2254 or 2255 of title 28, United States Code, seeking to vacate or set aside a death sentence, any defendant who is or becomes financially unable to obtain adequate representation or investigative, expert, or other reasonably necessary services shall be entitled to the appointment of one or more attorneys and the furnishing of such other services in accordance with subsections (b) through (f).

5. The FD-WDOK is recognized by the Administrative Office of the United States Courts ("AO") as a Federal Public Defender Organization pursuant to 18 U.S.C. § 3006(A) of the Criminal Justice Act. The FD-WDOK receives funding from the AO to represent death-sentenced prisoners in federal habeas corpus proceedings in all three federal districts in Oklahoma and

---

[1] On March 28, 2020, the Court ordered that all future documents are to be filed in Case No. 03-cr-073-RAW and not in Case No.10-cv-115-RAW.

clemency proceedings and maintains a unit of attorneys and support staff who specialize in post-conviction litigation.

6. Because of its AO funding, the FD-WDOK, if appointed, will not request from this Court any funds for attorney fees, investigation or travel expenses, expert witness expenses, or any other expenses. The FD-WDOK has agreed to provide federal habeas representation to Mr. Fields.

7. The FD-WDOK is well situated to represent Mr. Fields because it has a Capital Habeas Unit with capital habeas litigators, investigators, and paralegals who have experience litigating capital habeas proceedings pursuant to 28 U.S.C. §§ 2254 and 2255, particularly in cases arising within the Tenth Circuit. Hunter Labovitz, who recently joined the FD-WDOK, will be assigned to this case if the Court grants this motion.

8. The Capital Habeas Unit of the FD-WDOK is supervised by Emma Rolls, who has over twenty years of experience exclusively representing capital clients. Ms. Rolls's contact information is:

> Emma Rolls
> First Assistant Federal Public Defender
> Capital Habeas Unit Chief
> Federal Public Defender Office
> Western District of Oklahoma
> 215 Dean A. McGee Avenue, Room 707
> Oklahoma City, Oklahoma 73102
> (405) 609-5975
> Emma_Rolls@fd.org

WHEREFORE, Edward Leon Fields, Jr. respectfully requests that this Court appoint the FD-WDOK as co-counsel in this case. A proposed order has been submitted to the Clerk of Court.

Respectfully submitted,

/s/ Katherine Ensler
KATHERINE ENSLER
Assistant Chief, Capital Habeas Unit
Federal Community Defender Office
Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19426
(215) 928-0520
Katherine_Ensler@fd.org

Dated: July 8, 2024

## CERTIFICATE OF SERVICE

I, Katherine Ensler, hereby certify that on July 8, 2024, I electronically filed the foregoing motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Katherine Ensler
KATHERINE ENSLER