# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )     Case No. 03-CR-73 RAW
)
EDWARD LEON FIELDS, JR., )     (Capital Case)
)
    Defendant. )

## <u>ORDER</u>

Petitioner's Unopposed Motion for Appointment of Co-Counsel (Doc. 365) comes before the Court for consideration. Upon review and for good cause shown, this Court finds that the motion is well taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED that the Federal Defender Office for the Western District of Oklahoma is appointed as co-counsel for Petitioner.

IT IS SO ORDERED this 9th day of July, 2024.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE