# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 03-CR-73-RAW |
| Edward Leon Fields, Jr. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Leon Fields, Jr. .

Date: 07/09/2024

_____
*Attorney's signature*

Hunter S. Labovitz (pro hac vice)
*Printed name and bar number*

Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee, Suite 717
Oklahoma City, OK 73102
*Address*

hunter_labovitz@fd.org
*E-mail address*

(405) 609-5975
*Telephone number*

(405) 609-5976
*FAX number*