IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                    **Case No. 6:03-cr-00073-RAW**

EDWARD LEON FIELDS, JR.,

        Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO UNSEAL THREE TRIAL DOCUMENTS IN *UNITED STATES v. EDWARD FIELDS*, CASE NO. 03-CR-73

Edward Leon Fields, Jr., through undersigned counsel, moves to unseal three previously sealed documents on his trial docket (Case No. 03-CR-73), and in support, states as follows:

1.      The documents Mr. Fields seeks to unseal are the following:

    a.      Defendant's *Ex Parte* Application for Subpoena, filed on July 22, 2003 (Doc. 5);

    b.      Transcript of Ex Parte Rule 12.2 hearing: Withdrawal of Notice, held on January 12, 2005 (no document number available); and

    c.      Defendant's Objection to Government's Proposed Amendment to Order Regarding Mental Health Evidence and Examination, filed February 28, 2005 (Doc. 111).

2.      The Court placed each of these records under seal prior to trial at Mr. Fields's request, based on concerns for confidentiality regarding his trial strategy and mental health information relevant to that trial strategy. These concerns no longer exist because the trial has concluded and his mental health is at issue in these post-conviction proceedings.

3. Mr. Fields moves to unseal these three records because he seeks to use these records during the examination of witness Michael Abel, whose name appears on each of the records, at the upcoming evidentiary hearing in this case.

4. Counsel for the government does not oppose this motion.

WHEREFORE, Edward Fields respectfully requests that this Court GRANT his motion. A proposed Order has been emailed to the Court separately.

/s/ Hunter Labovitz
Hunter Labovitz
Federal Public Defender
for the Western District of Oklahoma
215 Dean A McGee Avenue, Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

Katherine Ensler
Hayden Nelson-Major
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

*Counsel for Edward Leon Fields, Jr.*

Dated: July 11, 2024

## CERTIFICATE OF SERVICE

I certify that on July 11, 2024, that the foregoing documents were e-filed and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hunter Labovitz
Hunter Labovitz
Assistant Federal Defender