UNITED STATES OF AMERICA,

    *Respondent,*

v.

    Case No. 6:03-cr-00073-RAW

EDWARD LEON FIELDS, JR.,

    *Petitioner*.

## PETITIONER'S UNOPPOSED MOTION TO APPEAR AT THE EVIDENTIARY HEARING BY VIDEO TELECONFERENCE

Petitioner, Edward Leon Fields, through undersigned counsel, hereby requests permission to attend the evidentiary hearing scheduled to begin on October 7, 2024, by video teleconference and, in support, states as follows:

1. The Court's Tenth Amended Scheduling Order for Evidentiary Hearing (No. 360) ordered that Mr. Fields file a request to attend the evidentiary in person or via video conference at least thirty (30) days prior to start of the evidentiary hearing.

2. Mr. Fields and undersigned counsel have discussed his right to appear in person at the evidentiary hearing before this Court.

3. Mr. Fields requests that he be permitted to attend the evidentiary hearing via video teleconference.

4. Counsel for Respondent was contacted and does not oppose this motion.

WHEREFORE, Petitioner Edward Fields respectfully requests that this Court GRANT his motion and permit him to attend the evidentiary hearing by video teleconference. A proposed order has been submitted via email to the Clerk of Court.

Respectfully submitted,

/s/ Hunter Labovitz
Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave STE 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: July 29, 2024

# <u>CERTIFICATE OF SERVICE</u>

I certify that on July 29, 2024, that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hunter Labovitz
Hunter Labovitz
Assistant Federal Defender