**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

        *Respondent*,

v.

                                 **Case No. 6:03-cr-00073-RAW**

EDWARD LEON FIELDS, JR.,

        *Petitioner*.

---

**PETITIONER'S UNOPPOSED MOTION TO ALLOW
WITNESSES TO TESTIFY AT THE EVIDENTIARY HEARING
BY VIDEO TELECONFERENCE**

Petitioner, Edward Leon Fields, through undersigned counsel, respectfully moves this Court to allow the following witnesses for Petitioner to testify at the evidentiary hearing scheduled to begin on October 7,2024, by video teleconference:

1. Erin David Bigler, Ph.D.

2. Gloria Shettles

3. Alan Stephen Kaufman, Ph.D.

4. Clark Clipson, Ph.D.

5. Susan Koslow, M.D.

6. Kevin McNally, Esq.

7. Richard Burr, Esq.

8. Michael Burt, Esq.

9. Joseph T. Stanik

10. Raymond J. Mach

Counsel for the government was contacted regarding their position on this Motion. The government does not object to these witnesses appearing by video teleconference, to the extent their testimony is allowed. The government's position relates only to the manner in which the witnesses will appear, not to the admissibility of the testimony.

WHEREFORE, Petitioner respectfully requests that this Court GRANT his motion. A proposed order has been submitted via email to the Clerk of Court.

Respectfully submitted,

/s/ Hunter Labovitz
Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: July 29, 2024

## CERTIFICATE OF SERVICE

I certify that on July 29, 2024, that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Katherine Ensler
Katherine Ensler
Assistant Federal Defender