UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )      Case No.:    CR-03-73-RAW
                                   )
vs.                                )      Date:        8/5/2024
                                   )
EDWARD LEON FIELDS, JR.,           )      Time:        10:02 a.m. – 10:19 a.m.
                                   )
            Defendant.             )

## <u>MINUTE SHEET – TELEPHONIC MOTION HEARING</u>

| Gerald L. Jackson, Judge | K. Davis, Law Clerk | N/A, Court Reporter |
| | D. Walker, Law Clerk | Chambers - Room 327 |
| | K. Hayes, Deputy Clerk | |

Counsel for Respondent:     Christopher J. Wilson and Aaron J. Stewart
Counsel for Petitioner:      Hayden Nelson-Major, Katherine Ensler, and Hunter Labovitz

**MINUTES:**  Comes on for hearing on Petitioner's Unopposed Motion to Appear at the Evidentiary Hearing by Video Teleconference (Dkt. 371) and Petitioner's Unopposed Motion to Allow Witnesses to Testify at the Evidentiary Hearing by Video Teleconference (Dkt. 372). Petitioner presents arguments; Response by Respondent. Written Minute Order to follow.

COURT ADJOURNED.