| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Respondent,* | |
| **v.** | **Case No. 6:03-cr-00073-RAW** |
| **EDWARD LEON FIELDS, JR.,** | |
| *Petitioner.* | |

## SUPPLEMENT TO PETITIONER'S MOTION TO ALLOW WITNESSES TO TESTIFY VIA VIDEOCONFERENCING

Petitioner, Edward Leon Fields, through undersigned counsel, respectfully files this supplement in support of his motion to allow Gloria Shettles to testify at the upcoming evidentiary hearing via videoconferencing:

1. On July 29, 2024, Mr. Fields filed a motion to allow certain witnesses, including Ms. Shettles, to testify at the upcoming hearing via videoconferencing. (Doc. No. 372).

2. Following a telephonic hearing on that motion on August 5, 2024, the Court issued an order directing undersigned counsel to file a supplement providing additional information as to Ms. Shettles' availability to testify in person. (Doc. No. 376).

3. In response to the Court's order, undersigned counsel contacted Ms. Shettles to discuss her availability to testify in person. Ms. Shettles indicated that her ongoing health condition would cause her significant discomfort if she had to travel to Muskogee, Oklahoma to testify in person.

4. As such, counsel renews the request to permit Ms. Shettles to testify via video teleconference.

5. Counsel for Respondent was contacted prior to the filing of this supplement and reiterated that they do not object to Ms. Shettles appearing by video, to the extent her testimony is allowed. The government's position relates only to the manner in which Ms. Shettles will appear, not to the admissibility of her testimony.

WHEREFORE, Petitioner respectfully requests that this Court GRANT his motion with respect to Ms. Shettles. A proposed order has been submitted via email to the Clerk of Court.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: August 6, 2024

## CERTIFICATE OF SERVICE

I certify that on August 6, 2024 that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major  
Hayden Nelson-Major  
Assistant Federal Defender