**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Respondent*, | |
| **v.** | **Case No. 6:03-cr-00073-RAW** |
| **EDWARD LEON FIELDS, JR.,** | |
| *Petitioner*. | |

**PETITIONER'S SUPPLEMENTAL MOTION REGARDING**
**HIS VIDEOCONFERENCE APPEARANCE AT THE**
**UPCOMING EVIDENTIARY HEARING**

Petitioner, Edward Leon Fields, through undersigned counsel, hereby respectfully moves the Court to issue an order specifying certain conditions for his videoconference appearance at the upcoming evidentiary hearing and, in support, states as follows:

1.      The Court's Tenth Amended Scheduling Order for Evidentiary Hearing (Doc. No. 360) requires that Mr. Fields file a request to attend the evidentiary hearing in person or via videoconferencing at least thirty (30) days prior to the commencement of the evidentiary hearing.

2.      Pursuant to that order, Mr. Fields filed a motion requesting that he be permitted to attend the evidentiary hearing via videoconferencing. (Doc. No. 371).

3.      Following a telephonic hearing on that motion on August 5, 2024, the Court issued an order granting Mr. Fields's motion to appear by video. (Doc. No. 375).

4.      The Court also directed Mr. Fields to file a notice: (1) confirming that the necessary technology is in place to facilitate Mr. Fields's appearance by video teleconference; and (2) identifying the attorney who will be present with Mr. Fields at USP Terre Haute during the hearing

and what, if any means of communication will be available between that attorney and the attorneys present in the courtroom during the hearing. (Doc. No. 375).

5.    Mr. Fields is housed at USP Terre Haute.

6.    Following the telephonic hearing, undersigned counsel informed the counselor at USP Terre Haute who oversees Mr. Fields's housing unit about the upcoming hearing and the Court's order regarding Mr. Fields attending the hearing via videoconferencing.

7.    The counselor stated that USP Terre Haute uses a platform called WebEx for prisoners to appear at court hearings by videoconferencing.

8.    Undersigned counsel has informed the Court's Information Technology Department that USP Terre Haute uses WebEx for these purposes. Consistent with a request from the Court's Information Technology Department, USP Terre Haute will set up the necessary videoconferencing appointments through WebEx and send invitations to the Court and counsel. To do so, USP Terre Haute requires an order from the Court specifying the dates and times for each day of the hearing.

9.    Arrangements have also been made for Assistant Federal Defender Cristi Charpentier of the Federal Community Defender for the Eastern District of Pennsylvania to be present at USP Terre Haute with Mr. Fields for the duration of the evidentiary hearing. Ms. Charpentier has represented Mr. Fields continuously since the Court approved her *pro hac vice* motion in May 2009.

10.    The WebEx platform will allow Mr. Fields and Ms. Charpentier to hear and be heard during the evidentiary hearing. There will also be a telephone in the room that can be used to call the courtroom should any technical or logistical issues arise. Additionally, if necessary, the telephone will also allow Mr. Fields and Ms. Charpentier to have a confidential conversation with

2

Mr. Fields's attorneys present in the courthouse. The counselor at USP Terre Haute also asked that the order specifying the times of the hearing include a directive that Ms. Charpentier shall be allowed to be present with Mr. Fields for the duration of the hearing.

11.    Additionally, counsel request that Mr. Fields's hands be unshackled and uncuffed during the hearing so that he can take notes during the proceedings. The counselor at USP Terre Haute indicated that a court order would be necessary for that as well.

12.    To facilitate Mr. Fields's appearance at the upcoming hearing, undersigned counsel respectfully requests that the Court issue an order in accordance with these specifications. A proposed order has been submitted via email to the Clerk of Court.

13.    As mentioned during the telephonic hearing on August 5, 2004, undersigned counsel is scheduled to test the technology in the courtroom on September 4, 2024. A notice will be filed on or before September 5, 2024, confirming that undersigned counsel tested the WebEx connection between the prison and courtroom and that it is fully functional.

14.    Counsel for Mr. Fields contacted counsel for the government regarding their position on this Supplemental Motion. It is the government's position that the question of whether Mr. Fields is shackled and/or handcuffed during the hearing should be left to the discretion of the Bureau of Prisons. The government does not otherwise object to this Supplemental Motion.

WHEREFORE, Petitioner respectfully requests that this Court GRANT his motion and issue an order with the above-mentioned specifications regarding his appearance at the upcoming evidentiary hearing.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
hayden_nelson-major@fd.org


Hunter Labovitz
Federal Public Defender
for the Western District of Oklahoma
215 Dean A. McGee Ave, Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: August 8, 2024

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 8, 2024, that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender