**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Respondent,* | |
| **v.** | **Case No. 6:03-cr-00073-RAW** |
| **EDWARD LEON FIELDS, JR.,** | |
| *Petitioner.* | |

## ORDER

**AND NOW**, this 8th day of August, 2024, upon consideration of Petitioner's Supplemental Motion Regarding His Appearance at the Upcoming Evidentiary Hearing (Case No. 03-CR-73, No. 379), it is hereby **ORDERED** that Petitioner's Supplemental Motion [Docket No. 379] is **GRANTED** as follows:

- Mr. Fields is to attend the upcoming evidentiary hearing in this matter by videoconference.

- The evidentiary hearing will take place October 7-11, 2024 and November 12-13, 2024.

- The evidentiary hearing will commence at 9:00 a.m. (CST) and adjourn at 5:00 p.m. (CST) each day.

- Assistant Federal Defender Cristi Charpentier shall be permitted to be present with Mr. Fields at USP Terre Haute for the duration of the hearing.

- During the hearing, Mr. Fields's hands shall be unshackled and uncuffed as determined to be appropriate by USP Terre Haute officials.

- A telephone shall be made available to Ms. Charpentier so that, during the hearing,

she can contact the courthouse to resolve any technical or logistical issues and have confidential communications with the attorneys present in the courthouse.

IT IS SO ORDERED this 8th day of August, 2024.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**