**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

        *Respondent*,

v.

                                        **Case No. 6:03-cr-00073-RAW**

EDWARD LEON FIELDS, JR.,

        *Petitioner*.

**PETITIONER'S RENEWED MOTION TO ALLOW
WITNESS RICHARD BURR, ESQ., TO TESTIFY VIA VIDEOCONFERENCING**

Petitioner, Edward Leon Fields, through undersigned counsel, respectfully renews his request that the Court allow Richard Burr, Esq., to testify at the upcoming evidentiary hearing via videoconferencing, and states the following in support:

1.      On July 29, 2024, Mr. Fields filed a motion to allow certain witnesses, including Mr. Burr, to testify at the upcoming hearing via videoconferencing. Doc. No. 372.

2.      During a telephonic hearing on that motion on August 5, 2024, the Court explained that witnesses would be permitted to testify via videoconferencing for health-related reasons only. Following the conference, the Court denied Petitioner's motion as to several witnesses, including Mr. Burr. Doc. No. 376.

3.      In response to the Court's order, undersigned counsel contacted Mr. Burr to discuss his availability to testify in person. Mr. Burr indicated that although he has no health conditions that would preclude him from travelling, he is the primary caretaker for his wife, who does suffer from ill health. Mr. Burr would be unable to fulfill his caretaking duties if required to travel to Muskogee, Oklahoma to testify in person.

4.    As such, counsel renews the request to permit Mr. Burr to testify via video teleconference.

5.    Counsel for Respondent was contacted prior to the filing of this renewed motion and reiterated that they do not object to Mr. Burr appearing by video.

WHEREFORE, Petitioner respectfully requests that this Court GRANT his renewed motion with respect to Mr. Burr. A proposed order has been submitted via email to the Clerk of Court.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: August 9, 2024

## CERTIFICATE OF SERVICE

I certify that on August 9, 2024 that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender