**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Respondent,* | |
| **v.** | **Case No.** 6:03-cr-00073-RAW |
| **EDWARD LEON FIELDS, JR.,** | |
| *Petitioner.* | |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2024, upon consideration of Petitioner's

Renewed Motion to Allow Witness Richard Burr, Esq., to Testify Via Videoconferencing (Case

No. 03-CR-73, No. 381), it is hereby **ORDERED** that Petitioner's Motion is **GRANTED.**

_____
GERALD L. JACKSON
UNITED STATES MAGISTRATE JUDGE