**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff*, | |
| **v.** | **Case No.** 6:03-cr-00073-RAW |
| **EDWARD LEON FIELDS, JR.,** | |
| *Defendant.* | |

### PLAINTIFF'S WITNESS LIST

1. Isaiah Gant (listed as defense witness)          Time: 1 hour on cross examination

2. Barry Derryberry (listed as defense witness)          Time: 30 minutes on cross examination

3. Lisa Greenman (listed as defense witness)          Time: 1 hour on cross examination

4. David Freedman (listed as defense witness)          Time: 1 hour on cross examination

5. Michael Gelbort (listed as defense witness)          Time: 2 hours on cross examination

6. George Woods (listed as defense witness)          Time: 1 hour on cross examination

7. Bradley Grinage (listed as defense witness)          Time: 1 hour on cross examination

8. Susan Koslow (listed as defense witness)          Time: 30 minutes on cross examination

9. Gloria Shettles (listed as defense witness)          Time: 1 hour on cross examination

10. Michael Burt (listed as defense witness)          Time: 30 minutes on cross examination

11. Dr. James Seward (expert)          Time: 3 hours on direct

12. Dr. Michael Arambula (expert)          Time: 2 hours on direct

13. Dr. Joshua Shimony (expert)          Time: 1.5 hours on direct

14. Julia O'Connell (listed as defense witness)          Time: 2 hours on cross examination

1

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney
Eastern District of Oklahoma

*/S/ Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
520 Denison Ave
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
chris.wilson@usdoj.gov

*/S/ Aaron J. Stewart*
AARON J. STEWART OBA #31721
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; Rm. 656
Washington, DC 20530
Telephone: (202) 353-0254
Fax: (202) 353-9779
aaron.j.stewart@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I, hereby certify that on August 12, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Hunter Labovitz, Attorney for Petitioner
Hayden Neslon-Major, Attorney for Petitioner
Katherine E. Ensler, Attorney for Petitioner

*/S/ Aaron J. Stewart*
Trial Attorney