**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD LEON FIELDS, JR.,

        Defendant.

Case No. 6:03-cr-00073-RAW

## DEFENDANT'S WITNESS LIST FOR EVIDENTIARY HEARING

At the upcoming evidentiary hearing, Edward Leon Fields, Jr. anticipates presenting

testimony from the individuals listed below in the following tentative order:

| Expected Order | Witness | Estimated Length of Direct Examination |
|---|---|---|
| 1 | Isaiah "Skip" Gant, Esq. | 3 hours |
| 2 | Barry Derryberry, Esq. | 1.5 hours |
| 3 | Michael Abel, Esq. | 20 minutes |
| 4 | Steven S. Nolder, Esq. | 30 minutes |
| 5 | Michael M. Gelbort, Ph.D. | 3 hours |
| 6 | Lisa Greenman, Esq. | 2 hours |
| 7 | David Freedman, Ph.D. | 3 hours |

| Expected Order | Witness | Estimated Length of Direct Examination |
| --- | --- | --- |
| 8 | George W. Woods, Jr., M.D. | 3 hours |
| 9 | Richard Burr, Esq. | 20 minutes |
| 10 | Erin David Bigler, Ph.D. | 3 hours |
| 11 | Bradley D. Grinage, M.D. | 1.5 hours |
| 12 | Travis Snyder, D.O. | 1.5 hours |
| 13 | Gloria Shettles | 3 hours |
| 14 | Julia O'Connell, Esq. | 6 hours |
| 15 | Susan Koslow, M.D. | 1 hour |
| 17 | David H. Berns, M.D. | 1 hour |
| 18 | Clark R. Clipson, Ph.D. | 1.5 hours |
| 19 | Alan Stephen Kaufman, Ph.D. | 1.5 hours |
| 20 | Art Cody, Esq. | 1.5 hours |
| 21 | Joseph T. Stanik | 45 minutes |
| 22 | Raymond J. Mach | 45 minutes |

| Expected Order | Witness | Estimated Length of Direct Examination |
|---|---|---|
| 23 | Maureen Baird | 1.5 hours |
| 24 | Cherie E. Fields | 1 hour |
| 25 | Michael Burt, Esq. | 20 minutes |

/s/ Katherine Ensler
Katherine Ensler
Hayden Nelson-Major
Federal Community Defender Office for
the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

Federal Public Defender Office
for the Western District of Oklahoma 215
Dean A. McGee Avenue, Suite 707
Oklahoma City, OK 73102
Telephone: 405-609-5975
hunter_labovitz@fd.org

Dated: August 12, 2024            *Counsel for Edward Leon Fields, Jr.*