# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

**Case No.** 6:03-cr-00073-RAW

EDWARD LEON FIELDS, JR.,

*Defendant.*

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Description: | Bates No: | Admitted? |
|---|---|---|---|
| 1 | 12/29/2004 email between Glori Shettles and Julia O'Connell | Fields 4586 | |
| 2 | 6/21/2005, 5:08 pm email between Dr. Grinage and Julia O'Connell | Fields 14978 | |
| 3 | 6/21/2005, 3:15 pm email between Dr. Grinage and Julia O'Connell | Fields 14976 | |
| 4 | 3/4/2005-3/24/2005 email chain between David Freedman and Julia O'Connell | Fields 4682, 4686 | |
| 5 | 6/19/2005 email between Julia O'Connell and Brad Grinage | Fields 6870 | |
| 6 | 6/27/2005 email chain including emails between Isaiah Gant and David Freedman | | |
| 7 | 1/27/2005 emails between Julia O'Connell and David Freedman | Fields 4673-74 | |
| 8 | 2/1/2005 emails between George Woods and David Freedman | Fields 4675-76 | |
| 9 | 2/28/2005 email between Julia O'Connell and David Freedman | Fields 4681 | |

| | | | |
|---|---|---|---|
| 10 | 7/4/2005 email between Julia O'Connell and David Freedman | Fields 4704 | |
| 11 | Glori Shettles handwritten note | Fields 3176 | |
| 12 | 7/4/2005-7/6/2005 email chain between David Freedman and Julia O'Connell | Fields 15054-59, 15062 | |
| 13 | 6/2/2005-6/3/2005 emails between David Freedman and Julia O'Connell | Fields 4692-94 | |
| 14 | 6/14/2005 emails between Julia O'Connell and David Gelbort | Fields 3314-15 | |
| 15 | 6/19/2005-6/20/2005 email between Dr. Gelbort and Julia O'Connell | Fields 3316 | |
| 16 | 6/22/2005 email between Dr. Gelbort and Julia O'Connell | Fields 3318 | |
| 17 | 6/23/2005 between David Freedman and Julia O'Connell | Fields 3292-93 | |
| 18 | 6/23/2005-6/27/2005 emails between Julia O'Connell and Dr. Gelbort | Fields 3319-21 | |
| 19 | 6/27/2005 emails between Lisa Greenman and Julia O'Connell | Fields 15023-24 | |
| 20 | 3/9/2005 emails between Julia O'Connell, Lisa Greenman and David Freedman | Fields 4683-85 | |
| 21 | 5/16/2005 emails between Julia O'Connell and Glori Shettles | Fields 4568 | |
| 22 | Handwritten note | Fields 13052 | |
| 23 | Handwritten witness list | Fields 12883 | |
| 24 | 6/13/2005 email between Julia O'Connell and Brad Grinage | Fields 6868 | |

| | | | |
|---|---|---|---|
| 25 | 5/31/2005-6/1/2005 email chain among David Freedman, Isaiah Gant, and Julia O'Connell | | |
| 26 | 1/7/2005-1/8/2005 email chain among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | Fields 14825 | |
| 27 | 6/18/2005 emails between Dr. Woods and Julia O'Connell | Fields 14940-41 | |
| 28 | Gelbort Final Report | Fields 7924-27 | |
| 29 | 1/7/2005, 12:36 pm email among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | | |
| 30 | 1/7/2005, 3:45 pm email among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | | |
| 31 | 1/8/2005, 12:34 pm email among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | Fields 4650-51 | |
| 32 | 7/1/2005-7/2/2005 emails between Julia O'Connell and Dr. Woods | Fields 15052 | |
| 33 | Handwritten note | Fields 12760 | |
| 34 | 6/13/2005 email between Julia O'Connell and Dr. Grinage | Fields 6843 | |
| 35 | CRC Brochure | Fields 13901-908 | |
| 36 | 1/14/2005-1/21/2005 emails among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | Fields 3242-46 | |
| 37 | Seward Report, November 2013 | | |

| | | | |
|---|---|---|---|
| 38 | Seward Report, May 2024 | | |
| 39 | Seward CV | | |
| 40 | Shimony Report | | |
| 41 | Shimony CV | | |
| 42 | Koslow Report | | |
| 43 | Arambula Report, February 2022 | | |
| 44 | Arambula Report, April 2024 | | |
| 45 | Arambula CV | | |
| 46 | 2/4/2005 emails between David Freedman and Julia O'Connell | Fields 4678 | |
| 47 | 7/26/2005 email from David Freedman to Julia O'Connell | Fields 3302 | |
| 48 | Mitigation Timeline | Fields 6692-6724 | |
| 49 | 1983 Brain Scan Report | Fields 6257 | |
| 50 | Handwritten Note | Fields 3945 | |
| 51 | Deauthorization Letter | Fields 7030-35 | |
| 52 | 4/29/2004 emails between Julia O'Connell and Glori Shettles | Fields 4423 | |
| 53 | Handwritten Note | Fields 12887 | |
| 54 | 7/25/2005 emails between George Woods and Julia O'Connell | Fields 15099 | |
| 55 | 9/20/2004 email from Julia O'Connell to George Woods | Fields 15666 | |

| | | | |
|---|---|---|---|
| 56 | 7/6/2005 emails between Julia O'Connell and Michael Gelbort | Fields 15061 | |
| 57 | 6/16-6/28/2005 emails between Julia O'Connell, Michael Burt, and Lisa Greenman | Fields 13917-21 | |
| 58 | 4/8/2005 email from Sheldon Sperling | Fields 13936-38 | |
| 59 | 6/18/2005 emails between Julia O'Connell and George Woods re Dr. Grinage | Fields 14937 | |
| 60 | 6/18/2005 emails between Julia O'Connell and George Woods re: working diagnosis | Fields 14949 | |
| 61 | 1/12/2005 email from Julia O'Connell to Isaiah Gant | | |
| 62 | 7/1-7/5/2005 emails between Julia O'Connell, Michael Burt, and Lisa Greenman | | |
| 63 | 7/1-7/22/2005 emails between Julia O'Connell and Michael Burt | | |
| 64 | 7/6/2005 emails between Julia O'Connell, Michael Burt, and Alex Bunin | | |
| 65 | 9/20/2004 email from Julia O'Connell to Isaiah Gant | Fields 15667 | |
| 66 | Handwritten notes for motion to continue | Fields 12950 | |
| 67 | 6/18/2005 emails between Julia O'Connell and George Woods | Fields 14944 | |
| 68 | 6/21/2005 emails between Julia O'Connell and George Woods | Fields 14980-81 | |
| 69 | 3/24-3/28/2005 emails between David Freedman, Isaiah Gant, and capital resource Counsel | Fields 4688 | |

| 70 | April 2004 emails between Julia O'Connell, Isaiah Gant, Glori Shettles, George Woods | | |
| --- | --- | --- | --- |
| 71 | 6/22-6/23/2005 emails between Julia O'Connell and Brad Grinage | Fields 14992, 15003 | |
| 72 | Combined mental health records for Edward Fields 2013-2022 | | |
| 73 | Combined medical records for Edward Fields 2013-2022 | | |
| 74 | Shimony Supplemental Report | | |

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

/s/ *Christopher J. Wilson*_____
CHRISTOPHER J. WILSON, OBA #13801
United States Attorney
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5175
chris.wilson@usdoj.gov

/s/ *Aaron J. Stewart*_____
AARON J. STEWART, OBA #31721
U.S. Department of Justice
Capital Case Section
1331 F. Street NW, 6th Floor
Washington, DC 20530
(202) 320-4385
Aaron.J.Stewart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's CM-ECF system to the following counsel of record:

Hunter Labovitz, Hayden Nelson-Major, Katherine Ensler, and Aaron J. Stewart.

/s/ Christopher J. Wilson
CHRISTOPHER J. WILSON
United States Attorney's Office
Eastern District of Oklahoma