# EXHIBIT A

**Declaration of Raymond J. Mach**
**Pursuant to 28 U.S.C. § 1746**

I, Raymond J. Mach, hereby verify and declare as follows:

1.      I was in the Navy from 1967 to 1994. I retired in 1994 when I held the rank of Captain USN. During my almost 30 years in the Navy, I have completed various trainings, received various awards and served in different roles in many different settings. I completed Officer Candidate School in 1968 in Newport, Rhode Island. From there, I was appointed Boat Group Commander on the USS Seminole from 1968 to 1971. I completed one tour in Vietnam as a Salvage Officer and Boat Group Officer in 1971. From 1971 to 1973, I attended and successfully completed Department Head School in Newport, Rhode Island. I served as Weapons Officer on the USS Jonas Ingram from 1973 to 1976. I had two tours at the Naval Academy as an instructor of Economics and Seamanship and Navigation from 1976 to 1978 and from 1982 to 1985. I served as First Lieutenant on the USS Charleston from 1978 to 1980 and as Executive Officer of the USS Shreveport from 1980 to 1982. I was Commanding Officer and in charge of all the operations and sailors aboard the USS Fairfax County from 1985 to 1988. The ship deployed to the Mediterranean during that time. I had two tours as an instructor at the Naval War College from 1989 to 1990 and from 1992 to 1994. I was a Squadron Commander of four ships during Desert Storm from 1991 to 1992. I've been awarded two Legion of Merit Awards, a Meritorious Service Medal, a Navy Accommodation Medal, a Navy Achievement Medal with Combat V which means it was won in battle, a Combat Action Ribbon, a Vietnamese Cross of Gallantry, an Expert Marksman Award Rifle and various other campaign ribbons and medals. I held the Richmond Kelly Turner Chair of Naval Expeditionary Warfare at the Naval College. In 1994, after my retirement from the US Navy, I worked as a military advisor in Saudi Arabia, Egypt, and Equatorial Guinea. I continued service as a civilian for the Naval War College after

retirement and completed 24 years as an adjunct instructor of Joint Military Operations. I have over 50 years of experience serving the US Navy both on Active Duty and in retirement.

2.     As Commanding Officer of the USS Fairfax County, I managed over 200 men. After seeing a photo of Petty Officer Edward Fields, I recognize that he was one of my sailors on the ship. I have reviewed Petty Officer Fields' Navy Records and a journal he kept while aboard and there were several noteworthy areas of Petty Officer Fields' service that indicate that he was a good sailor who did well with the discipline and structure of the Navy and the USS Fairfax County.

3.     Petty Officer Fields was a boatswain's mate in the first deck division on the USS Fairfax County while I was Commanding Officer. During that time, Petty Officer Fields worked as a Boat Coxswain, worked on replenishment rigs refueling with other ships, anchored the USS Fairfax County and maintained the anchor, worked as a traffic director on the tank deck supporting unloading and offloading of US Marine Corps equipment, and maintained the cleanliness of the exterior of the ship and kept it painted and preserved. He also stood bridge and lookout watches to ensure the ship's safety. The boatswain's mate rate is known for performing the most physically demanding labor on US Naval ships and their tasks are essential to ship operations. During the conduct of his duties, Petty Officer Fields served as a mid-level supervisor of other sailors.

4.     Petty Officer Fields was sent to boat coxswain school by his supervisors aboard the USS Fairfax County. A boat coxswain is responsible for the safety of the crew, passengers and cargo as well as safe navigation of a boat during operations between the shore and the USS Fairfax County. This was a premiere position that indicates that he was one of the ship's better

boatswain's mates and that he was a good sailor. It meant that in his role as a sailor, Petty Officer Fields was trustworthy and responsible.

5.      I have reviewed Petty Officer Fields' evaluations from the USS Fairfax County. Overall, he scored a 3.75 out of 4.0. This would have indicated that he was a good sailor and that he did well in the structured environment of the USS Fairfax County. To be eligible for reenlistment in the Navy, a sailor needed an average score of 2.8 on their evaluations. Petty Officer Fields scored well above this minimum requirement for reenlistment.

6.      Petty Officer Fields also scored well in each individual category in the evaluations from his time on the USS Fairfax County. He scored an average of 3.7 out of 4.0 in the category of Rate Knowledge, which would have indicated how well he knew the boatswain's mate job. He scored an average of 3.9 out of 4.0 in the Reliability category, which would have indicated that he could be counted on. He scored an average of 3.7 out of 4.0 in Military Bearing which would have indicated that he was able to follow the Naval rules on grooming standards and presented himself well. He scored an average of 3.8 out of 4.0 on Directing which meant that when he became a petty officer, he was a good supervisor and role model for other sailors.

7.      While aboard the USS Fairfax County, Petty Officer Fields was recommended by his supervisors for the ship's self defense force. This was special training that meant that Petty Officer Fields would be the front line of protection if there was a direct assault on the ship while it was in port. This indicated that Petty Officer Fields' superiors trusted him and felt like he was a responsible sailor.

8.      Petty Officer Fields attained positions of responsibility aboard the ship as Petty Officer of the Watch and Boatswain's Mate of the Watch. In these roles, he was tasked with

3

supervising other sailors. He would only have been recommended for these roles if he was able to follow the rules and was trusted by his supervisors.

9.      Petty Officer Fields received a Good Conduct Medal, which indicates that he did not receive disciplinary punishment while aboard the USS Fairfax County.

10.     Petty Officer Fields was honorably discharged with a reenlistment code of RE-1. This is significant because the Navy would take him back if he ever wanted to join again. To receive this code, a sailor needs to maintain a high standard of performance throughout their entire Navy service. It is significant that Petty Officer Fields was able to maintain this standard.

11.     The environment aboard the USS Fairfax County was very structured. The day started with reveille and everyone aboard the ship had to wake up at the same time. The ship was swept and cleaned at a certain time, meals took place at a certain time and the lights went out at night at a certain time. Every second of the day was accounted for. Petty Officer Fields adapted to this environment and thrived with the routine. He was able to follow the rules and never received any disciplinary infractions while aboard my ship. Instead, he was promoted and recognized in multiple ways for doing his job well.

12.     I have never spoken to anyone on Petty Officer Fields' defense team, but if anyone had approached me about him, I would have been happy to share any of the information written above and would have been willing to testify at trial if asked.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Raymond J. Mach

4

Dated: June 15, 2022
Arnold, Maryland

5