# EXHIBIT B

**Declaration of Joseph T. Stanik**
**Pursuant to 28 U.S.C. § 1746**

I, Joseph T. Stanik, hereby verify and declare as follows:

1.    I was in the Navy from 1974 to 1994. I was appointed to the Naval Academy in 1974 and majored in history. While at the Academy, I earned 3 major history awards. I participated in two cruises. I graduated from the Naval Academy in 1978. I completed Basic Surface Officer School in San Diego in 1978. I served aboard the USS John Young from 1978 to 1982, where the highest positions I achieved was Main Propulsion Assistant and Combat Information Center Officer. From 1982 to 1984, I earned a master's degree in National Security Affairs from the Naval Postgraduate School with a specialty in the Middle East and studied Arabic at the Defense Language Institute. In 1985, I attended the Surface Warfare Department Head Course to train for shipboard department head positions. I was then appointed as the Weapons Officer aboard the USS Ticonderoga from 1985 to 1987. From 1987 to 1989, I was First Lieutenant aboard the USS Fairfax County. In this role, I was responsible for supervising two deck divisions and a gunnery division and was third in command on the ship. In 1989, I reported to the US Naval Academy as a History Teacher and was the Assistant Department Chair, which was the most senior officer position in the History Department. In June 1992, I went to the Persian Gulf aboard the USS LaSalle as an augmentee officer. In 1993, I graduated Attaché School at the Defense Intelligence College and was appointed as Special Projects Officer at the Naval Historical Center in Washington, DC. I have written three books about Naval history that were published by the Navy History and Heritage Command and the Naval Institute Press. I've taught courses at the Naval Academy and was appointed by the Academy as the lead instructor for a group of midshipmen studying language overseas. I have won three Navy Commendation medals, an award from the Association of Naval Aviation, an Armed

Forces Expeditiary Medal for the bombing of Libya in 1986 and a Southwest Asia Service Medal for Operation Desert Storm. I received a Fulbright Hayes Study Abroad Fellowship and two Malone Fellowships from the National Council on US-Arab Relations.

2.    Edward Fields, or "Jethro" as we called him aboard the ship, was a boatswain's mate in first division of deck department on the USS Fairfax County while I was First Lieutenant. Boatswain's mates are proud laborers in the Navy and do very arduous work. It's not a glamorous job. Boatswain's mates are the most fundamental specialty in the Navy and are important in terms of the safety of other sailors and the operation of the ship. As a Boatswain's mate, Petty Officer Fields supervised junior boatswain's mates, was responsible for the appearance of the ship including painting it, made sure the deck was clean, safe and well maintained. He maintained equipment on the deck of the ship and ensured it was operational and safe. This was important because if this equipment wasn't properly maintained, it could have killed crew members. Petty Officer Fields also ensured the ship's lines were safe and participated in refueling.

3.    I remember Petty Officer Fields as a highly qualified sailor and a pleasant individual who got along well with everyone aboard. He never caused any issues with the senior officers and did his job well. When he left the USS Fairfax County, I hated to see him go.

4.    I have reviewed Petty Officer Fields' Navy records and there are several areas of note that indicate how well he did aboard the USS Fairfax County and in the Navy generally. He received very good marks on his evaluations.

5.    Petty Officer Fields served as Boatswain's Mate of the Watch which was the sailor who supervised and managed the crew during underway bridge watches. This was an important job. Petty Officer Fields would have had to blow the Boatswain's pipe which was a

2

Navy honor. To get this job, Petty Officer Fields had to interview with all Executive Leadership of the ship. His appointment indicates that his supervisors trusted him. Of the 50 or so boatswain's mates aboard the ship, around eight would have been in this role.

6. Petty Officer Fields served as an Assault Boat Coxswain which is a role that sailors strive for. It is an impressive role and a tremendous designation to have. It takes insight, coordination and nerves of steel. In this job, Petty Officer Fields would have driven a landing craft ashore from the larger ship with a platoon of Marines on board. It is significant that he was trusted to drive troops. Out of 50 or so boatswain's mates aboard, there were only three that would have had this role. Petty Officer Fields was nominated by his supervisors for the role and completed a 19-day training school.

7. Petty Officer Fields received a Good Conduct Medal. In four years aboard, he never got into trouble.

8. Petty Officer Fields was trained to be part of the USS Fairfax County's Self Defense Force. This meant that he would become armed if there was a security threat aboard while the ship was in port. In this role, sailors had to be recommended by their superiors. This shows that he was a trusted sailor.

9. Petty Officer Fields was nominated by his supervisors to be Petty Officer of the Watch while aboard the USS Fairfax County. This meant that he was the number three in security while the ship was in port. He would stand at the entrance to the ship ensuring that all individuals coming aboard were properly identified and did not pose a threat.

10. Achieving qualification as Petty Officer of the Watch, Boatswain's Mate of the Watch and Assault Boat Coxswain; receiving a Good Conduct Medal, and becoming a member of the ship's Self Defense Force demonstrate that Petty Officer Fields met personal qualification

3

standards and earned the trust of the officers, Chief Petty Officers and Senior Petty Officers on board the USS Fairfax County. He exhibited professionalism as a sailor, understood and followed the Navy's rules and regulations and thrived within a structured environment. Not everyone moved up to assume roles aboard ship like Petty Officer Fields did.

11.    The USS Fairfax County had a daily routine that I remember well because the schedule was the same almost every day. At 6:00, reveille went off and everyone was expected to get out of bed. Breakfast was served from 6:30 to 7:30. The whole crew gathered at 7:45 for the morning quarters. At 8:00, everyone was dismissed and the workday began. At 11:30, there was a break for lunch. The workday resumed from 12:30 to 16:30. Dinner was from 17:30 to 18:30 and lights out was at 22:00. Petty Officer Fields was comfortable following the rules and with this routine. He was acculturated to the discipline and structure of the Navy.

12.    After his time aboard the USS Fairfax County, Petty Officer Fields became a Navy recruiter. Based on my 20 year service, I know that a sailor doesn't become a recruiter unless he or she has a clean record and is a star performer. If Petty Officer Fields had had anything negative in his record, he wouldn't have been given this role. There are strict standards of behavior in recruiting.

13.    I have never spoken to anyone on Petty Officer Fields' defense team, but if anyone had approached me about him, I would have been happy to share any of the information written above or testified at his trial if I had been asked.

4

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_____
Joseph T. Stanik

Dated: June 15, 2022
Arnold, Maryland