# EXHIBIT C

Center for Veteran Criminal Advocacy
210 Ackerman Avenue
Ridgewood, New Jersey 07450

April 19, 2022

Hunter S. Labovitz, Esq.
Federal Community Defender Office for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106

Dear Mr. Labovitz,

## I.     INTRODUCTION



At your request, I write concerning the U.S. Navy service of your client, Mr. Edward

Fields. I am a retired U. S. Navy Captain with over 30 years of military experience, including

service aboard ships like that discussed herein. I am also the Director of the Center for Veteran

Criminal Advocacy. My current curriculum vitae is attached to this report. The narrative and

recommendation set forth herein are based upon the cited documents, my military experience,

and multiple telephone discussions with Mr. Fields.

As a Boatswain Mate, Edward Fields's career in the Navy was one of service, sacrifice,

and selflessness.  At seventeen, he joined the military at a dangerous time and served honorably

under often arduous and dangerous conditions.  In particular, in his 1986-1988 deployment

onboard the USS *Fairfax County,* he witnessed the tragic deaths of others and was under the

threat of combat death himself.   In addition to the acknowledged risk of surprise attack, his work

aboard ship involved long and laborious work.  While the Boatswain Mate rate[1] is not the stuff

of Hollywood, Boatswain Mates are the backbone of the Navy and *sine qua non* to the success of

any ship's mission. Boatswain Mate Second Class ("BM2") Edward Fields epitomized this

service before self-mentality.[2]

The remainder of his career, while not serving near enemy forces as he did on the *Fairfax*

*County,* was one of preparing for another such deployment or serving as an example to others as

a Navy recruiter.  In short, Edward Fields did all the hard jobs his country asked of him. While

the crimes in question merit significant sanction, his decision to volunteer for the military during

a dangerous time, his contributions to his ship's missions, his ability to conform to a highly

structured environment, and the arduous nature of his daily tasks in the Navy provide additional

support for Mr. Fields's case in mitigation.

## II.      THE HISTORY OF MR. FIELDS'S MILITARY SERVICE

### A.      Context

Prior to completing high school, and with parental permission, Edward Fields enlisted in

the Navy for eight years in 1984.[3]  While the United States was not involved in a "shooting" war

at the time of his enlistment, the Cold War between the United States and the Soviet Union was

---

[1] "Rate" is the Navy's terminology for job classification.
[2] Navy Boatswain's Mate Rating (navycs.com).
[3] Enlisted/Document (001022-24); Enlisted Classification Record (001034).  For ease of location, numbers in parentheses refer to the Bates numbers of the cited documents in the background materials provided to me by counsel for Mr. Fields.

at its peak.    Tensions were particularly high at sea as the growing Soviet Navy was second only to, and openly challenged, the American fleet.  In April 1983, the United States Navy conducted FleetEx '83-1, the largest fleet exercise ever held in the North Pacific,  involving arguably the most powerful naval armada ever assembled.[4]  The Soviet Union responded in the fall of 1983 by conducting a worldwide exercise which focused on the ability to interdict sea lanes such as those upon which Seaman Fields would later travel.[5]  It was well known among recruits that a "hot" war between the US and USSR would result in significant US naval casualties.[6]  In particular, Mr. Fields sought and received a Sea Air Mariner (SAM) training guarantee, essentially assuring that he would serve at sea, where the risk was greatest.[7]  It was in this context that Eddie Fields from Richlands, Virginia arrived at the Military Entrance Processing Center ("MEPS") in Beckley, West Virginia on September 27, 1984.[8]

### B.    Initial Training

Seaman Recruit Fields[9] attended Basic Training at Great Lakes Naval Training Center ("Great Lakes") near Chicago.[10]  Here he endured approximately seven weeks of intensive training, learning the basics of naval service to include military customs and courtesies, physical fitness, battle stations, and shipboard firefighting.[11] As Mr. Fields had selected the reserve option, after successfully completing Great Lakes, he began drilling with his reserve unit,

---

[4] Cold War (1979–1985) - Wikipedia.
[5] https://en.wikipedia.org/wiki/Cold_War. Soviet Military Power - 1984 (fas.org).
[6]https://en.wikipedia.org/wiki/Soviet_Navy.
[7] Apprenticeship Training Program Guarantee (001021).
[8] Enlistment/Reenlistment document (001022); History of Assignments (001036).
[9] Mr. Fields was promoted numerous times while in the Navy, he is referred to herein at the rank he held at the time of the event or period referenced.
[10] https://www.bootcamp.navy.mil/.
[11] *Id.* Administrative Remarks, January 3, 1985 (001066).

Commander Amphibious Group 2, Detachment 106 in January, 1985 in Roanoke, VA.[12]

Reservists drill for one weekend a month and attend an annual two-week training period.[13]  They

are subject to be mobilized into the active-duty Navy as the needs of the nation require.[14]  In this

manner, reservists are subject to the same risks as their active-duty counterparts.[15]  Navy

Reservists can also apply to come on active duty, thus choosing to transition from part-time to

full-time sailors.  Such an election brings with it greater risk as the sailor is no longer training for

*possible* deployment but is literally at the forefront of the nation's defense.  After spending a

year as a "traditional" drilling reservist, Seaman Fields made just such a commitment.

### C.    Volunteering for Active Duty

In January of 1986, Seaman Fields volunteered for the Navy VET program or "NAVET",

wherein reservists can re-join the active-duty Navy by attending a compressed training period.[16]

The risk in doing so was even more pronounced than at his initial enlistment.  By early 1986, in

addition to the still growing Soviet Navy, Libya had emerged as both a maritime threat to the

Navy in the Mediterranean and a sponsor of terrorism against US military personnel in Europe.[17]

Despite the heightened risk, Seaman Fields enlisted for 2 years of active duty.[18]

---

[12] Naval Reserve units are commonly designated by the Commander of the Active-duty unit that they support.
Here, Seaman Fields's unit drilled in Roanoke, Virginia and supported the Amphibious Group 2, stationed at Naval
Station Little Creek, Virginia. (001036) *See also* January 3, 1985, Certificate of Release or Discharge From Active
Duty (001071) ("DD-214 #1").

[13] Navy Reserve.pdf (defense.gov) *see esp.* p. 4 "What all Reservists have in common is a commitment to serving a
minimum of one weekend a month plus two weeks a year."

[14] *Id.* at 5.

[15] Navy reservists have been part of every US conflict since the creation of the Navy Reserve in 1915 and numerous
Navy Reservists have given their lives for their country both in peace and war time. *See e.g.,*
https://www.seattletimes.com/nation-world/reservist-deaths-high-in-iraq/.  A significant portion of the Navy is made
up by the naval reserve. https://download.militaryonesource.mil/12038/MOS/Reports/2018-demographics-
report.pdf.

[16] Administrative Remarks (001064).

[17] Op El Dorado Canyon.pdf (defense.gov).

[18] Jan 3, 1986, Administrative Remarks (001064) *See also* Journal Entry January 3. (All journal entry dates occur in
1986).

### D. Service on the USS *Fairfax County*

*The destinies of two great empires ... seemed to be tied to some god-damned things called LST's.* Winston Churchill.[19]

By February 5, 1986, Seaman Fields had arrived at the USS *Fairfax County* (LST1193), stationed at Naval Amphibious Base (NAB) Little Creek, Va.  While an LST or a "Landing Ship Tank" is considered a warship, it possesses almost no capability to defend itself.[20]  The somewhat ungainly vessels are troop transports designed to maneuver close to a beach or dock and thus allow the Marines to load or unload heavy equipment such as tanks or trucks. In the Navy, there were nicknamed "large slow targets" or "large stationary targets."  As Churchill noted, however, such ships have been vital to Navy strategy, and national defense, since World War II.



[21]

The *Fairfax County's* primary mission was the transportation of U.S. Marines stationed in Camp Lejeune, North Carolina; thus the ship commonly sailed from Little Creek to Morehead

---

[19] World War II book.indd.

[20] An LST had only the 2 3-inch guns and a close in Phalanx anti-missile system. Tank Landing Ship LST-1193 Fairfax County (navsource.org).

[21] USS *Frederick*, a ship of the same class of LST's as *Fairfax County*.  Newport-class tank landing ship - Wikiwand.

City, North Carolina to practice loading and unloading Marines (stationed at Camp Lejeune, North Carolina, approximately one hour away).  As part of his work as Boatswain Mate, Seaman Fields worked as a traffic director on the tank deck, a portion of the ship that could be opened to the sea to allow for Marine LVT's (Landing Vehicle Tracked) to enter/exit.[22]  An LVT is a tank like vehicle used in amphibious operations.[23]


[24]

Like many sailors, Seaman Fields's first shipboard deployment was formative.  This eventual 30-month period[25] was one in which he learned much, served his shipmates, grew in responsibility and was under substantial risk.  He also witnessed tragedy in the form of the loss of young lives.

    i.    **Pre-Deployment (February – May 1986)**

Seaman Fields kept a journal during the "work up" and the 1986 deployment of the *Fairfax County*.  That contemporaneous journal provides insights into the Mr. Fields's life as a young sailor.  His entries fall into several categories, each representing a portion of the

---

[22] Journal February 19.
[23] Assault Amphibian Vehicle Personnel Model 7A1 (AAVP7A1) (fas.org).
[24] Amphibious-Assault-Vehicle-marine-corps-13196967-1024-731.jpg (1024×731).  An LVT launching out of the back of an LST.
[25] *See infra* p.13, n.77.

metamorphosis that the 18-year-old Fields underwent and the contributions he made.  A

representative sampling is provided below.

## Navy Culture

Seaman Fields frequently used terminology evidencing he had incorporated Navy culture

and values.

- In discussing his February 5th, 1986, arrival to the ship ("I arrived at NAB Little Creek, stationed at USS Fairfax County, LST 1193"), he mentions both the ship's name (*Fairfax County*) and its official Navy designation "LST-1193."[26]
- Proud that his group got a 97 on its drills, "a Navy record."[27]
- Use of numerous Navy expressions
    - "Flight opps"[28]
    - "hit my rack"[29]
    - "It only takes one person to sink a ship."[30]
    - Use of military time (1600=4PM)[31]
    - "unrep."[32]
- States that "[M]y home is this LST."[33]

## Tragedy

Death at a young age is more common in the military, even in peace time, than in the

civilian world for a variety of reasons.  Seaman Fields was on the ship approximately two weeks

when he witnessed a suicide.

---

[26] Journal February 5.

[27] Journal March 5.

[28] Journal February 20.

[29] Journal March 3.

[30] Journal March 12. This is a common Navy expression emphasizing both the need for teamwork and individual responsibility.

[31] *Passim.*

[32] Journal March 26. Unrep = Underway replenishment.  This is a process by which one ship takes one fuel and stores from another while both are underway. Double Underway Replenishment • U.S. Navy - YouTube.

[33] Journal April 1.

- "On the way back into the [Chesapeake] EM-1 Jackson[34] jumped overboard and refused help [.] We were two and a half miles offshore and the water was 39⁰. I saw him jump and he died."[35]

Accidental deaths are also more prevalent in the military due to the dangers of the environments in which military personnel work.[36] Not long after the suicide, another death occurred on the *Fairfax County*.

- [On March 21, 1986,] "We set out to cruise around with three other ships … The winds were 45 mph with 15-foot seas, Signalman Hopkins fell from the O2 level to the main deck[37] they brought him back to life twice but after the third he was gone his head was crushed."[38]

While the accidental death of a sailor was tragic, it did not significantly affect the ship's deployment schedule. From Seaman Fields's log from the following day.

- "We pulled back into Morehead City to leave Hopkins and we went back to Onslow Bay and anchored overnight. I also had the 1600 to 2000 watch."[39]

### **Performance**

Seaman Fields's incorporation of Navy values manifested itself in the quality of his work. It is customary for Navy superiors to assign a well performing sailor to hold the Navy flag, "the Jack," for ceremonies such as the playing of the national anthem. Within six weeks of arriving on the ship, Seaman Fields had achieved this honor.

- "I had duty today. I had the Jack during both colors and pier sweepers"[40]
- "The [Officer of the Day] OOD let me drive off base and buy some breakfast which is unheard of."[41] Here the OOD placed significant trust in Seaman Fields;

---

[34] Journal February 21. An EM1 is "Electricians Mate First Class" the rough equivalent of a staff sergeant in the Army. Such a sailor would likely have been 28 to 33 years old.

[35] Journal February 21.

[36] More US troops die during training than in combat operations | CNN Politics.

[37] A distance of approximately 40 feet.

[38] Journal March 21.

[39] Journal March 22.

[40] Journal March 11.

[41] *Id.*

had there by any incident with the vehicle, the OOD would have been responsible.

- Less than a month after his arrival, he was "signed off to stand watch and … stood the 16-20 watch."[42]

## Danger

The everyday operation of the ship encompassed a myriad of dangers not present in civilian life.

- "We had a Class C fire in the main aux."[43]
- "We had a Class B Fire in boilers."[44]
- Accidental death from Fall.[45]
- "The seas are still rough and the bow busters[46] shake the whole ship . . . They are beating our ship apart.  We had to turn into the following seas to save our ship cause we are slowly sinking, this is serious … We are back near VA to get away from the storm, we are still flooding, with waves coming over the bow."[47]

## Fear

In addition to peacetime hazards, with the onset of hostilities in the Mediterranean,

combat and possible death became a very real possibility for the crew of the Fairfax County:

- "The US bombed Libya today because of Libyan bombing on US people.  . . .  I hope we don't have to go over there. I'm really scared."[48]
- "we are all hyper about the upcoming Med [cruise]."[49]
- "We were pretty jumpy over the Libia [sic] deal."[50]

While not specifically mentioned in Seaman Fields's journal, there had been surface

battles between US and Libyan surface forces in March of 1986.[51]

---

[42] Journal March 15. "16-20 watch" is the 4PM to 8PM watch.

[43] Journal March 17. A Class C fire is an electrical fire.  The "aux" is the auxiliary engine.

[44] Journal March 19. A Class B fire is Flammable Liquid.

[45] *See supra* p.8, n. 37-39.

[46] "Bow busters" are waves coming over the bow.

[47] Journal May 9-11. *See also* Command History AC_002 "On 8 May, *Fairfax County* left Morehead City only to face an unpredicted storm. 60 knot winds and seas over 30 feet made an exciting start to MARG 2-86." MARG 2-86 is "Marine Amphibious Readiness Group 2-86."

[48] Journal April 14.  *See also* Op El Dorado Canyon.pdf (defense.gov)

[49] Journal April 28.

[50] Journal March 26.

[51] Action in the Gulf of Sidra (1986) - Wikipedia.

ii.        **Seaman Fields's Voyage**

After this "workup" preparation period, he sailed with the crew on the Mediterranean cruise commencing on May 7, 1986.  Seaman Fields's job or "rate" in the Navy was that of Boatswain's mate ("BM"). This "rate" is somewhat of the unsung backbone of the Navy as BM's are tasked during a cruise with numerous arduous tasks including general maintenance and upkeep of the ship: chipping paint, painting, maintenance of ship's external structure, rigging, and deck equipment.[52] It is difficult duty and BM's are commonly referred to in the Navy as the "ship's janitors."  BM's also operate and maintain equipment which may be used in a variety of areas/tasks aboard the ship, including loading and unloading cargo, ammunition, fuel and general stores.[53]  Some of these duties are hazardous, in particular, underway replenishment wherein the *Fairfax County* would come alongside a supply ship and receive stores using trolley like cable to move goods from the supply ship to the *Fairfax County*.[54]

While not a particularly glamourous role, BM's are a *sine qua non* to more publicly appreciated tasks such as aviation and SEALs.  Further, it can be a very high-pressure job as the at sea Navy is a very maintenance/supply-oriented service.

As his journal indicates, during his cruise, Seaman Fields continued to contribute to the *Fairfax County* progress in terms of responsibility and achievement,

<u>**Pride in his service**</u>

- "that is my job to go where the Navy needs me."[55]

---

[52] https://www.thebalancecareers.com/boatswain-s-mate-navy-enlisted-rating-descriptions-3345786; Rating Information Card (osd.mil)

[53] *Id.*

[54] *See* https://www.youtube.com/watch?v=2QaE8KWlKjU.  After his promotion to Boatswain Mate 3rd Class, Petty Officer Fields supervised underway replenishments, communicated directly with the supply ship to ensuring both the efficiency and safety of the operation.

[55] Journal May 7.

- "I have my sea legs now and for an LST, that is saying a lot."[56]
- "It seems like I'll never see land again but that does not worry me any because I feel at home out here."[57]
- "it will be nice to get back to sea."[58]
- "I got damaged control certified, I got an 87 on the test."[59]
- "Dad may go on the Tiger Cruise; I hope he does"[60] A tiger cruise is an event in which the Navy allows relatives of sailors to travel on that sailor's ship during the final portion of a ship's deployment. Seaman Fields's desire to have his dad on ship is indicative of his pride in service.
- "I called home today to say goodbye before we start display Determination '86 and it is 30 days underway." [61]
- "I had turned in my BMR to get advanced to E3, I hope I pass." [62] "BMR" is "Basic Military Requirements." Sailors must complete this course of study to be promoted.

### **Progression**

- "I was put in charge of two people."[63] Despite his junior rank, he was given responsibility for other sailors -- indicative of the trust of his chain of command.
- "Working on my radioman courses."[64] Here, Seaman Fields is making progress toward learning an additional skill in the Navy.
- "I was advanced [promoted] to E3, I'm happy."[65]
- "I turned in my fireman courses today, it's my first step to be an engineman."[66]
- "I passed my fireman courses with a 3.44."[67]

---

[56] Journal May 15. LST's had a reputation for being unstable ships.

[57] Journal May 16.

[58] Journal July 6.

[59] Journal July 11.

[60] Journal September 5. Tiger Cruises | Naval Historical Foundation (navyhistory.org).

[61] Journal September 18. Display Determination '86 was a major NATO Naval exercise to exhibit the nations interoperability and deter aggression. Forces of four nations will take part in a... - UPI Archives. *See also* USS *Fairfax County* (LST 1193) 1986 Command History (hereinafter "Command History") AC_002.

[62] Journal September 24. NAVEDTRA-14325-Feb2002-Basic_Military_Requirements.pdf (navy.mil).

[63] Journal May 20.

[64] Journal June 6.

[65] Journal September 28.

[66] Journal September 30.

[67] Journal October 2.

### **Family**

As is common to sailors, while Seaman Fields was on deployment, his daughter Rhiannon Nicole was born.

- "I got a message from the Red Cross informing me of the birth of my baby girl Rhiannon Nicole and I am so happy."[68]
- "I got off at noon to call, my parents are so happy."[69]
- "I called . . . Rhiannon is doing fine.  . . .  I can't wait to see her."[70]
- "We left Sardinia today to go to Turkey, I can't wait to get home."[71]

### **Danger**

The pre-deployment concerns regarding Libya and the Soviet Union were not without later justification.  In 1986, there were numerous surface encounters between Libyan and US forces, some of which had led to missile launches.  While there were no shots fired, on several occasions, the *Fairfax County* was approached by Libyan patrol ships.  Additionally, Soviet aircraft flew over the *Fairfax County* on occasion.  After completing a deployment that included numerous amphibious assault exercises, underway replenishments, and battle station drills, the *Fairfax County* departed Saros Bay, Turkey, and headed west on or about October 13, 1986.[72]

The *Fairfax County* arrived home in Little Creek, Virginia on November 4, 1986.[73]

---

[68] Journal July 13.
[69] Journal July 16.
[70] Journal July 23.
[71] Journal September 25.
[72] Command History AC_002, 005.
[73] *Id.*

### iii.     Fairfax County (November 4, 1986, to April 1988)

During the remainder of BM3 Fields's time on the *Fairfax County* (until April 1988), the ship was primarily undergoing maintenance at Portsmouth Naval Shipyard or local sea trials as a result of that maintenance.[74]

### iv.     Fairfax County Summary

During the course of his time on the *Fairfax County* (February 1986 to April 1988), Mr. Fields had gone from the rank of Seaman Apprentice (E2) to Petty Officer Third Class (E4) in two years.[75]  In fact, Mr. Fields was "frocked," that is authorized to wear the Petty Officer Third Class rank ahead of his official promotion.[76]  This is an honor bestowed upon a small percentage of sailors and indicates a special trust in their abilities – essentially that they are ready to perform at the next rank immediately.  He remained on active duty after the expiration of his original enlistment (September 1987). In total, his service on the Fairfax County exceeded 30 months.[77] He successfully completed numerous courses and schools[78]  and attained numerous qualifications.[79]  He averaged 3.73/4.0 for his performance grades, above average for a first term sailor.[80]

---

[74] Command History AC_007-008.

[75] The E "X" designation refers to what level of enlisted the individual is, with E1 being the lowest.  For example, an E2 is the second lowest enlisted rank. *See also* April 2, 1988, Certificate of Release or Discharge From Active Duty (001072) (hereinafter "DD-214 #2").

[76] Administrative Remarks July 16, 1987 (003216).

[77] DD-214 #2 (001072); Enlisted Performance Record (001093-99).

[78] Enlisted Performance Record (001093-99).

[79] *Id.*

[80] Enlisted Performance Record (001093).

### E.    Return to the Reserves

After departing active duty, Petty Officer Fields served in reserve units in Charlotte, North Carolina, and Roanoke, Virginia.[81]  In 1988, he was promoted again to Boatswain Mate 2nd Class or "BM2" (E5).  He received a 3.8/4.0 overall evaluation on his first evaluation as a BM2.[82]  His first evaluation evidences the value of his service. "BM2 Fields is highly recommended for advancement to BM1 [Boatswains Mate 1st Class, the next rank up]."[83]

### F.    Return to Active Duty

It is common that the Navy will invite exemplary reservists to serve extended periods of active duty as recruiters.[84]  Such was the case for BM2 Fields.   In April 1989, he returned to active duty, completed the Recruiter Training Orientation in June 1989, and began recruiting shortly thereafter.  His second written evaluation, this one focused on his performance as a recruiter, shows the depth of his contributions in that role:

ACHIEVED 100% OF HIS ASSIGNED GOAL IN HIS FIRST MONTH RECRUITING

EARNED TWO COMNAVRESFOR HARD CHARGER AWARDS FOR OCTOBER AND DECEMBER 89[85]

This second evaluation, for the period April 1, 1989, to March 31, 1990, concludes "Petty Officer Fields is highly recommended for advancement and continuation in the Naval Reserve Canvasser Recruiter Program."[86]  During that rating period, he received a Good Conduct Medal,

---

[81] History of Assignments (003192).

[82] Enlisted Sailors do not receive written comments until they reach the grade of Petty Officer Second Class. *See also* Enlisted Performance Evaluation Report (July 18, 1988, to March 31, 1989) 003240-3241).

[83] *Id.*

[84] Navy Reserve Canvasser Recruiter (CANREC) program (navycs.com).

[85] All capital letters in original.   Enlisted Performance Evaluation Report (April 1, 1989, to March 31, 1990) 001091-1092).

[86] *Id.*

indicative of "three consecutive years of 'honorable and faithful service.'"[87]  He again was invited to his extend his active duty time and did so until September 1990, serving over 17 months on active duty during this period.[88]

### G.   Honorable Discharge

BM2 Fields was transferred to the Kingsport TN Reserve Center on July 26, 1991. There he served in the Reserve unit dedicated to the USS *Butte* until transferring back to Roanoke in January of 1992.[89]  As is prevalent in the Navy Reserve, the difficulties of commuting to the Reserve Center made it difficult for BM2 Fields to continue in the Navy.  Having successfully completed his eight-year enlistment, BM2 Fields was honorably discharged from the Navy Reserve on September 27, 1992.[90]  Importantly, BM2 Fields was "Recommended for re-enlistment."[91]  This is the Navy's way of saying that it would welcome BM2 Fields back into the Navy.

## III.   CONCLUSION

Edward Fields's service warrants consideration in determining whether the country he served should now choose to put him to death. As an initial matter, through his service in the US Navy he has shown that he is able to conform his behavior to extremely structured conditions. Throughout his 8-year career in the Navy, and especially while on ship, he was continually required to be at a certain location at a precise time, in a particular uniform, performing a specified task required by his superiors to an exacting set of standards.  His success in the Navy

---

[87] Good Conduct Medal (United States)- Wikipedia. *See also* Administrative Remarks (001097).
[88] September 30, 1990, Certificate of Release or Discharge From Active Duty (001073) (hereinafter "DD-214 #3").
[89] History of Assignments (003192, 003193).
[90] Record of Discharge from U S Naval Reserve (Inactive) (001074).
[91] *Id.*

and concomitant rapid progression through the enlisted ranks evidence that not only can he conform to such an environment, he can thrive in it. There is neither official record nor recollection of a single instance wherein he failed to conform to the strict behavior expected of him.

Further, near the height of the Cold War, Mr. Fields answered his country's call – a call that the vast majority of his contemporaries summarily ignored.  This 17-year-old volunteered to serve in a dangerous profession, made even more so by the geopolitical climate.  While his training in the Navy Reserve as a Boatswain Mate is admirable in its own right, he elected at the age of 18 to go beyond that, joining the active duty Navy.

Finally, Boatswain Mate service on the *Fairfax County* was far more grueling than it was glamorous.   Yet as is indicated in his journal and his records, Boatswain Mate Fields embraced his service: *inter alia*, he chipped paint, painted, manned lines during underway replenishment, maintained the ships rigging, worked the ship's machinery to allow the Marines to complete their mission, and stood seemingly endless watches.  In addition to his labors, he was exposed to the tragedy of young death and served under the very real threat to his own life concomitant with a 1986 Mediterranean deployment.  Subsequently, he returned to the reserves where he knowingly made himself available for another such deployment.  He later accepted the Navy's request to recruit others like himself into the Navy.  At the end of his eight years of service, Boatswain Mate Second Class Edward Leon Fields received an Honorable Discharge with a Recommendation for Reenlistment.

In short, he did all that his country asked of him.   And more.

As the Supreme Court emphasized in *Porter v. McCollum*, 558 U.S. 30 (2009) (per curiam), the United States has "a long tradition of according leniency to veterans in recognition of their service."  This case provides an opportune moment for the United States to live up to that tradition.  Mr. Fields's military service strongly militates towards a disposition of less than death.

Sincerely,

Art C. Cody, Esq.
Captain USN (Ret)
Director
Center for Veteran Criminal Veteran
Advocacy
Phone: (201) 312-4644
acody@vetcrimadvocacy.org

17

CAPT ART CODY USN  210 Ackerman Avenue, Ridgewood, NJ 07450 (201) 312-4644

EXPERIENCE:

| | |
|---|---|
| *April 2011–*<br>*May 2012* | **STAFF DIRECTOR, INTERAGENCY RULE OF LAW**<br>**U.S. EMBASSY, KABUL, AFGHANISTAN**<br>Reported directly to the Senior Director of the Interagency Rule of Law Section (IROL) and served as acting Senior Director in his absence.  Direct Supervisor for the daily and strategic employment of this Embassy Section consisting of thirty-seven Rule of Law professionals (DOD, DOS, USAID, DOJ, Afghan nationals) in the development and implementation planning of US Rule of Law efforts in Afghanistan.  In addition to the strategic and daily management of the section:<br><ul><li>Personally, served as the US Embassy representative, and US lead, to the Afghan Government regarding the District Rule of Law (ROL) Access to Justice Program, the spearhead initiative of the US's ROL effort.  Advised the Afghan National Security Council and US Ambassadors on policy matters.  Conducted site visits to numerous District Governance Centers.  Program achieved unprecedented success in placing courts in previously underserved remote districts.</li><li>Habitually represented the IROL to US organizations and the international community (e.g., Coalition embassies and NGO's).</li><li>Routinely briefed Rule of Law programs to Congressional delegations.</li></ul> |
| *February 2010–*<br>*March 2011* | **ASSISTANT CHIEF STAFF OFFICER (OPERATIONS) JFCOM 206 (CAPT)**<br>Led largest directorate in a high visibility unit supporting Joint Forces Command. Identified training short falls and implemented comprehensive training plan to improve/sustain Crisis Action Team.  Active Duty Periods: NATO Orientation Course Facilitator (National Defense University, Washington, D.C.); Crisis Action Chief, VIGILANT SHIELD '10 (Norfolk, VA); ULCHI FREEDOM GUARDIAN '10 (US Joint Task Force Liaison Officer to the Republic of Korea Navy, Busan, Korea). |
| *October 2005–*<br>*January 2010* | **CHIEF STAFF OFFICER/OPERATIONS OFFICER, OSE C2F (CAPT)**<br>Engineered the stand-up of COMMANDER SECOND FLEET's (C2F) Operational Support Element (OSE) headquarters unit. Solely responsible for the selection, training, and deployment of a 17-member (O-6 level) Liaison Officer (LNO) cadre to international locations during C2F's Joint Task Force certification exercise. Active Duty Periods: PANAMAX '07 (JTF LNO to United Nations' Special Representative of the Secretary General (SRSG), Panama City, Panama); PANAMAX '08 (Mentor to Dominican Republic Military Joint Operations Center, Santo Domingo, Dominican Republic); AUSTERE CHALLENGE '09 (Air Tasking Order Cell Lead, Grafenwoehr, Germany); BRIGHT STAR '10 (Maritime Operations Center Deputy Director on board Egyptian Naval Ship *Rashid* (Mediterranean Sea vic. Alexandria, Egypt,)); BRIGHT STAR '10 (Maritime Operations Center Director, Cairo West Air Base); UNIFIED RESPONSE (Operational Planning Team Chief, Haiti Earthquake, January '10 (Norfolk, VA)). |
| *October 2004–*<br>*September 2005* | **COMMANDING OFFICER, VTU 0207G, NRC Bronx (CAPT)**<br>Immediately instituted procedures and policies dramatically increasing contributory support to Reserve Center tenet units.  Facilitated support opportunities resulting in 25 days of in-theater Tsunami Relief (UNIFIED ASSISTANCE).<br>Active Duty Periods: JOINT TASK FORCE EXERCISE 05-02 (Liaison Officer onboard U.S.S IWO JIMA (LHD-7) for shore-based UK Royal Navy headquarters.) |
| *October 2002 –*<br>*September 2004* | **CHIEF STAFF OFFICER, BATTLE GROUP STAFF 12(CDR/CAPT)**<br>Installed unit training to support Commander Cruiser Destroyer Group 12 (CCDG12) during FY-03 training and FY04 Arabian Gulf deployment, resulting in 850+ man days of support, ensuring "dock to dock" support to U.S.S. ENTERPRISE (CVN-65). Active Duty Periods: Multi-National Maritime Exercise '03, onboard U.S.S. ENTERPRISE (CVN-65), (vic. Norfolk, VA); SOUTHERN WATCH Tactical Flag Control Center Watchstanding (Arabian Gulf, onboard U.S.S. ENTERPRISE). |

| | |
|---|---|
| *October 2000 –*<br>*September 2002* | **EXECUTIVE OFFICER / BATTLE GROUP STAFF 12 (CDR)**<br>Harnessed ENDURING FREEDOM relationships to serve as Unit POC to supported command, often as sole representative at Warfare Commander's Conferences. Active Duty Periods: ENDURING FREEDOM (Post 9-11, 2001) Augmented CCDG 12 staff as Personnel Officer for 55 days onboard U.S.S. ENTERPRISE for planning/execution of initial strikes into Afghanistan. |
| *October 1998 –*<br>*September 2000* | **ADMIN OFFICER/EXEC OFFICER, BATTLE GROUP STAFF 12 (CDR)**<br>Unit received Leo Bilger Award for "side by side" support of CCDG12 during International Naval Review 2000 in New York City that included ships from 23 navies and presided over by POTUS.  Prepared planning/execution briefings for Flag Officers. Active Duty Periods: SOUTHERN WATCH (Air Watch Officer in Arabian Gulf onboard U.S.S. ENTERPRISE (1999); Int'l Naval Review 2000 (Watch Captain). |
| *May1992 -*<br>*September 1998* | **NON-PAY TRAINING UNITS (LCDR)**<br>I served in Voluntary Training Units in Los Angeles, CA; South Bend, IN; and Kearny, NJ during this period as I went through law school preparation/attendance/first law job. |
| *September 1988*<br>*- April 1992* | **NAVY HELICOPTER PILOT**<br>**HELICOPTER COMBAT SPECIAL SUPPORT SQUADRON FIVE (HCS-5)**<br>**NAVAL AIR STATION PT. MUGU, CA (LT/LCDR)**<br>HH-60H Special Operations/Strike Rescue Pilot. Held junior officer positions of increasing responsibility culminating in leading largest division in squadron. |

### Active Duty Army Assignments

| | |
|---|---|
| *1984 – 1987* | **ARMY HELICOPTER PILOT/ OPERATIONS OFFICER, GERMANY (1LT-CPT)**<br>Responsible for providing aviation support for an Army division in Europe. Coordinated daily operations of 140 aircraft/crews.  Due to language ability, served as single interface between a U.S. Brigade and local German government. |
| *1982 – 1984* | **OFFICER BASIC/FLIGHT SCHOOL (2LT)** |
| *1978– 1982* | **CADET, UNITED STATES MILITARY ACADEMY, WEST POINT, NY** |

### Recognition

- Navy Bronze Star Medal for service in Afghanistan (2011-2012);
- Department of State Meritorious Honor Award for service in Afghanistan