**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | **6:03-cr-00073-RAW** |
| | : | |
| Respondent, | : | **CAPITAL CASE** |
| | : | |
| v. | : | HON. RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

**PETITIONER'S UNOPPOSED MOTION FOR ORDER FOR
ISSUANCE OF SUBPOENAS AND PAYMENT OF TRAVEL
COSTS AND WITNESS FEES**

Petitioner, Edward Leon Fields, Jr., through undersigned counsel, respectfully requests an order authorizing the United States Marshals to arrange and pay for the travel costs of a witness, and in support states as follows:

1.     The evidentiary hearing in this matter is scheduled to begin on Monday, October 7, 2024. Mr. Fields is indigent and undersigned counsel has been appointed to represent him because of his indigence. Doc. No. 280. He is financially unable to pay for service or for the fees of witnesses

2. Mr. Fields requests that the Court order the United States Marshals to subpoena the following witnesses:[1]

Isaiah Gant, Esq.
Hermitage, TN

Barry Derryberry, Esq.
Tulsa, OK

Michael Abel, Esq.
Tulsa, OK

Lisa Greenman, Esq.
Washington, D.C.

David Freedman, Ph.D.
New York, NY

3. Mr. Fields also requests, pursuant to 28 U.S.C. § 1825, that the Court order that the travel costs and witness fees incurred by his fact witnesses be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government. Specifically, Mr. Fields requests that the Court order that costs and fees be paid for the following witnesses:[2]

Isaiah Gant, Esq.

Michael Abel, Esq.

4. Undersigned counsel has consulted with counsel for the government who have stated that the government has no objection to this Motion. Mr. Fields respectfully requests that the Court rule in an expedited manner to provide the Marshals with sufficient time to arrange for service of the subpoenas and travel may be arranged.

---

[1] In accordance with the requirements of the ECF filing system, Mr. Fields's counsel has redacted the witnesses' addresses. Counsel will provide the addresses directly to the Marshals.

[2] Barry Derryberry, Esq.; Lisa Greenman, Esq.; and David Freeman, Ph.D., do not require that their travel or other costs be reimbursed.

WHEREFORE, Edward Leon Fields, Jr., respectfully requests that the Court grant this motion. A proposed order has been submitted via email to the Clerk of Court.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: August 29, 2024

## CERTIFICATE OF SERVICE

I certify that on August 29, 2024 that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender