# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 6:03-CR-00073-RAW |
| ) | |
| Respondent, ) | CAPITAL CASE |
| ) | |
| v. ) | |
| ) | |
| EDWARD LEON FIELDS, JR., ) | |
| ) | |
| Petitioner. ) | |

## ORDER

**This matter** comes before the Court on consideration of Petitioner's Unopposed Motion

for Order for Issuance of Subpoenas and Payment of Travel Costs and Witness Fees (Doc. No.

392). Having considered the motion, the Court finds it should be GRANTED based on the

following determinations that:

1. the Petitioner has made a satisfactory showing that he is financially unable to pay the fees of the witnesses; and

2. the presence of the following witnesses is necessary to an adequate defense of this cause.

It is hereby **ORDERED** that witness subpoenas for the following witnesses shall be served

by the United States Marshals:

Isaiah Gant, Esq.
Hermitage, TN

Barry Derryberry, Esq.
Tulsa, OK

Michael Abel, Esq.
Tulsa, OK

Lisa Greenman, Esq.
Washington, D.C.

David Freedman, Ph.D.
New York, NY

It is also hereby **ORDERED** that the costs incurred by the process and the fees of the following witnesses shall be paid in the same manner in which similar costs and fees are paid in the case of a witness subpoenaed on behalf of the Government:

Isaiah Gant, Esq.

Michael Abel, Esq.

**IT IS SO ORDERED** this 30th day of August, 2024.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**