**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Respondent*,<br><br>v.<br><br><br>EDWARD LEON FIELDS, JR.,<br><br>   *Petitioner*. | Case No. 6:03-cr-00073-RAW |

## PETITIONER'S NOTICE REGARDING HIS VIDEO TELECONFERENCE APPEARANCE AT THE UPCOMING EVIDENTIARY HEARING

Pursuant to the Court's order dated August 5, 2024 (Doc. 375), Petitioner, Edward Leon Fields, through undersigned counsel, hereby respectfully submits this notice concerning his video teleconference appearance at the upcoming evidentiary hearing and states as follows:

1. On August 5, 2024, the Court granted Mr. Fields request to attend the evidentiary hearing beginning Monday, October 7, 2024, via video teleconferencing. (Doc. 375).

2. As part of that order, the Court directed Mr. Fields to file a notice: (1) confirming that the necessary technology is in place to facilitate Mr. Fields's appearance by video teleconference; and (2) identifying the attorney who will be present with Mr. Fields at USP Terre Haute during the hearing and what, if any means of communication will be available between that attorney and the attorneys present in the courtroom during the hearing.

3. On the morning of September 3, 2024, undersigned counsel appeared at the Muskogee federal courthouse and, with the assistance of courthouse personnel, tested the WebEx connection between USP Terre Haute and the courtroom. The test confirmed that the audio and

video connection is functional and will allow for full communication between the individuals present at USP Terre Haute and in the courtroom.

4.     As previously stated, arrangements have been made for Assistant Federal Defender Cristi Charpentier of the Federal Community Defender Office for the Eastern District of Pennsylvania to be present at USP Terre Haute with Mr. Fields for the duration of the evidentiary hearing.

5.     During the test yesterday, staff at USP Terre Haute again confirmed that Ms. Charpentier will have access to a telephone that will allow Mr. Fields and Ms. Charpentier to have a confidential conversation with Mr. Fields's attorneys present in the courthouse.

Respectfully submitted,

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
hayden_nelson-major@fd.org

Hunter Labovitz
Federal Public Defender
for the Western District of Oklahoma
215 Dean A. McGee Ave, Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: September 4, 2024

## CERTIFICATE OF SERVICE

I certify that on September 4, 2024 that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender