**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Respondent,* | |
| **v.** | **Case No. 6:03-cr-00073-RAW** |
| **EDWARD LEON FIELDS, JR.,** | |
| *Petitioner.* | |

## JOINT PRE-HEARING STATEMENT

Pursuant to the Tenth Amended Scheduling Order for Evidentiary Hearing (Doc. 360), the parties submit the following Joint Pre-Hearing Statement. Throughout this Joint Pre-Hearing Statement, documents filed in *United States v. Fields*, Case No. 10-cv-115 will be referred to as "2255 Doc." and documents filed in *United States v. Fields*, Case No. 03-cr-73 will be referred to as "Trial Doc."

I.      Counsel who will appear at the evidentiary hearing:

        A.      On behalf of Mr. Fields

        Hunter Labovitz, Katherine Ensler, Hayden Nelson-Major, and Katherine Thompson,[1] Assistant Federal Defenders

        B.      On behalf of the Government

        Christopher J. Wilson, United States Attorney, Eastern District of Oklahoma, and Aaron J. Stewart, Trial Attorney, United States Department of Justice, Capital Case Section

II.     Stipulated or uncontested facts:

        The parties stipulate that: (1) the following witnesses, if called by Mr. Fields to testify at

---

[1] Ms. Thompson will seek admission *pro hac vice* and enter her appearance shortly.

the evidentiary hearing, would testify consistent with the statements contained in their declarations, which have been submitted to the Court as exhibits for the hearing; and (2) the contents of their declarations shall be admitted as substantive evidence:

1.  Rob Ridenour – Def.'s Ex. 245 (Decl., Feb. 4, 2021)

2.  Paul Brunton – Def.'s Ex.246 (Decl., Apr. 24, 2024)

3.  Robin Maher – Def.'s Ex. 248 (Decl., Jan. 13, 2024)

4.  Judy Clarke – Def.'s Ex. 249 (Decl., Oct. 21, 2022)

5.  Alex Bunin – Def.'s Ex. 250 (Decl., Dec. 30, 2020)

6.  David Bruck – Def.'s Ex. 247 (Decl., Jan. 16, 2024)

7.  Kevin McNally – Def.'s Ex. 251 (Decl., Aug. 9, 2024)

The following factual allegations in the Amended Petition regarding Ground One, subsections C and E (2255 Doc. at 16-31, 39-46), are uncontested:

1.  Allegations in paragraphs 26, 33, and 71.

2.  The allegations in paragraph 28 that trial counsel arranged for Dr. Gelbort to perform neuropsychological testing and an evaluation of Mr. Fields and that Dr. Gelbort performed the listed tests are uncontested. The remainder of the paragraph is contested.

3.  The allegations in paragraph 34 that Dr. Price evaluated Mr. Fields, performed the listed tests and noted the listed percentiles, and noted no evidence of malingering was found on the neurological testing are uncontested. The remainder of the paragraph is contested.

4.  The allegations in paragraph 35 that trial counsel provided Dr. Price's report to Dr. Gelbort and that Dr. Gelbort told her the data was consistent with his own data are uncontested. The remainder of the paragraph is contested.

5.  The allegations in paragraph 36 that trial counsel sent Dr. Gelbort a contract to cover his testimony, that he would likely be testifying on July 18, 2005, and that she would want to consult with him regarding cross examination of the Government expert are uncontested. The remainder of the paragraph is contested.

6.  The allegations in paragraph 37 that Dr. Gelbort did not testify at trial and did not perform any further neuropsychological testing are uncontested.

The remainder of the paragraph is contested.

7. The allegations in paragraphs 38-42 are uncontested to the extent that the parties agree Dr. Martell conducted an evaluation of Mr. Fields and noted the findings stated in the paragraphs. The accuracy of Dr. Martell's findings are contested.

8. The allegations in paragraph 72 that trial counsel did not object during the listed portions of Dr. Price's testimony are uncontested. The remainder of the paragraph is contested.

III. <u>Contested issues of fact and law:</u>

A. Contested issues of fact

All factual allegations in Ground One, subsections C and E; Ground Four; and Ground Eight of the Amended Petition (2255 Doc. 106)[2] that are not specifically listed as uncontested above are contested.

B. Contested issues of law

1. Whether trial counsel rendered deficient performance in not presenting evidence of organic brain damage during the sentencing phase of Mr. Fields's trial. *See* 2255 Doc. 106 at 16-31; 2255 Doc. 110 at 3-21; 2255 Doc. 119 at 4-29; *United States v. Fields*, 949 F.3d 1240, 1248-53 (10th Cir. 2019).

2. Whether trial counsel rendered deficient performance in their handling of the Government's mental health expert during the sentencing phase of Mr. Fields's trial. *See* 2255 Doc. 106 at 39-46; 2255 Doc. 110 at 3-21; 2255 Doc. 119 at 4-29; *United States v. Fields*, 949 F.3d 1240, 1248-53 (10th Cir. 2019).

3. Whether trial counsel's failure to present evidence of organic brain damage prejudiced Mr. Fields during the sentencing phase of his trial. *See* 2255 Doc. 106 at 16-31; 2255 Doc. 110 at 3-21; 2255 Doc. 119 at 4-29; *United States v. Fields*, 949 F.3d 1240, 1254-62 (10th Cir. 2019).

4. Whether trial counsel's failure to adequately cross-examine the Government's mental health expert prejudiced Mr. Fields during the sentencing phase of his trial. *See* 2255 Doc. 106 at 16-31; 2255 Doc. 110 at 3-21; 2255 Doc. 119 at 4-29; *United States v. Fields*, 949 F.3d 1240, 1254-

---

[2] The Plaintiff/Respondent objects to inclusion of Grounds Four and Eight in the Joint Pre-Hearing Statement pursuant to the Government's Motion in Limine (Doc. 389).

62 (10th Cir. 2019).

5. Whether trial counsel rendered deficient performance in failing to present social history evidence. *See* 2255 Doc. 106 at 83-94; 2255 Doc. 110 at 34-39; 2255 Doc. 119 at 39-42; *United States v. Fields*, 949 F.3d 1240, 1267-68 (10th Cir. 2019).[3]

6. Whether, in the event this Court denies relief based on a finding that trial counsel's failure to present evidence of organic brain damage did not prejudice Mr. Fields, he is nevertheless entitled to relief on the basis of cumulative error. *See* 2255 Doc. 106 at 124; 2255 Doc. 110 at 42-43; 2255 Doc. 119 at 45; *United States v. Fields*, 949 F.3d 1240, 1273 (10th Cir. 2019).[4]

The parties suggest submitting proposed findings of fact and conclusions of law following the conclusion of the hearing.

IV. <u>Witnesses to be called at the hearing, including a brief description of their anticipated testimony:</u>

A. Mr. Fields

1. Isaiah "Skip" Gant, Esq. – Facts surrounding Mr. Fields's representation, including his role in the case; the selection of experts; and decisions made regarding what evidence and which witnesses to present at the penalty phase.

2. Barry Derryberry, Esq. – Facts surrounding Mr. Fields's representation, including his role in the case; the selection of experts; and decisions made regarding what evidence and which witnesses to present at the penalty phase.

3. Michael Abel, Esq. – Facts surrounding Mr. Fields's trial representation, including his role in the case.

4. Michael M. Gelbort, Ph.D. – Facts surrounding Mr. Fields's representation, his role in Mr. Fields's case, his consultation with trial counsel, and evidence of Mr. Fields's brain impairment that could have been presented at trial.

5. Lisa Greenman, Esq. – Her consultation with trial counsel on mental health issues, including the selection of mental health experts and her views on

---

[3] The Plaintiff/Respondent objects to inclusion of this paragraph in the Joint Pre-Hearing Statement pursuant to the Government's Motion in Limine (Doc. 389).
[4] The Plaintiff/Respondent objects to inclusion of this paragraph in the Joint Pre-Hearing Statement pursuant to the Government's Motion in Limine (Doc. 389).

those defense experts' opinions.

6. David Freedman, Ph.D. – His consultation with trial counsel on mental health issues, including the selection of mental health experts; his views on those defense experts' opinions; and his views on the Government's mental health experts' opinions.

7. George W. Woods, Jr., M.D. – Facts surrounding Mr. Fields's representation, his role in Mr. Fields's case, his consultation with trial counsel, and evidence of Mr. Fields's brain impairment that could have been presented at trial.

8. Richard Burr, Esq. – Contact he had with Mr. Fields's trial counsel and any assistance he provided to Mr. Fields's legal team.

9. Erin David Bigler, Ph.D. – Analysis of MRIs performed on Mr. Fields's brain, the correlation between those imaging studies and the results of neuropsychological testing administered to Mr. Fields, and evidence of Mr. Fields's brain damage that could have been presented at trial.

10. Bradley D. Grinage, M.D. – Facts surrounding Mr. Fields's representation, his role in Mr. Fields's case, his consultation with trial counsel, and evidence of Mr. Fields's brain impairment that could have been presented at trial.

11. Travis Snyder, D.O. – Analysis of MRIs of Mr. Fields's brain and evidence of Mr. Fields's brain damage that could have been presented at trial.

12. Glori Shettles – Facts surrounding Mr. Fields's representation, the selection of experts, her investigation, her consultation with counsel, and decisions made regarding what evidence and which witnesses to present at the penalty phase.

13. Julia O'Connell, Esq. – Facts surrounding Mr. Fields's representation, including her role in the case; the selection of experts; and decisions made regarding what evidence and which witnesses to present at the penalty phase.

14. Susan Koslow, M.D. – Analysis of a 2011 MRI of Mr. Fields's brain.

15. David H. Berns, M.D. – His analysis of a 2017 MRI of Mr. Fields's brain.

16. Clark R. Clipson, Ph.D. – Errors the Government's trial expert Dr. Price made when administrating, scoring, and interpreting neuropsychological testing.

17. Alan Stephen Kaufman, Ph.D. – Errors the Government's trial expert Dr. Price made when administrating, scoring, and interpreting the Weschler Adult Intelligence Scale – Third Edition.

18. Art Cody, Esq. – The nature and quality of Mr. Fields's naval service and Mr. Fields's adjustment to and performance in the structured setting of military service.

19. Joseph T. Stanik – Facts surrounding his role as Mr. Fields's commanding officer, his observations of Mr. Fields's naval service.

20. Raymond J. Mach – Facts surrounding his role as Mr. Fields's commanding officer and his observations of Mr. Fields's naval service.

21. Maureen Baird – Mr. Fields's adjustment to incarceration.

22. Cherie Fields – Facts surrounding Mr. Fields's upbringing, family dysfunction, and social history.

23. Michael Burt, Esq. – Contact he had with Mr. Fields's trial counsel and any assistance he provided to Mr. Fields's legal team.

B.    The Government

1. Isaiah Gant – Facts surrounding Mr. Fields' representation, the selection of experts to testify, strategic decisions made regarding mental health evidence, views about Dr. Gelbort.

2. Barry Derryberry – Facts surrounding Mr. Fields' representation, the selection of experts to testify, strategic decisions made regarding mental health evidence, views about Dr. Gelbort.

3. Lisa Greenman – Facts surrounding Mr. Fields' representation, the selection of experts to testify, strategic decisions made regarding mental health evidence, views about Dr. Gelbort.

4. David Freedman – Facts surrounding Mr. Fields' representation, the selection of experts to testify, strategic decisions made regarding mental health evidence, views about Dr. Gelbort.

5. Dr. Michael Gelbort – Facts surrounding Mr. Fields' representation, his retention and involvement in Mr. Fields' case, and his findings regarding Mr. Fields' mental health status.

6. Dr. George Woods – Facts surrounding mental health strategy, counsel's actions, and views about Dr. Gelbort's role in the defense case.

7. Dr. Brad Grinage – Facts surrounding mental health strategy, counsel's actions, and views about Dr. Gelbort's role in the defense case.

8. Dr. Susan Koslow (Expert) – Facts regarding her examination of Mr. Field's MRI report and conclusions about the report.

9. Glori Shettles – Facts surrounding Mr. Fields' representation, the selection of experts to testify, strategic decisions made regarding mental health evidence, views about Dr. Gelbort.

10. Michael Burt – Facts surrounding consultation between him and trial counsel prior to and during trial.

11. Dr. James Seward (Expert) – Expert opinion regarding Mr. Fields' mental health history, neuropsychological testing, executive functioning, and the substance of his mental health claims.

12. Dr. Michael Arambula (Expert) – Expert opinion regarding Mr. Fields' mental health history, executive functioning, and the substance of his mental health claims.

13. Dr. Joshua Shimony (Expert) – Expert opinion regarding the 2011 MRI as it relates to Mr. Fields' mental health history, executive functioning, and the substance of his mental health claims.

14. Julia O'Connell – Facts surrounding Mr. Fields' representation, the selection of experts to testify, strategic decisions made regarding mental health evidence, views about Dr. Gelbort.

V. <u>Exhibits to be presented at the evidentiary hearing, noting any objection by the party against whom the exhibit is to be offered:</u>

Unless specifically noted below, the parties do not object to the authenticity of any exhibit. The parties also agree that any transcripts from any prior proceedings in this matter can be used during witness examinations at the hearing and that transcripts do not need to be authenticated or marked as an exhibit.

A. Mr. Fields's exhibit list

The chart below contains objections which the Government anticipates it will lodge at the evidentiary hearing, but the Government reserves the right to raise additional objections to Mr. Fields's exhibits at the hearing.

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 1 | St. Anthony Hospital Records | 2255 Doc. 106-6 | |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 2 | School Records | FIELDS6875-81 | |
| 3 | Preliminary Psychosocial Assessment by Glori J. Shettles, Sept. 11, 2003 | 2255 Doc. 106-26 | Relevance/Hearsay |
| 4 | Evaluation by Michael M. Gelbort, Ph.D. (Signed), July 1, 2005 | FIELDS7924-27 | |
| 5 | Declaration of Cherie Fields, Mar. 21, 2010 | 2255 Doc. 106-27 | Relevance/Hearsay |
| 6 | Declaration of Bradley D. Grinage, M.D., Mar. 29, 2010 | 2255 Doc. 106-4 | Hearsay |
| 7 | Report of Travis Snyder, D.O., Feb. 3, 2021 (with accompanying slides) | | |
| 8 | Declaration of Susan Koslow, M.D., Sept. 5, 2021 (with 2011 MRI report) | | |
| 9 | Report of Erin Bigler, Ph.D., Jan. 21, 2022 | | |
| 10 | Supplemental Declaration of Bradley D. Grinage, M.D., May 22, 2024 | | Hearsay |
| 11 | Defender Organization Classification System, Research and Writing Specialist Job Description, Administrative Office of the U.S. Courts | | |
| 12 | Entry of Appearance for Barry Derryberry, July 25, 2003 | Trial Doc. 10 | |
| 13 | Withdrawn | | |
| 14 | Defendant's Unopposed Motion to Continue Briefing and Hearing, May 20, 2005 | Trial Doc. 136 | |
| 15 | Principal Brief, *United States v. Wright,* July 5, 2005 (10th Cir. No. 05-5022) | | Relevance |
| 16 | Bureau of Prisons Clinical Encounter - Administrative Note, Sept. 30, 2011 | | |
| 17 | Email from Kevin McNally to Skip Gant, Nov. 7, 2003 | | |
| 18 | Email from Kevin McNally to David Bruck, et al., Jan. 7, 2005 | FIELDS4661 | |
| 19 | Defendant's Proposed Procedures Voir Dire and Memorandum of Law, Mar. 11, 2005 | Trial Doc. 117 | Relevance |
| 20 | Digital Imaging and Communications in Medicine (DICOM) files from 2011 MRI | | |
| 21 | Naval Records of Edward Fields from Trial Counsel's Files | FIELDS5543-58 | Relevance |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 22 | Naval Records of Edward Fields from Trial Counsel's Files | FIELDS7121-202 | Relevance |
| 23 | Naval Journal of Edward Fields | | Relevance |
| 24 | Photograph of Edward Fields in Naval Uniform | | Relevance |
| 25 | Report of Art Cody, Apr. 19, 2022 | | Relevance |
| 26 | Command History Records for USS Fairfax County | | Relevance |
| 27 | Report of Maureen Baird, Apr. 12, 2022 | | Relevance |
| 28 | Bureau of Prisons Program Statement 5322.13, Inmate Classification and Program Review | | Relevance |
| 29 | Bureau of Prisons Male PATTERN Risk Scoring, Oct. 13, 2019 | | Relevance |
| 30 | Bureau of Prisons Individualized Needs Plan – Program Review Summary Report, Nov. 10, 2022, May 5, 2023 | | |
| 31 | Bureau of Prisons Chronological Disciplinary Record, Apr. 23, 2023 | | |
| 32 | Bureau of Prisons Work Performance Ratings, Mar. 31, 2022 & May 24, 2023 | | |
| 33 | Curriculum Vitae of Clark Clipson, Ph.D., 2024 | | Relevance |
| 34 | Declaration of Clark Clipson, Ph.D., Sept. 24, 2015 | 2255 Doc. 106-37 | Relevance/Hearsay |
| 35 | Raw data from Neuropsychological Evaluation by Randall Price, Ph.D. | | |
| 36 | Handwritten Notes from Neuropsychological Evaluation by Randall Price, Ph.D. | | |
| 37 | Preliminary Report of the Neuropsychological Evaluation by Randall Price, Ph.D., June 20, 2005 | | |
| 38 | Report of Neuropsychological Evaluation of Randall Price, Ph.D., July 1, 2005 | 2255 Doc. 106-9 | |
| 39 | Interview Transcript of Edward Leon Fields, Jr. by Randall Price, Ph.D., June 13, 2005 | | |
| 40 | Interview Transcript of Edward Leon Fields, Jr. by Randall Price, Ph.D., June 28, 2005 | | |
| 41 | Curriculum Vitae of Alan Kaufman, Ph.D., 2024 | | Relevance |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 42 | Declaration of Alan Kaufman, Ph.D., Sept. 15, 2015 | 2255 Doc. 106-36 | Relevance/Hearsay |
| 43 | Report of D.H. Berns, M.D., Sept. 20, 2017 | | |
| 44 | Curriculum Vitae of Glori J. Shettles, 2024 | | |
| 45 | Mitigation Task List prepared by Ron Lax, Aug. 20, 2003 | FIELDS22435-60 | |
| 46 | Email from Julia O'Connell to Skip Gant, Glori Shettles, and Ron Lax, Apr. 13, 2004 | FIELDS4766 | |
| 47 | Email from Glori Shettles to Julia O'Connell, Apr. 29, 2004 | FIELDS4749 | |
| 48 | Mitigation Timeline prepared by Glori Shettles, Updated Jan. 21, 2005 | FIELDS17048-111 | |
| 49 | Email from Glori Shettles to Ron Lax, Aug. 25, 2004 | FIELDS6842 | |
| 50 | Email from Glori Shettles to George Woods, M.D., Oct. 14, 2004 | FIELDS6642 | |
| 51 | Email from Glori Shettles to Julia O'Connell, Dec. 10, 2004 | FIELDS6841 | |
| 52 | Mitigation Witnesses Memorandum prepared by Glori J. Shettles, May 2, 2005 | FIELDS4309-13 | Relevance |
| 53 | Email from Glori Shettles to Julia O'Connell, June 13, 2005 | FIELDS4555 | |
| 54 | Email from Glori Shettles to Julia O'Connell, June 21, 2005 | FIELDS4431 | |
| 55 | Letter from Glori Shettles to Julia O'Connell, July 1, 2005 | FIELDS4710-11 | |
| 56 | Email from Julia O'Connell to Glori Shettles, July 4, 2005 | FIELDS15058 | |
| 57 | Email from Glori Shettles to Julia O'Connell, July 7, 2005 | FIELDS4503 | |
| 58 | Declaration of Glori Shettles, Mar. 22, 2010 | 2255 Doc. 106-5 | Relevance/Hearsay |
| 59 | Initial Report from Daniel Martell, Ph.D., Apr. 1, 2010 | 2255 Doc. 106-10 | |
| 60 | Final Report from Daniel Martell, Ph.D., May 30, 2013 | | |
| 61 | Raw data from Daniel Martell, Ph.D. | | |
| 62 | Declaration of Steven S. Nolder, Sept. 24, 2015 | 2255 Doc. 106-34 | Relevance/Hearsay |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 63 | Declaration of Michael M. Gelbort, Ph.D., Sept. 30, 2015 | 2255 Doc. 106-35 | Hearsay |
| 64 | Supplemental Declaration of Michael M. Gelbort, Ph.D., Aug. 7, 2023 | | Hearsay |
| 65 | Neuropsychological Examination by George Woods, M.D., June 25, 2005 | 2255 Doc. 106-29 | |
| 66 | Handwritten Notes from Neuropsychological Evaluation by George Woods, M.D. | | |
| 67 | Mental Health Evaluation by Jeffrey R. Mitchell, M.D., June 30, 2005 | | |
| 68 | Progress Notes by Mike Kemp, M.D. | FIELDS6115-29 | |
| 69 | Declaration of Raymond J. Mach, June 15, 2022 | | Relevance/Hearsay |
| 70 | Declaration of Joseph T. Stanik, June 15, 2022 | | Relevance/Hearsay |
| 71 | Raw Data from Curtis Todd Grundy, Ph.D., July 25, 2003 | FIELDS4303-08, 6421-24, 6371-6420, 6573-91 | |
| 72 | Notes from Curtis Todd Grundy, Ph.D., July 25, 2003 | FIELDS6350-70 | |
| 73 | Draft Evaluation by Michael M. Gelbort, Ph.D. | FIELDS4191-94 | |
| 74 | Letter from Julia O'Connell to Michael M. Gelbort, Ph.D., July 5, 2004 | FIELDS15570–71 | |
| 75 | Letter from Julia O'Connell to Michael M. Gelbort, Ph.D., July 6, 2005 | FIELDS15516-18 | |
| 76 | Invoice from Michael M. Gelbort, Ph.D., to Julia O'Connell, Sept. 2, 2004 | | |
| 77 | Invoice from Michael M. Gelbort, Ph.D., to Julia O'Connell, July 22, 2005 | | |
| 78 | Raw Data from Michael M. Gelbort, Ph.D., Aug. 11, 2004 | FIELDS7046-110 | |
| 79 | Handwritten Notes from Evaluation by Michael M. Gelbort, Ph.D., Aug. 11, 2004 | FIELDS7039-45 | |
| 80 | Email from Julia O'Connell to George Woods, M.D., Sept. 20, 2004 | FIELDS15666 | |
| 81 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, Nov. 10, 2004 | FIELDS4659 | |
| 82 | Email from Skip Gant to Julia O'Connell, March 9, 2005 | FIELDS14847 | |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 83 | Email from Skip Gant to David Freedman, June 1, 2005 | FIELDS4691 | |
| 84 | Email from Skip Gant to David Freedman and Julia O'Connell, June 3, 2005 | FIELDS14893 | |
| 85 | Email exchange between Michael M. Gelbort, Ph.D., and Julia O'Connell, June 13-14, 2005 | FIELDS3314 | |
| 86 | Email exchange between Michael M. Gelbort, Ph.D., and Julia O'Connell, June 19-20, 2005 (am) | FIELDS3316 | |
| 87 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, June 20, 2005 (pm) | FIELDS14974 | |
| 88 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, June 22, 2005 | FIELDS3318 | |
| 89 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, June 23, 200 | FIELDS3319 | |
| 90 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, June 25, 2005 | FIELDS3320 | |
| 91 | Email from Julia O'Connell to Michael M. Gelbort, Ph.D.; George Woods, M.D.; David Freedman; and Lisa Greenman, July 1, 2005 | FIELDS3265 | |
| 92 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, July 6, 2005 | FIELDS3323 | |
| 93 | Report of Fields Brain MRI from Indiana Imaging Center of Terre Haute, Nov. 3, 2011 | | |
| 94 | Declaration of Isaiah "Skip" Gant, Sept. 24, 2015 | | Hearsay |
| 95 | Email from Skip Gant to David Freedman, Lisa Greenman, and Julia O'Connell, Jan. 7, 2005 | FIELDS4654 | |
| 96 | Email from David Freedman to Skip Gant, Lisa Greenman, and Julia O'Connell, Jan. 7, 2005 | FIELDS4662-63 | |
| 97 | Email from Skip Gant to Julia O'Connell, Jan. 7, 2005 (am) | FIELDS4655 | |
| 98 | Email from Skip Gant to David Freedman, Jan. 7, 2005 | FIELDS4655 | |
| 99 | Email from Skip Gant to Julia O'Connell, Glori Shettles, and Ron Lax, Apr. 13, 2004 | FIELDS4767 | |
| 100 | Email from Skip Gant to Julia O'Connell, Glori Shettles, and Ron Lax, Apr. 20, 2004 | FIELDS4763 | |
| 101 | Email from Skip Gant to Julia O'Connell, Apr. 21, 2004 | FIELDS15622 | |
| 102 | Email from Skip Gant to Julia O'Connell and Glori Shettles, May 24, 2004 | FIELDS15623 | |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 103 | Email from Skip Gant to Julia O'Connell, July 14, 2004 | FIELDS15631 | |
| 104 | Email from Skip Gant to Julia O'Connell, Aug. 20, 2004 | FIELDS13934 | |
| 105 | Email from Skip Gant to Julia O'Connell, Aug. 25, 2004 | FIELDS3303 | |
| 106 | Email from Skip Gant to Julia O'Connell, Dec. 9, 2004 | FIELDS15685 | |
| 107 | Email from Skip Gant to Julia O'Connell, Lisa Greenman, and David Freedman, Jan. 16, 2005 | FIELDS3275 | |
| 108 | Email from Skip Gant to Julia O'Connell, Feb. 10, 2005 | | |
| 109 | Email from Skip Gant to Julia O'Connell, Sept. 8, 2005 | FIELDS15121 | |
| 110 | Trial Appointment, July 21, 2003 | Trial Doc. 2 | |
| 111 | Ex Parte Application for Subpoena, July 22, 2003 | Trial Doc. 5 | |
| 112 | Defendant's Objection to Government's Proposed Amendment to Order Regarding Mental Health Evidence and Examination, Feb. 28, 2005 | Trial Doc. 111 | |
| 113 | Defendant's Proposed Voir Dire Procedures and Memorandum of Law, Mar. 11, 2005 | Trial Doc. 117 | |
| 114 | Emails from Paul Brunton to Judy Clarke, Michael Abel, Barry Derryberry, and Julia O'Connell, July 21, 200 | FIELDS13896-900 | |
| 115 | Report of James Seward, Ph.D., Nov. 16, 2013 | 2255 Doc. 110-23 | |
| 116 | Raw data from neuropsychological evaluation by James Seward, Ph.D. | | |
| 117 | Withdrawn | | |
| 118 | David Freedman, *Guide to Mental Health Mitigation* (May 2004) | | |
| 119 | Declaration of George Woods, M.D., Mar. 28, 2010 | 2255 Doc. 106-3 | Hearsay |
| 120 | Declaration of Julia O'Connell, Mar. 30, 2010 | 2255 Doc. 106-2 | Hearsay |
| 121 | Unsigned Evaluation by Michael M. Gelbort, Ph.D. (2 pages) | | |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 122 | Defendant's Notice of Intent to Present Expert Testimony Pursuant to Federal Rule of Criminal Procedure 12.2(B)(1)-(2), Nov. 1, 2004 | Trial Doc. 85 | |
| 123 | Government's Motion for More Definite Rule 12.2 Notice, Nov. 8, 2004 | Trial Doc. 88 | |
| 124 | Defendant's Response to Government's Motion for More Definitive Rule 12.2 Notice, Nov. 16, 2004 | Trial Doc. 90 | |
| 125 | Order Denying the Motion of the Government for More Definitive Rule 12.2 Notice, Nov. 19, 2004 | Trial Doc. 91 | |
| 126 | Defendant's Amended Notice of Intent to Present Expert Testimony Pursuant to Federal Rule of Criminal Procedure 12.2(B)(2), June 20, 2005 | Trial Doc. 161 | |
| 127 | Email from Judy Clarke to Skip Gant and David Freedman, July 22, 2003 | | |
| 128 | Email from David Freedman to Skip Gant, July 28, 2003 | | |
| 129 | Email from David Freedman to Skip Gant, July 29, 2003 | | |
| 130 | Email from Kevin McNally to David Freedman, et al., Aug. 3, 2003 | | |
| 131 | Email from David Freedman to Skip Gant, Dec. 1, 2003 | | |
| 132 | Email from Judy Clarke to David Freedman, et al., Aug. 26, 2004 | | |
| 133 | Email from Kevin McNally to David Freedman, et al., Aug. 31, 2004 | | |
| 134 | Email from Skip Gant to Julia O'Connell, Sept. 20, 2004 | FIELDS15678 | |
| 135 | Email from Lisa Greenman to Julia O'Connell and Skip Gant, Jan. 7, 2005 | FIELDS4656 | |
| 136 | Email from Lisa Greenman to David Freedman, Julia O'Connell and Skip Gant, Jan. 8, 2005 | FIELDS4650-4651 | |
| 137 | Email from Lisa Greenman to Julia O'Connell, Feb. 15, 2005 | | |
| 138 | Email from Julia O'Connell to Lisa Greenman, Feb. 16, 2005 | FIELDS4680 | |
| 139 | Email from Lisa Greenman to Julia O'Connell, Apr. 2, 2005 | | |
| 140 | Email from Lisa Greenman to Julia O'Connell, June 10, 2005 | FIELDS13924-25 | |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 141 | Email from Lisa Greenman to Julia O'Connell, June 27, 2005 | FIELDS3257-58 | |
| 142 | Email from Lisa Greenman to Julia O'Connell, July 6, 2005 | FIELDS3270 | |
| 143 | Email from Lisa Greenman to Julia O'Connell, July 25, 2005 | FIELDS3272 | |
| 144 | Notice of Intent to Seek the Death Penalty, Mar. 15, 2004 | Trial Doc. 38 | |
| 145 | Defendant's Supplemental Ex Parte Motion for Extension of Time to File Rule 12.2 Notice, Aug. 27, 2004 | Trial Doc. 52 | |
| 146 | Defendant's Supplemental Ex Parte Motion for Extension of Time to File Rule 12.2 Notice, Sept. 17, 2004 | Trial Doc. 65 | |
| 147 | Notice of the Nature of Evidence and Listing of Potential Witnesses in Support of Aggravating Factors and Death Penalty Eligibility, May 26, 2005 | Trial Doc. 147 | |
| 148 | Brief Addressing Admissibility of Evidence in Support of Future Dangerousness and Mental Anguish Non-Statutory Aggravating Factors, June 10, 2005 | Trial Doc. 153 | |
| 149 | Order Regarding Preliminary Exclusion of Evidence, June 17, 2005 | Trial Doc. 157 | |
| 150 | Letter from Julia O'Connell to Michael M. Gelbort, Ph.D., July 6, 2005 | 2255 Doc. 119-9 | |
| 151 | Brief in Opposition to Defendant's Rule 29 Motion, July 20, 2005 | Trial Doc. 223 | |
| 152 | Special Findings Form and Verdict Form, July 22, 2005 | Trial Doc. 228 | |
| 153 | "Fields Working Points" from Julia O'Connell | FIELDS8328 | |
| 154 | Email from David Freedman to Skip Gant, Lisa Greenman, and Julia O'Connell, Jan. 7, 2005 | FIELDS4648-4649 | |
| 155 | Email from Skip Gant to David Freedman, Jan. 7, 2005 | FIELDS4655 | |
| 156 | Email from David Freedman to Lisa Greenman, Jan. 7, 2005 | FIELDS4661 | |
| 157 | Email from David Freedman to Julia O'Connell and Skip Gant, Jan. 14, 2005 | FIELDS3278 | |
| 158 | Email from David Freedman to George Woods, M.D., Feb. 1, 2005 | FIELDS4653 | |

15

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 159 | Email from David Freedman to David Bruck, et al., Mar. 24, 2005 | FIELDS4688 | |
| 160 | Email from David Freedman to Julia O'Connell and Skip Gant, May 31, 2005 | | |
| 161 | Email from Skip Gant to David Freedman, Jan. 1, 2005 | FIELDS4691 | |
| 162 | Email from Skip Gant to David Freedman, June 3, 2005 | FIELDS4692 | |
| 163 | Email from David Freedman to Julia O'Connell, June 16, 2005 | FIELDS3290 | |
| 164 | Email from David Freedman to Julia O'Connell, June 23, 2005 | FIELDS3292 | |
| 165 | Email from David Freedman to Julia O'Connell, July 4, 2005 | FIELDS3296 | |
| 166 | Email from David Freedman to Julia O'Connell, July 4, 2005 | FIELDS3268-69 | |
| 167 | Email from David Freedman to Julia O'Connell, July 5, 2005 | FIELDS3299 | |
| 168 | Letter from United States Attorney Sheldon Sperling and Assistant AUSA Linda Epperley to Julia O'Connell, Feb. 1, 2005 | 2255 Doc. 106-8 | |
| 169 | Letter from Julia O'Connell to Bradley D. Grinage, M.D., June 8, 2005 | FIELDS6847-49 | |
| 170 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 13, 2005 | FIELDS6868 | |
| 171 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 13, 2005 | FIELDS6843 | |
| 172 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 19, 2005 | FIELDS6870 | |
| 173 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 21, 2005 | FIELDS6871 | |
| 174 | Email from Lisa Greenman to Julia O'Connell, Apr. 2, 2005 | | |
| 175 | Email from Julia O'Connell to David Freedman, Jan. 27, 2005 | FIELDS4652 | |
| 176 | Email from Julia O'Connell to David Freedman, Feb. 28, 2005 | FIELDS4681 | |
| 177 | Email from Julia O'Connell to David Freedman and Lisa Greenman, Mar. 4, 2005 | FIELDS4682 | |
| 178 | Email from Julia O'Connell to David Freedman and Lisa Greenman, Mar. 9, 200 | FIELDS4683 | |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 179 | Email from Julia O'Connell to David Freedman, Mar. 9, 2005 | FIELDS4684 | |
| 180 | Email from Julia O'Connell to David Freedman and Lisa Greenman, Mar. 9, 2005 | FIELDS4685 | |
| 181 | Email from Julia O'Connell to Skip Gant, Mar. 9, 2005 | FIELDS14848 | |
| 182 | Email from Julia O'Connell to David Freedman, Mar. 24, 2005 | FIELDS4686 | |
| 183 | Email from Julia O'Connell to David Freedman and Lisa Greenman, June 9, 2005 | FIELDS4697 | |
| 184 | Email from Julia O'Connell to David Freedman and Lisa Greenman, June 10, 2005 | FIELDS4698 | |
| 185 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 13, 2005 | FIELDS14914 | |
| 186 | Email from Julia O'Connell to George Woods, M.D., June 18, 2005 | FIELDS14940 | |
| 187 | Email from Julia O'Connell to George Woods, M.D., June 18, 2005 | FIELDS14937 | |
| 188 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 21, 2005 | FIELDS14978 | |
| 189 | Email from Julia O'Connell to Michael M. Gelbort, Ph.D., June 22, 2005 | FIELDS14992 | |
| 190 | Email from Julia O'Connell to Randall Price, June 23, 2005 | FIELDS19812 | |
| 191 | Email from Julia O'Connell to Michael Burt, June 25, 2025 | FIELDS15025-29 | |
| 192 | Email from Julia O'Connell to David Freedman, July 4, 2005 | FIELDS4703 | |
| 193 | Email from Julia O'Connell to David Freedman, July 4, 2005 | FIELDS4704 | |
| 194 | Email from Julia O'Connell to David Freedman, July 6, 2004 | FIELDS3300 | |
| 195 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, July 11, 2005 | 2255 Doc. 112-1 | |
| 196 | Email from Julia O'Connell to George Woods, M.D., July 24, 2005 | FIELDS15099 | |
| 197 | Email from Julia O'Connell to David Bruck, Aug. 26, 2004 | | |
| 198 | Curriculum Vitae of Michael M. Gelbort, Ph.D. | | |
| 199 | Curriculum Vitae of George Woods, M.D. | | |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 200 | Curriculum Vitae of Bradley D. Grinage, M.D. | | |
| 201 | Curriculum Vitae of Travis Snyder, D.O. | | |
| 202 | Curriculum Vitae of Susan Koslow, M.D. | | |
| 203 | Curriculum Vitae of Erin Bigler, Ph.D. | | |
| 204 | Curriculum Vitae of Art Cody | | Relevance |
| 205 | Curriculum Vitae of Maureen Baird | | Relevance |
| 206 | Motion for Attorney Isaiah Gant to Appear Pro Hac Vice, Aug. 12, 2003 | Trial Doc. 19 | |
| 207 | Minute Order Granting Motion for Attorney Isaiah Gant to Appear Pro Hac Vice, Sept. 9, 2003 | Trial Doc. 29 | |
| 208 | Email from Julia O'Connell to David Freedman, Lisa Greenman, and Skip Gant, Jan. 7, 2005 | FIELDS4660 | |
| 209 | Email from Sheldon Sperling to Scott Woodward and Julia O'Connell, May 27, 2005 | FIELDS14874 | |
| 210 | Email from Julia O'Connell to Skip Gant, June 6, 2005 | FIELDS14897 | |
| 211 | Email from Julia O'Connell to George Woods, June 12, 2005 | FIELDS14906 | |
| 212 | Email from Julia O'Connell to George Woods, June 12, 2005 | FIELDS14908 | |
| 213 | Email from Julia O'Connell to George Woods, June 18, 2005 | FIELDS14942 | |
| 214 | Email from Julia O'Connell to Geroge Woods, June 18, 2005 | FIELDS14949 | |
| 215 | Email from George Woods to Julia O'Connell, June 19, 2005 | FIELDS14952 | |
| 216 | Email from Julia O'Connell to George Woods, June 19, 2005 | FIELDS14953 | |
| 217 | Email from George Woods to Julia O'Connell, June 22, 2005 | FIELDS14998 | |
| 218 | Email from Michael Gelbort to Julia O'Connell, June 27, 2005 | FIELDS15016 | |
| 219 | Email from George Woods to Julia O'Connell, Michael Gelbort, David Freedman, Lisa Greenman, July 1, 2005 | FIELDS15051 | |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 220 | Email from George Woods to Julia O'Connell, July 2, 2005 | FIELDS15052 | |
| 221 | Email from George Woods to Julia O'Connell, July 2, 2005 | FIELDS15053 | |
| 222 | Opinion and Order, Dec. 15, 2016 | 2255 Doc. 125 | |
| 223 | Opinion and Order, Mar. 15, 2017 | 2255 Doc. 130 | |
| 224 | *United States v. Fields*, 949 F.3d 1240 (10th Cir. 2019) (opinion) | | |
| 225 | Email from Lisa Greeman to Julia O'Connell and Michael Burt, June 14, 2005 | FIELDS3251 | |
| 226 | Email from Julia O'Connell to Michael Burt, June 28, 2005 | FIELDS15032-33 | |
| 227 | Email from Julia O'Connell to Michael Burt, July 1, 2005 | | |
| 228 | Email from Michael Burt to Lisa Greenman, July 5, 2005 | | |
| 229 | Email Michael Burt to Skip Gant, et al., Apr. 9, 2006 | | |
| 230 | Email from Julia O'Connell to Michael Burt, July 22, 2005 | | |
| 231 | Email from Michael Burt to Julia O'Connell, July 22, 2005 | | |
| 232 | Testimony of Michael Gelbort, *United States of America v. Hammer*, July 18, 2005 (M.D.Pa. Case No. 96-CR-239) | | |
| 233 | Declaration of R.L. Winters, M.D., Mar. 3, 2010 | 2255 Doc. 106-13 | Hearsay |
| 234 | Declaration of Larry Trombka, M.D., Mar. 26, 2010 | 2255 Doc. 106-12 | Hearsay |
| 235 | Declaration of Joyce Louise Bumgardner, M.D., Mar. 30, 2010 | 2255 Doc. 106-11 | Hearsay |
| 236 | Declaration of Dean Anderson, March 24, 2010 | 2255 Doc. 106-14 | Hearsay |
| 237 | FBI Record of Interview of Edward Fields, July 18, 2003 | | |
| 238 | FBI Record of Telephone Call from Edward Fields to Michelle Tipton, July 18, 2003 | | |
| 239 | Email from Lisa Greenman to Michael Burt, July 1, 2005 | FIELDS15050 | |

| No. | Description | Where in the record | Objection by the Government |
|---|---|---|---|
| 240 | Email from Julia O'Connell to Skip Gant, Sept. 20, 2004 | FIELDS15667 | |
| 241 | Supplemental Declaration of Maureen Baird, Aug. 9, 2023 | | Relevance/Hearsay |
| 242 | Supplemental Declaration of George Woods, M.D., May 22, 2024 | | Hearsay |
| 243 | Muskogee County Jail records | | |
| 244 | Billing records of Gloria Shettles | | |
| 245 | Declaration of Rob Ridenour, Feb. 4, 2021 | | |
| 246 | Declaration of Paul Brunton, Apr. 24, 2024 | | |
| 247 | Declaration of David Bruck, Jan. 16, 2024 | | |
| 248 | Declaration of Robin Maher, Jan. 13, 2024 | | |
| 249 | Declaration of Judy Clarke, Oct. 21, 2022 | | |
| 250 | Declaration of Alex Bunin, Dec. 30, 2020 | | |
| 251 | Declaration of Kevin McNally, Aug. 9, 2024 | | |

B.      The Government's exhibit list

Without knowing the purpose for which the Government seeks to offer each exhibit, Mr. Fields cannot determine whether certain exhibits are relevant and admissible. As such, Mr. Fields reserves the right to raise objections to the government's exhibits at the hearing.

| No. | Description | Where in the record | Objection by Mr. Fields |
|---|---|---|---|
| 1 | 12/29/2004 email between Glori Shettles and Julia O'Connell | Fields 4586 | |
| 2 | 6/21/2005, 5:08 pm email between Dr. Grinage and Julia O'Connell | Fields 14978 | |
| 3 | 6/21/2005, 3:15 pm email between Dr. Grinage and Julia O'Connell | Fields 14976 | |

| No. | Description | Where in the record | Objection by Mr. Fields |
|---|---|---|---|
| 4 | 3/4/2005-3/24/2005 email chain between David Freedman and Julia O'Connell | Fields   4682, 4686 | |
| 5 | 6/19/2005 email between Julia O'Connell and Brad Grinage | Fields 6870 | |
| 6 | 6/27/2005 email chain including emails between Isaiah Gant and David Freedman | | |
| 7 | 1/27/2005 emails between Julia O'Connell and David Freedman | Fields 4673-74 | |
| 8 | 2/1/2005 emails between George Woods and David Freedman | Fields 4675-76 | |
| 9 | 2/28/2005 email between Julia O'Connell and David Freedman | Fields 4681 | |
| 10 | 7/4/2005 email between Julia O'Connell and David Freedman | Fields 4704 | |
| 11 | Glori Shettles handwritten note | Fields 3176 | |
| 12 | 7/4/2005-7/6/2005 email chain between David Freedman and Julia O'Connell | Fields 15054-59, 15062 | |
| 13 | 6/2/2005-6/3/2005 emails between David Freedman and Julia O'Connell | Fields 4692-94 | |
| 14 | 6/14/2005 emails between Julia O'Connell and Dr. Gelbort | Fields 3314-15 | |
| 15 | 6/19/2005-6/20/2005 email between Dr. Gelbort and Julia O'Connell | Fields 3316 | |
| 16 | 6/22/2005 email between Dr. Gelbort and Julia O'Connell | Fields 3318 | |
| 17 | 6/23/2005 between David Freedman and Julia O'Connell | Fields   3292-93 | |
| 18 | 6/23/2005-6/27/2005 emails between Julia O'Connell and Dr. Gelbort | Fields 3319-21 | |
| 19 | 6/27/2005 emails between Lisa Greenman and Julia O'Connell | Fields 15023-24 | |
| 20 | 3/9/2005 emails between Julia O'Connell, Lisa Greenman and David Freedman | Fields 4683-85 | |
| 21 | 5/16/2005 emails between Julia O'Connell and Glori Shettles | Fields 4568 | |
| 22 | Handwritten note | Fields 13052 | |
| 23 | Handwritten witness list | Fields 12883 | |
| 24 | 6/13/2005 email between Julia O'Connell and Brad Grinage | Fields 6868 | |

| No. | Description | Where in the record | Objection by Mr. Fields |
|---|---|---|---|
| 25 | 5/31/2005-6/1/2005 email chain among David Freedman, Isaiah Gant, and Julia O'Connell | | |
| 26 | 1/7/2005-1/8/2005 email chain among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | Fields 14825 | |
| 27 | 6/18/2005 emails between Dr. Woods and Julia O'Connell | Fields 14940-41 | |
| 28 | Gelbort Final Report | Fields 7924-27 | |
| 29 | 1/7/2005, 12:36 pm email among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | | |
| 30 | 1/7/2005, 3:45 pm email among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | | |
| 31 | 1/8/2005, 12:34 pm email among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | Fields 4650-51 | |
| 32 | 7/1/2005-7/2/2005 emails between Julia O'Connell and Dr. Woods | Fields 15052 | |
| 33 | Handwritten note | Fields 12760 | |
| 34 | 6/13/2005 email between Julia O'Connell and Dr. Grinage | Fields 6843 | |
| 35 | CRC Brochure | Fields 13901-8 | |
| 36 | 1/14/2005-1/21/2005 emails among Isaiah Gant, Lisa Greenman, David Freedman, and Julia O'Connell | Fields 3242-46 | |
| 37 | Dr. Seward Report, November 2013 | | |
| 38 | Dr. Seward Report, May 2024 | | |
| 39 | Dr. Seward CV | | |
| 40 | Dr. Shimony Report | | |
| 41 | Dr. Shimony CV | | |
| 42 | Dr. Koslow Report | | |

| No. | Description | Where in the record | Objection by Mr. Fields |
|---|---|---|---|
| 43 | Dr. Arambula Report, February 2022 | | |
| 44 | Dr. Arambula Report, April 2024 | | |
| 45 | Dr. Arambula CV | | |
| 46 | 2/4/2005 emails between David Freedman and Julia O'Connell | Fields 4678 | |
| 47 | 7/26/2005 email from David Freedman to Julia O'Connell | Fields 3302 | |
| 48 | Mitigation Timeline | Fields 6692-6724 | |
| 49 | 1983 Brain Scan Report | Fields 6257 | |
| 50 | Handwritten Note | Fields 3945 | |
| 51 | Deauthorization Letter | Fields 7030-35 | |
| 52 | 4/29/2004 emails between Julia O'Connell and Glori Shettles | Fields 4423 | |
| 53 | Handwritten Note | Fields 12887 | |
| 54 | 7/25/2005 emails between George Woods and Julia O'Connell | Fields 15099 | |
| 55 | 9/20/2004 email from Julia O'Connell to George Woods | Fields 15666 | |
| 56 | 7/6/2005 emails between Julia O'Connell and Michael Gelbort | Fields 15061 | |
| 57 | 6/16-6/28/2005 emails between Julia O'Connell, Michael Burt, and Lisa Greenman | Fields 13917-21 | |
| 58 | 4/8/2005 email from Sheldon Sperling | Fields 13936-38 | |
| 59 | 6/18/2005 emails between Julia O'Connell and George Woods re Dr. Grinage | Fields 14937 | |
| 60 | 6/18/2005 emails between Julia O'Connell and George Woods re: working diagnosis | Fields 14949 | |
| 61 | 1/12/2005 email from Julia O'Connell to Isaiah Gant | | |
| 62 | 7/1-7/5/2005 emails between Julia O'Connell, Michael Burt, and Lisa Greenman | | |
| 63 | 7/1-7/22/2005 emails between Julia O'Connell and Michael Burt | | |

| No. | Description | Where in the record | Objection by Mr. Fields |
|---|---|---|---|
| 64 | 7/6/2005 emails between Julia O'Connell, Michael Burt, and Alex Bunin | | |
| 65 | 9/20/2004 email from Julia O'Connell to Isaiah Gant | Fields 15667 | |
| 66 | Handwritten notes for motion to continue | Fields 12950 | |
| 67 | 6/18/2005 emails between Julia O'Connell and George Woods | Fields 14944 | |
| 68 | 6/21/2005 emails between Julia O'Connell and George Woods | Fields 14980-81 | |
| 69 | 3/24-3/28/2005 emails between David Freedman, Isaiah Gant, and capital resource counsel | Fields 4688 | |
| 70 | April 2004 emails between Julia O'Connell, Isaiah Gant, Glori Shettles, George Woods | | |
| 71 | 6/22-6/23/2005 emails between Julia O'Connell and Brad Grinage | Fields 14992, 15003 | |
| 72 | Combined mental health records for Edward Fields 2013-2022 | | |
| 73 | Combined medical records for Edward Fields 2013-2022 | | |
| 74 | Dr. Shimony supplemental report | | |

VI.   <u>Anticipated length of hearing</u>

The parties have conferred and believe that the current hearing schedule (October 7-11, 2024, and November 12-13, 2024) will likely be insufficient to accommodate the witnesses that both parties intend to call.

Respectfully submitted,

s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

s/ Hunter Labovitz
Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

s/ Christopher J. Wilson
Christopher J. Wilson, OBA # 13801
United States Attorney
520 Denison Ave
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
chris.wilson@usdoj.gov

s/ Aaron J. Stewart
Aaron J. Stewart, OBA #31721
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; Rm. 656
Washington, DC 20530
Telephone: (202) 353-0254
Fax: (202) 353-9779
aaron.j.stewart@usdoj.gov

Dated: September 9, 2024

**CERTIFICATE OF SERVICE**

I certify that on September 9, 2024, that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Hunter Labovitz
Hunter Labovitz