IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **6:03-cr-00073-RAW** |
| | : | |
| Respondent, | : | **CAPITAL CASE** |
| | : | |
| v. | : | HON. RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

## <u>MOTION FOR ADMISSION OF KATHERINE THOMPSON</u>
<u>PRO HAC VICE</u>

Pursuant to Rule 83.2(f) and Rule 83.3(c) of the local rules of the United States District

Court for the Eastern District of Oklahoma, undersigned counsel, Hayden Nelson-Major,

respectfully moves for the admission pro hac vice of Katherine Thompson so as to allow her to

appear and participate in this case on behalf of the Petitioner. In support of this motion, counsel

submits the following information:

1. Movant, Hayden Nelson-Major is an Assistant Federal Defender with the Federal
Community Defender Office for the Eastern District of Pennsylvania. Attorney Nelson-Major
was admitted to participate in these proceedings pro hac vice on May 21, 2024. Doc. 362.

2. Attorney Katherine Thompson is also an Assistant Federal Defender with the
Federal Community Defender Office for the Eastern District of Pennsylvania. Her business
address, telephone and fax are:

> Katherine Thompson
> Federal Community Defender Office for the Eastern District of
> Pennsylvania – Capital Habeas Unit
> 601 Walnut Street, Suite 545 West

Philadelphia, Pennsylvania 19106
215-928-0520 (telephone)
215-928-0826 (fax)

3.      Attorney Thompson has been a member of the Bar of New York State since 2002 (NY 4056131), the Bar of the Commonwealth of Pennsylvania since 2018 (Pa. Bar. No. 323459), and the Bar of the United States District Court for the Eastern District of Pennsylvania since 2018.

4.      Attorney Thompson is a member of the above Bars in good standing and is not under suspension or disbarment from any Bar.

5.      Attorney Thompson does not reside in the Eastern District of Oklahoma, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

6.      Attorney Thompson seeks relief from the requirement of being moved into this Court pro hac vice by an associated local counsel because of local counsel's conflict of interest as a result of representing Petitioner previously.  The office of the Federal Defender for the Eastern District of Oklahoma is not available to serve as local counsel because that office represented Petitioner at trial and appeal, and the performance of counsel from that office is a subject of the motion for relief that has been filed in this matter. I make this averment in accord with LCvR 83.3(c).

7.      Attorney Thompson is familiar with the Local Rules of Court and will abide by the applicable rules of attorney conduct for the duration of her appearance in the Eastern District of Oklahoma.

8.      Upon approval of this Motion to Appear Pro Hac Vice, Attorney Thompson will file the required Entry of Appearance form in accordance with LCvR 83.4 and will submit a request for e-filing permissions in the Eastern District of Oklahoma.

9.      Pursuant to LCvR 83.2(f), I have included with this Motion Attorney Thompson's completed Application for Admission Pro Hac Vice. A proposed order has been submitted via email to the Clerk of Court.

Respectfully submitted,


/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Phone: 215-928-0520
hayden_nelson-major@fd.org

Dated: September 11, 2024

## CERTIFICATE OF SERVICE

I certify that on September 11, 2024 that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | Case Number: 6:03-cr-00073-RAW |
| | ) | |
| Edward Leon Fields, Jr., | ) | |
| Petitioner. | ) | |

## REQUEST FOR ADMISSION PRO HAC VICE
### (to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1.  Full Name: Katherine Cleary Thompson

2.  State bar membership number: 323459 (Pennsylvania)

3.  Firm name, business address, telephone and fax numbers: Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Unit, 601 Walnut Street, Suite 545 West, Philadelphia, PA 19106; (215) 928- 0520 (phone); (215) 928-0826 (fax)

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: The Bars of the State of New York, the Commonwealth of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes_____No____X_____

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes_____No____X_____

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court? Yes____X_____No_____

8.  Have you completed a training course for the CM/ECF application in any Court?  If yes, list where and the date of completion.  Yes_____No____X_____

DATED this __11th__ day of _____September_____, 2024.

_Katherine Thompson_____
Signature