UNITED STATES OF AMERICA,

      *Respondent*,

v.

                               **Case No. 6:03-cr-00073-RAW**

EDWARD LEON FIELDS, JR.,

      *Petitioner*.

## PETITIONER'S MOTION TO WITHDRAW HIS REQUEST TO APPEAR BY VIDEO TELECONFERENCE AT THE UPCOMING EVIDENTIARY HEARING

Petitioner, Edward Leon Fields, through undersigned counsel, hereby respectfully moves the Court to withdraw his request to appear at the upcoming evidentiary hearing by video teleconferencing. Mr. Fields no longer wishes to attend the hearing either in person or by video teleconference. In support of this motion, Mr. Fields states as follows:

1. The Court's Tenth Amended Scheduling Order for Evidentiary Hearing (No. 360) required Mr. Fields to make a request to attend the evidentiary hearing in person or via video teleconferencing at least thirty (30) days prior to the commencement of the evidentiary hearing.

2. Pursuant to that order, Mr. Fields requested that he be permitted to attend the evidentiary hearing via vide teleconferencing. (No. 371)

3. Following a telephonic hearing on that motion on August 5, 2024, the Court issued an order granting Mr. Fields' motion and directing him to file a notice (1) confirming that the necessary technology is in place to facilitate Mr. Fields' appearance by video teleconference, and (2) identifying the attorney who will be present with Mr. Fields at USP Terre Haute during the

hearing and what, if any means of communication will be available between that attorney and the attorneys present in the courtroom during the hearing. (No. 375).

4. Undersigned counsel subsequently filed a notice pursuant to the Court's August 5, 2024 Order. (No. 394).

5. However, after further consideration, Mr. Fields has decided that he does not wish to attend the hearing in person or via video teleconferencing. (Ex. A, Declaration of Edward Leon Fields, Sept. 12, 2024). Counsel has discussed this decision with Mr. Fields and Mr. Fields confirmed that he does not want to appear at the hearing.

6. Mr. Fields's presence is not required at the upcoming hearing on his motion to vacate his sentence. *See* 28 U.S.C.S. § 2255(c) ("A court may entertain and determine such a motion without requiring the production of the prisoner at the hearing."). Therefore, Mr. Fields respectfully requests that this motion be granted.

7. Counsel for Respondent was contacted and indicated that they take no position on this motion.

WHEREFORE, Petitioner respectfully requests that this Court GRANT his motion. A proposed order has been submitted via email to the Clerk of Court.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Ensler
Katherine Thompson
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
hayden_nelson-major@fd.org
katherine_ensler@fd.org
katherine_thompson@fd.org


Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A. McGee Ave STE 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: September 18, 2024

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2024 that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender

# EXHIBIT A

**Declaration of Edward Leon Fields**
**Pursuant to 28 U.S.C. § 1746**

I, Edward Leon Fields, Jr., hereby verify and declare as follows:

1. I am the defendant in *United States v. Edward Leon Fields, Jr.*, Case No. 6:03-cr-00073 (E.D. Okla.).

2. I am aware that, at my request, the Court issued an order allowing me to appear at the upcoming evidentiary hearing in my case via video teleconferencing. However, after giving the matter more thought and consulting with my attorneys, I have decided that I do not want either to come to court or to attend the upcoming hearing via video teleconferencing. I want my lawyers to go forward without me.

3. No one has made me make this decision. I am deciding not to attend the upcoming hearing in person or via video teleconferencing of my own free will.

I hereby declare, subject to the penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: September 12, 2024

Edward Leon Fields, Jr.