# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
        Plaintiff,

       v.

EDWARD LEON FIELDS, JR.,
        Defendant.

Case No. 6:03-cr-00073-RAW

## DEFENDANT'S AMENDED EXHIBIT LIST
## FOR EVIDENTIARY HEARING

| No. | Description | Admitted |
|---|---|---|
| 1 | St. Anthony Hospital Records | |
| 2 | School Records | |
| 3 | Preliminary Psychosocial Assessment by Glori J. Shettles, Sept. 11, 2003 | |
| 4 | Evaluation by Michael M. Gelbort, Ph.D. (Signed), July 1, 2005 | |
| 5 | Declaration of Cherie Fields, Mar. 21, 2010 | |
| 6 | Declaration of Bradley D. Grinage, M.D., Mar. 29, 2010 | |
| 7 | Report of Travis Snyder, D.O., Feb. 3, 2021 (with accompanying slides) | |
| 8 | Declaration of Susan Koslow, M.D., Sept. 5, 2021 (with 2011 MRI report) | |
| 9 | Report of Erin Bigler, Ph.D., Jan. 21, 2022 | |
| 10 | Supplemental Declaration of Bradley D. Grinage, M.D., May 22, 2024 | |
| 11 | Defender Organization Classification System, Research and Writing Specialist Job Description, *Administrative Office of the U.S. Courts* | |
| 12 | Entry of Appearance for Barry Derryberry, July 25, 2003 | |
| 13 | Withdrawn | |

| No. | Description | Admitted |
|---|---|---|
| 14 | Defendant's Unopposed Motion to Continue Briefing and Hearing, May 20, 2005 | |
| 15 | Principal Brief, *United States v. Wright,* July 5, 2005 (10th Cir. No. 05-5022) | |
| 16 | Bureau of Prisons Clinical Encounter - Administrative Note, Sept. 30, 2011 | |
| 17 | Email from Kevin McNally to Isaiah "Skip" Gant, Nov. 7, 2003 | |
| 18 | Email from Kevin McNally to David Bruck, et al., Jan. 7, 2005 | |
| 19 | Defendant's Proposed Procedures Voir Dire and Memorandum of Law, Mar. 11, 2005 | |
| 20 | Digital Imaging and Communications in Medicine (DICOM) files from 2011 MRI | |
| 21 | Naval Records of Edward Fields from Trial Counsel's Files | |
| 22 | Naval Records of Edward Fields from Trial Counsel's Files | |
| 23 | Naval Journal of Edward Fields | |
| 24 | Photograph of Edward Fields in Naval Uniform | |
| 25 | Report of Art Cody, Apr. 19, 2022 | |
| 26 | Command History Records for USS Fairfax County | |
| 27 | Report of Maureen Baird, Apr. 12, 2022 | |
| 28 | Bureau of Prisons Program Statement 5322.13, Inmate Classification and Program Review | |
| 29 | Bureau of Prisons Male PATTERN Risk Scoring, Oct. 13, 2019 | |
| 30 | Bureau of Prisons Individualized Needs Plan – Program Review Summary Report, Nov. 10, 2022, May 5, 2023 | |

| No. | Description | Admitted |
|---|---|---|
| 31 | Bureau of Prisons Chronological Disciplinary Record, Apr. 23, 2023 | |
| 32 | Bureau of Prisons Work Performance Ratings, Mar. 31, 2022 & May 24, 2023 | |
| 33 | Curriculum Vitae of Clark Clipson, Ph.D., 2024 | |
| 34 | Declaration of Clark Clipson, Ph.D., Sept. 24, 2015 | |
| 35 | Raw data from Neuropsychological Evaluation by Randall Price, Ph.D. | |
| 36 | Handwritten Notes from Neuropsychological Evaluation by Randall Price, Ph.D. | |
| 37 | Preliminary Report of the Neuropsychological Evaluation by Randall Price, Ph.D., June 20, 2005 | |
| 38 | Report of Neuropsychological Evaluation of Randall Price, Ph.D., July 1, 2005 | |
| 39 | Interview Transcript of Edward Leon Fields, Jr. by Randall Price, Ph.D., June 13, 2005 | |
| 40 | Interview Transcript of Edward Leon Fields, Jr. by Randall Price, Ph.D., June 28, 2005 | |
| 41 | Curriculum Vitae of Alan Kaufman, Ph.D., 2024 | |
| 42 | Declaration of Alan Kaufman, Ph.D., Sept. 15, 2015 | |
| 43 | Report of D.H. Berns, M.D., Sept. 20, 2017 | |
| 44 | Curriculum Vitae of Glori J. Shettles, 2024 | |
| 45 | Mitigation Task List prepared by Ron Lax, Aug. 20, 2003 | |
| 46 | Email from Julia O'Connell to Isaiah "Skip" Gant, Glori Shettles, and Ron Lax, Apr. 13, 2004 | |
| 47 | Email from Glori Shettles to Julia O'Connell, Apr. 29, 2004 | |

| No. | Description | Admitted |
|---|---|---|
| 48 | Mitigation Timeline prepared by Glori Shettles, Updated Jan. 21, 2005 | |
| 49 | Email from Glori Shettles to Ron Lax, Aug. 25, 2004 | |
| 50 | Email from Glori Shettles to George Woods, M.D., Oct. 14, 2004 | |
| 51 | Email from Glori Shettles to Julia O'Connell, Dec. 10, 2004 | |
| 52 | Mitigation Witnesses Memorandum prepared by Glori J. Shettles, May 2, 2005 | |
| 53 | Email from Glori Shettles to Julia O'Connell, June 13, 2005 | |
| 54 | Email from Glori Shettles to Julia O'Connell, June 21, 2005 | |
| 55 | Letter from Glori Shettles to Julia O'Connell, July 1, 2005 | |
| 56 | Email from Julia O'Connell to Glori Shettles, July 4, 2005 | |
| 57 | Email from Glori Shettles to Julia O'Connell, July 7, 2005 | |
| 58 | Declaration of Glori Shettles, Mar. 22, 2010 | |
| 59 | Initial Report from Daniel Martell, Ph.D., Apr. 1, 2010, | |
| 60 | Final Report from Daniel Martell, Ph.D., May 30, 2013 | |
| 61 | Raw data from Daniel Martell, Ph.D. | |
| 62 | Declaration of Steven S. Nolder, Sept. 24, 2015 | |
| 63 | Declaration of Michael M. Gelbort, Ph.D., Sept. 30, 2015 | |
| 64 | Supplemental Declaration of Michael M. Gelbort, Ph.D., Aug. 7, 2023 | |
| 65 | Neuropsychological Examination by George Woods, M.D., June 25, 2005 | |
| 66 | Handwritten Notes from Neuropsychological Evaluation by George Woods, M.D. | |
| 67 | Mental Health Evaluation by Jeffrey R. Mitchell, M.D., June 30, 2005 | |
| 68 | Progress Notes by Mike Kemp, M.D. | |

| No. | Description | Admitted |
|---|---|---|
| 69 | Declaration of Raymond J. Mach, June 15, 2022 | |
| 70 | Declaration of Joseph T. Stanik, June 15, 2022 | |
| 71 | Raw Data from Curtis Todd Grundy, Ph.D., July 25, 2003 | |
| 72 | Notes from Curtis Todd Grundy, Ph.D., July 25, 2003 | |
| 73 | Draft Evaluation by Michael M. Gelbort, Ph.D. | |
| 74 | Letter from Julia O'Connell to Michael M. Gelbort, Ph.D., July 5, 2004 | |
| 75 | Letter from Julia O'Connell to Michael M. Gelbort, Ph.D., July 6, 2005 | |
| 76 | Invoice from Michael M. Gelbort, Ph.D., to Julia O'Connell, Sept. 2, 2004 | |
| 77 | Invoice from Michael M. Gelbort, Ph.D., to Julia O'Connell, July 22, 2005 | |
| 78 | Raw Data from Michael M. Gelbort, Ph.D., Aug. 11, 2004 | |
| 79 | Handwritten Notes from Evaluation by Michael M. Gelbort, Ph.D., Aug. 11, 2004 | |
| 80 | Email from Julia O'Connell to George Woods, M.D., Sept. 20, 2004 | |
| 81 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, Nov. 10, 2004 | |
| 82 | Email from Isaiah "Skip" Gant to Julia O'Connell, March 9, 2005 | |
| 83 | Email from Isaiah "Skip" Gant to David Freedman, June 1, 2005 | |
| 84 | Email from Isaiah "Skip" Gant to David Freedman and Julia O'Connell, June 3, 2005 | |
| 85 | Email exchange between Michael M. Gelbort, Ph.D., and Julia O'Connell, June 13-14, 2005 | |
| 86 | Email exchange between Michael M. Gelbort, Ph.D., and Julia O'Connell, June 19-20, 2005 (am) | |

| No. | Description | Admitted |
|---|---|---|
| 87 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, June 20, 2005 (pm) | |
| 88 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, June 22, 2005 | |
| 89 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, June 23, 2005 | |
| 90 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, June 25, 2005 | |
| 91 | Email from Julia O'Connell to Michael M. Gelbort, Ph.D.; George Woods, M.D.; David Freedman; and Lisa Greenman, July 1, 2005 | |
| 92 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, July 6, 2005 | |
| 93 | Report of Fields Brain MRI from Indiana Imaging Center of Terre Haute, Nov. 3, 2011 | |
| 94 | Declaration of Isaiah "Skip" Gant, Sept. 24, 2015 | |
| 95 | Email from Isaiah "Skip" Gant to David Freedman, Lisa Greenman, and Julia O'Connell, Jan. 7, 2005 | |
| 96 | Email from David Freedman to Isaiah "Skip" Gant, Lisa Greenman, and Julia O'Connell, Jan. 7, 2005 | |
| 97 | Email from Isaiah "Skip" Gant to Julia O'Connell, Jan. 7, 2005 (am) | |
| 98 | Email from Isaiah "Skip" Gant to David Freedman, Jan. 7, 2005 | |
| 99 | Email from Isaiah "Skip" Gant to Julia O'Connell, Glori Shettles, and Ron Lax, Apr. 13, 2004 | |
| 100 | Email from Isaiah "Skip" Gant to Julia O'Connell, Glori Shettles, and Ron Lax, Apr. 20, 2004 | |
| 101 | Email from Isaiah "Skip" Gant to Julia O'Connell, Apr. 21, 2004 | |
| 102 | Email from Isaiah "Skip" Gant to Julia O'Connell and Glori Shettles, May 24, 2004 | |

| No. | Description | Admitted |
|---|---|---|
| 103 | Email from Isaiah "Skip" Gant to Julia O'Connell, July 14, 2004 | |
| 104 | Email from Isaiah "Skip" Gant to Julia O'Connell, Aug. 20, 2004 | |
| 105 | Email from Isaiah "Skip" Gant to Julia O'Connell, Aug. 25, 2004 | |
| 106 | Email from Isaiah "Skip" Gant to Julia O'Connell, Dec. 9, 2004 | |
| 107 | Email from Isaiah "Skip" Gant to Julia O'Connell, Lisa Greenman, and David Freedman, Jan. 16, 2005 | |
| 108 | Email from Isaiah "Skip" Gant to Julia O'Connell, Feb. 10, 2005 | |
| 109 | Email from Isaiah "Skip" Gant to Julia O'Connell, Sept. 8, 2005 | |
| 110 | Trial Appointment, July 21, 2003 | |
| 111 | Ex Parte Application for Subpoena, July 22, 2003 | |
| 112 | Defendant's Objection to Government's Proposed Amendment to Order Regarding Mental Health Evidence and Examination, Feb. 28, 2005 | |
| 113 | Defendant's Proposed Voir Dire Procedures and Memorandum of Law, Mar. 11, 2005 | |
| 114 | Emails from Paul Brunton to Judy Clarke, Michael Abel, Barry Derryberry, and Julia O'Connell, July 21, 2003 | |
| 115 | Report of James Seward, Ph.D., Nov. 16, 2013 | |
| 116 | Raw data from neuropsychological evaluation by James Seward, Ph.D. | |
| 117 | Withdrawn | |
| 118 | David Freedman, *Guide to Mental Health Mitigation* (May 2004) | |
| 119 | Declaration of George Woods, M.D., Mar. 28, 2010 | |
| 120 | Declaration of Julia O'Connell, Mar. 30, 2010 | |

| No. | Description | Admitted |
|---|---|---|
| 121 | Unsigned Evaluation by Michael M. Gelbort, Ph.D. (2 pages) | |
| 122 | Defendant's Notice of Intent to Present Expert Testimony Pursuant to Federal Rule of Criminal Procedure 12.2(B)(1)-(2), Nov. 1, 2004 | |
| 123 | Government's Motion for More Definite Rule 12.2 Notice, Nov. 8, 2004 | |
| 124 | Defendant's Response to Government's Motion for More Definitive Rule 12.2 Notice, Nov. 16, 2004 | |
| 125 | Order Denying the Motion of the Government for More Definitive Rule 12.2 Notice, Nov. 19, 2004 | |
| 126 | Defendant's Amended Notice of Intent to Present Expert Testimony Pursuant to Federal Rule of Criminal Procedure 12.2(B)(2), June 20, 2005 | |
| 127 | Email from Judy Clarke to Isaiah "Skip" Gant and David Freedman, July 22, 2003 | |
| 128 | Email from David Freedman to Isaiah "Skip" Gant, July 28, 2003 | |
| 129 | Email from David Freedman to Isaiah "Skip" Gant, July 29, 2003 | |
| 130 | Email from Kevin McNally to David Freedman, et al., Aug. 3, 2003 | |
| 131 | Email from David Freedman to Isaiah "Skip" Gant, Dec. 1, 2003 | |
| 132 | Email from Judy Clarke to David Freedman, et al., Aug. 26, 2004 | |
| 133 | Email from Kevin McNally to David Freedman, et al., Aug. 31, 2004 | |
| 134 | Email from Isaiah "Skip" Gant to Julia O'Connell, Sept. 20, 2004 | |
| 135 | Email from Lisa Greenman to Julia O'Connell and Isaiah "Skip" Gant, Jan. 7, 2005 | |
| 136 | Email from Lisa Greenman to David Freedman, Julia O'Connell and Isaiah "Skip" Gant, Jan. 8, 2005 | |

| No. | Description | Admitted |
|---|---|---|
| 137 | Email from Lisa Greenman to Julia O'Connell, Feb. 15, 2005 | |
| 138 | Email from Julia O'Connell to Lisa Greenman, Feb. 16, 2005 | |
| 139 | Email from Lisa Greenman to Julia O'Connell, Apr. 2, 2005 | |
| 140 | Email from Lisa Greenman to Julia O'Connell, June 10, 2005 | |
| 141 | Email from Lisa Greenman to Julia O'Connell, June 27, 2005 | |
| 142 | Email from Lisa Greenman to Julia O'Connell, July 6, 2005 | |
| 143 | Email from Lisa Greenman to Julia O'Connell, July 25, 2005 | |
| 144 | Notice of Intent to Seek the Death Penalty, Mar. 15, 2004 | |
| 145 | Defendant's Supplemental Ex Parte Motion for Extension of Time to File Rule 12.2 Notice, Aug. 27, 2004 | |
| 146 | Defendant's Supplemental Ex Parte Motion for Extension of Time to File Rule 12.2 Notice, Sept. 17, 2004 | |
| 147 | Notice of the Nature of Evidence and Listing of Potential Witnesses in Support of Aggravating Factors and Death Penalty Eligibility, May 26, 2005 | |
| 148 | Brief Addressing Admissibility of Evidence in Support of Future Dangerousness and Mental Anguish Non-Statutory Aggravating Factors, June 10, 2005 | |
| 149 | Order Regarding Preliminary Exclusion of Evidence, June 17, 2005 | |
| 150 | Letter from Julia O'Connell to Michael M. Gelbort, Ph.D., July 6, 2005 | |
| 151 | Brief in Opposition to Defendant's Rule 29 Motion, July 20, 2005 | |
| 152 | Special Findings Form and Verdict Form, July 22, 2005 | |
| 153 | "Fields Working Points" from Julia O'Connell | |

| No. | Description | Admitted |
|---|---|---|
| 154 | Email from David Freedman to Isaiah "Skip" Gant, Lisa Greenman, and Julia O'Connell, Jan. 7, 2005 | |
| 155 | Email from Isaiah "Skip" Gant to David Freedman, Jan. 7, 2005 | |
| 156 | Email from David Freedman to Lisa Greenman, Jan. 7, 2005 | |
| 157 | Email from David Freedman to Julia O'Connell and Isaiah "Skip" Gant, Jan. 14, 2005 | |
| 158 | Email from David Freedman to George Woods, M.D., Feb. 1, 2005 | |
| 159 | Email from David Freedman to David Bruck, et al., Mar. 24, 2005 | |
| 160 | Email from David Freedman to Julia O'Connell and Isaiah "Skip" Gant, May 31, 2005 | |
| 161 | Email from Isaiah "Skip" Gant to David Freedman, Jan. 1, 2005 | |
| 162 | Email from Isaiah "Skip" Gant to David Freedman, June 3, 2005 | |
| 163 | Email from David Freedman to Julia O'Connell, June 16, 2005 | |
| 164 | Email from David Freedman to Julia O'Connell, June 23, 2005 | |
| 165 | Email from David Freedman to Julia O'Connell, July 4, 2005 | |
| 166 | Email from David Freedman to Julia O'Connell, July 4, 2005 | |
| 167 | Email from David Freedman to Julia O'Connell, July 5, 2005 | |
| 168 | Letter from United States Attorney Sheldon Sperling and Assistant AUSA Linda Epperley to Julia O'Connell, Feb. 1, 2005 | |
| 169 | Letter from Julia O'Connell to Bradley D. Grinage, M.D., June 8, 2005 | |
| 170 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 13, 2005 | |
| 171 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 13, 2005 | |

| No. | Description | Admitted |
|---|---|---|
| 172 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 19, 2005 | |
| 173 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 21, 2005 | |
| 174 | Email from Lisa Greenman to Julia O'Connell, Apr. 2, 2005 | |
| 175 | Email from Julia O'Connell to David Freedman, Jan. 27, 2005 | |
| 176 | Email from Julia O'Connell to David Freedman, Feb. 28, 2005 | |
| 177 | Email from Julia O'Connell to David Freedman and Lisa Greenman, Mar. 4, 2005 | |
| 178 | Email from Julia O'Connell to David Freedman and Lisa Greenman, Mar. 9, 2005 | |
| 179 | Email from Julia O'Connell to David Freedman, Mar. 9, 2005 | |
| 180 | Email from Julia O'Connell to David Freedman and Lisa Greenman, Mar. 9, 2005 | |
| 181 | Email from Julia O'Connell to Isaiah "Skip" Gant, Mar. 9, 2005 | |
| 182 | Email from Julia O'Connell to David Freedman, Mar. 24, 2005 | |
| 183 | Email from Julia O'Connell to David Freedman and Lisa Greenman, June 9, 2005 | |
| 184 | Email from Julia O'Connell to David Freedman and Lisa Greenman, June 10, 2005 | |
| 185 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 13, 2005 | |
| 186 | Email from Julia O'Connell to George Woods, M.D., June 18, 2005 | |
| 187 | Email from Julia O'Connell to George Woods, M.D., June 18, 2005 | |
| 188 | Email from Julia O'Connell to Bradley D. Grinage, M.D., June 21, 2005 | |

| No. | Description | Admitted |
|---|---|---|
| 189 | Email from Julia O'Connell to Michael M. Gelbort, Ph.D., June 22, 2005 | |
| 190 | Email from Julia O'Connell to Randall Price, June 23, 2005 | |
| 191 | Email from Julia O'Connell to Michael Burt, June 25, 2025 | |
| 192 | Email from Julia O'Connell to David Freedman, July 4, 2005 | |
| 193 | Email from Julia O'Connell to David Freedman, July 4, 2005 | |
| 194 | Email from Julia O'Connell to David Freedman, July 6, 2004 | |
| 195 | Email from Michael M. Gelbort, Ph.D., to Julia O'Connell, July 11, 2005 | |
| 196 | Email from Julia O'Connell to George Woods, M.D., July 24, 2005 | |
| 197 | Email from Julia O'Connell to David Bruck, Aug. 26, 2004 | |
| 198 | Curriculum Vitae of Michael M. Gelbort, Ph.D. | |
| 199 | Curriculum Vitae of George Woods, M.D. | |
| 200 | Curriculum Vitae of Bradley D. Grinage, M.D. | |
| 201 | Curriculum Vitae of Travis Snyder, D.O. | |
| 202 | Curriculum Vitae of Susan Koslow, M.D. | |
| 203 | Curriculum Vitae of Erin Bigler, Ph.D. | |
| 204 | Curriculum Vitae of Art Cody | |
| 205 | Curriculum Vitae of Maureen Baird | |
| 206 | Motion for Attorney Isaiah "Skip" Gant to Appear Pro Hac Vice, Aug. 12, 2003 | |
| 207 | Minute Order Granting Motion for Attorney Isaiah "Skip" Gant to Appear Pro Hac Vice, Sept. 9, 2003 | |
| 208 | Email from Julia O'Connell to David Freedman, Lisa Greenman, and Isaiah "Skip" Gant, Jan. 7, 2005 | |

| No. | Description | Admitted |
|---|---|---|
| 209 | Email from Sheldon Sperling to Scott Woodward and Julia O'Connell, May 27, 2005 | |
| 210 | Email from Julia O'Connell to Isaiah "Skip" Gant, June 6, 2005 | |
| 211 | Email from Julia O'Connell to George Woods, June 12, 2005 | |
| 212 | Email from Julia O'Connell to George Woods, June 12, 2005 | |
| 213 | Email from Julia O'Connell to George Woods, June 18, 2005 | |
| 214 | Email from Julia O'Connell to Geroge Woods, June 18, 2005 | |
| 215 | Email from George Woods to Julia O'Connell, June 19, 2005 | |
| 216 | Email from Julia O'Connell to George Woods, June 19, 2005 | |
| 217 | Email from George Woods to Julia O'Connell, June 22, 2005 | |
| 218 | Email from Michael Gelbort to Julia O'Connell, June 27, 2005 | |
| 219 | Email from George Woods to Julia O'Connell, Michael Gelbort, David Freedman, Lisa Greenman, July 1, 2005 | |
| 220 | Email from George Woods to Julia O'Connell, July 2, 2005 | |
| 221 | Email from George Woods to Julia O'Connell, July 2, 2005 | |
| 222 | Opinion and Order, Dec. 15, 2016 | |
| 223 | Opinion and Order, Mar. 15, 2017 | |
| 224 | *United States v. Fields*, 949 F.3d 1240 (10th Cir. 2019) (opinion) | |
| 225 | Email from Lisa Greeman to Julia O'Connell and Michael Burt, June 14, 2005 | |
| 226 | Email from Julia O'Connell to Michael Burt, June 28, 2005 | |
| 227 | Email from Julia O'Connell to Michael Burt, July 1, 2005 | |
| 228 | Email from Michael Burt to Lisa Greenman, July 5, 2005 | |

| No. | Description | Admitted |
|---|---|---|
| 229 | Email Michael Burt to Isaiah "Skip" Gant, et al., Apr. 9, 2006 | |
| 230 | Email from Julia O'Connell to Michael Burt, July 22, 2005 | |
| 231 | Email from Michael Burt to Julia O'Connell, July 22, 2005 | |
| 232 | Testimony of Michael Gelbort, *United States of America v. Hammer*, July 18, 2005 (M.D.Pa. Case No. 96-CR-239) | |
| 233 | Declaration of R.L. Winters, M.D., Mar. 3, 2010 | |
| 234 | Declaration of Larry Trombka, M.D., Mar. 26, 2010 | |
| 235 | Declaration of Joyce Louise Bumgardner, M.D., Mar. 30, 2010 | |
| 236 | Declaration of Dean Anderson, March 24, 2010 | |
| 237 | FBI Record of Interview of Edward Fields, July 18, 2003 | |
| 238 | FBI Record of Telephone Call from Edward Fields to Michelle Tipton, July 18, 2003 | |
| 239 | Email from Lisa Greenman to Michael Burt, July 1, 2005 | |
| 240 | Email from Julia O'Connell to Isaiah "Skip" Gant, Sept. 20, 2004 | |
| 241 | Supplemental Declaration of Maureen Baird, Aug. 9, 2023 | |
| 242 | Supplemental Declaration of George Woods, M.D., May 22, 2004 | |
| 243 | Muskogee County Jail records | |
| 244 | Billing records of Gloria Shettles | |
| 245 | Declaration of Rob Ridenour, Feb. 4, 2021 | |
| 246 | Declaration of Paul Brunton, Apr. 24, 2024 | |
| 247 | Declaration of David Bruck, Jan. 16, 2024 | |
| 248 | Declaration of Robin Maher, Jan. 13, 2024 | |

| No. | Description | Admitted |
|---|---|---|
| 249 | Declaration of Judy Clarke, Oct. 21, 2022 | |
| 250 | Declaration of Alex Bunin, Dec. 30, 2020 | |
| 251 | Declaration of Kevin McNally, Aug. 9, 2024 | |
| 252 | Report of Dr. Timm Wagenfuhr, Dec. 8, 1983 | |
| 253 | Handwritten Notes | |
| 254 | Handwritten Notes, Dec. 10, 2004 | |
| 255 | Time Sheets of Gloria Shettles | |
| 256 | Supplemental Report of Erin Bigler, Ph.D., Sept. 9, 2024 | |
| 257 | Duane D. Blatter et al., *Quantitative Volumetric Analysis of Brain MR: Normative Database Spanning 5 Decades of Life*, 16 Am. J. Neuroradiology 241 (1995) | |
| 258 | Margaret A. Roberts et al., *Computerized Tomography in the Diagnosis of Cerebral Atrophy*, 39 J. of Neurology, Neurosurgery, and Psychiatry 909 (1976) | |
| 259 | Miguel Angel Gonzalez Ballester et al., *Estimation of the Partial Volume Effect in MRI*, 6 Med. Image Analysis 389 (2002) | |
| 260 | A. I. Bethlehem et al., *Brain Charts for the Human Lifespan*, 604 Nature 525 (2022) | |
| 261 | Timothy J. Herron et al., *Automated Measurement of the Human Corpus Callosum Using MRI*, 6 Frontiers in Neuroinformatics 25 (2012) | |
| 262 | Michael D. Spencer et al., *Qualitative Assessment of Brain Anomalies in Adolescents with Mental Retardation*, 26 Am. J. Neuroradiology 2691 (2005) | |
| 263 | Email from George Woods to Julia O'Connell, June 18, 2005 | |

| No. | Description | Admitted |
|---|---|---|
| 264 | Report of Bradley D. Grinage, M.D., June 24, 2005 | |
| 265 | Declaration of Michael Abel, Sept. 17, 2024 | |
| 266 | Handwritten Notes of Isaiah "Skip" Gant | |

/s/ Hunter Labovitz
Hunter Labovitz
Federal Public Defender Office
for the Western District of Oklahoma
215 Dean A. McGee Avenue, Suite 707
Oklahoma City, OK 73102
Telephone: 405-609-5975
hunter_labovitz@fd.org

Katherine Ensler
Hayden Nelson-Major
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

Dated: September 24, 2024          *Counsel for Edward Leon Fields, Jr.*

## CERTIFICATE OF SERVICE

I certify that on September 24, 2024, the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hunter Labovitz
Hunter Labovitz
Assistant Federal Defender