

AO 89 (Rev 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| EDWARD LEON FIELDS, JR | ) | Case No. 6.03-CR-00073-RAW |
| | ) | |
| *Defendant* | ) | |

RECEIVED

SEP 1 2024

U.S. Marshals
Eastern Oklahoma

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Isaiah Gant, Esq
▮▮▮▮▮▮▮▮▮▮

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 101 North 5th Street | Courtroom No.: | 4 |
|---|---|---|---|
| | Muskogee OK 74401 | Date and Time: | 10/07/2024 9.00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 09/18/2024



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Edward Leon Fields, Jr , who requests this subpoena, are:

Katherine Thompson
Assistant Federal Defender
Capital Habeas Unit
Federal Community Defender Office for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545W
Philadelphia, PA 19106
Phone: 215-928-0520
Cell: 267-314-3310

Case No. 6 03-CR-00073-RAW

## PROOF OF SERVICE

This subpoena for *(name of individual and title if any)* Isaiah Gant
was received by me on *(date)* 9/20/2024 .

☑ I served the subpoena by delivering a copy to the named person as follows: at residence

on *(date)* 9/23/2024 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                    for travel and $                    for services, for a total of $        0 00

I declare under penalty of perjury that this information is true.

Date: 9/23/2024

Marl Cot
*Server's signature*

Machel Cothren DUSM
*Printed name and title*

719 Church Street Nashville , TN 37203
*Server's address*

Additional information regarding attempted service, etc:

FILED

SEP 3 0 2024

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk