RECEIVED
SEP 18 2024
U.S. Marshals
Eastern Oklahoma


# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

**ORIGINAL**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| EDWARD LEON FIELDS, JR. | )    Case No. 6:03-CR-00073-RAW |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Michael Abel

     ███████████

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 101 North 5th Street | Courtroom No.: | 4 |
|---|---|---|---|
| | Muskogee, OK 74401 | Date and Time: | 10/07/2024 12:00 pm |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:    09/18/2024



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Edward Leon Fields, Jr.
_____ , who requests this subpoena, are:

Katherine Thompson
Assistant Federal Defender
Capital Habeas Unit
Federal Community Defender Office for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545W
Philadelphia, PA 19106
Phone: 215-928-0520
Cell: 267-314-3310

Case No.   6:03-CR-00073-RAW

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  MICHAEL ABEL
was received by me on *(date)*  09/18/2024

   ☒ I served the subpoena by delivering a copy to the named person as follows:  MICHAEL ABEL

                               on *(date)*  09/27/2024  ; or

   ☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 09/27/2024

                                  _____
                                         *Server's signature*

**FILED**

                          A. HEMSTAD, SDUSM
                                        *Printed name and title*

SEP 30 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____      111 N 5TH ST, MUSKOGEE OK 74401
    Deputy Clerk                               *Server's address*

Additional information regarding attempted service, etc: