**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

      *Respondent*,

v.

EDWARD LEON FIELDS, JR.,

      *Petitioner*.

Case No. 6:03-cr-00073-RAW

---

## PETITIONER'S NOTICE REGARDING VIDEO TELECONFERENCE TECHNOLOGY AT THE UPCOMING EVIDENTIARY HEARING

Pursuant to the Court's Order dated September 18, 2024 (Doc. 400), Petitioner Edward Fields, through undersigned counsel, respectfully submits this notice confirming that the technology is in place to facilitate appearance by video teleconference for witnesses the Court previously granted leave to appear by video (Docs. 376, 378, 387).

On September 25, 2024, a paralegal from the Federal Community Defender Office for the Eastern District of Pennsylvania went to Courtroom Four of the federal Courthouse in Muskogee and, with the assistance of courthouse IT personnel, tested the Zoom connection between undersigned counsel (who was remote) and the courtroom. The audio and video connection via Zoom was functional and allowed for full communication between undersigned counsel and the individuals present in the courtroom.

Additionally, counsel for Mr. Fields has tested the Zoom connection of Petitioner's witnesses Erin Bigler, Glori Shettles, and Richard Burr, whom Petitioner plans to call in the October 2024 evidentiary hearing session and who the Court previously granted leave to appear

by video teleconference. Counsel can confirm that the audio/video technology for these three witnesses is fully functional.

Respectfully submitted,

/s/ Hunter Labovitz
Hunter Labovitz
Federal Public Defender
for the Western District of Oklahoma
215 Dean A. McGee Ave, Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
hayden_nelson-major@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: September 30, 2024

## CERTIFICATE OF SERVICE

I certify that on September 30, 2024, the foregoing document was electronically filed using the Court's CM/ECF system, that the document is available for viewing and downloading from the Court's CM/ECF system, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Hunter Labovitz
Hunter Labovitz
Assistant Federal Defender