| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. | CR-03-73-RAW |
| | ) | | |
| vs. | ) | Date: | 10/4/2024 |
| | ) | | |
| EDWARD LEON FIELDS, | ) | Time: | 11:35 a.m. – 12:09 p.m. |
| | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **MINUTE SHEET – TELEPHONIC MOTION HEARING**

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | S. Ottwell, Court Reporter |
| | D. Walker, Term Clerk | Chambers |
| | T. Moore, Deputy Clerk | |

**Counsel for Plaintiff**:  Chris Wilson and Aaron Stewart

**Counsel for Defendant:** Hunter Labovitz, Katherine Ensler, Katherine Thompson, and Hayden Nelson-Major

**MINUTES OF PROCEEDINGS:**  Comes on for hearing on Plaintiff's Motion in Limine (Dkt. 389). Arguments made. Preliminary rulings made on Plaintiff's Motion in Limine (Dkt. 389).

COURT ADJOURNED.