# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   CR-03-73-RAW |
| | ) | |
| Plaintiff, | ) | Date:        10/07/2024 |
| v. | ) | |
| | ) | Time:       9:03 a.m. – 10:35 a.m. |
| EDWARD LEON FIELDS, JR., | ) | 10:56 a.m. – 12:17 p.m. |
| | ) | 1:20 p.m. – 3:50 p.m. |
| Defendant. | ) | 4:00 p.m. – 5:30 p.m. |

## MINUTE SHEET – EVIDENTIARY HEARING

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | Joanna Smith, Reporter |
| | D. Walker, Law Clerk | FTR Courtroom 4 - Room 420 |
| | R. Keeling, Deputy Clerk | |
| | K. Hayes, Deputy Clerk | |

Counsel for Plaintiff:     Christopher J. Wilson, Jeffrey B. Kahan, and Aaron Stewart
Counsel for Defendant:    Hunter Labovitz, Katherine Ensler, Katherine Thompson, and Hayden Nelson-Major

☐  Defendant appears in person with counsel     ☒  Defendant waived appearance.

**DEFENDANT'S WITNESSES:**
1.  Isaiah "Skip" Gant, Esq.
2.  Michael Abel, Esq.
3.  Barry Derryberry, Esq.

**MINUTES:**  Comes on for evidentiary hearing regarding Defendant's claim that his trial was ineffective for failing to adequately investigate and present at trial evidence of his organic brain damage. Discussions held regarding pre-admitted exhibits. Parties responded. Defendant's evidence begins. In recess until 10/8/2024 at 9:00 a.m.

COURT ADJOURNED.