# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   CR-03-73-RAW |
| | ) | |
| Plaintiff, | ) | Date:        10/08/2024 |
| v. | ) | |
| | ) | Time:      9:00 a.m. – 10:30 a.m. |
| EDWARD LEON FIELDS, JR., | ) | 10:50 a.m. – 12:30 p.m. |
| | ) | 1:30 p.m. – 3:10 p.m. |
| Defendant. | ) | 3:25 p.m. – 4:35 p.m. |

## <u>MINUTE SHEET – EVIDENTIARY HEARING</u>

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | Shelley Ottwell, Reporter |
| | D. Walker, Law Clerk | FTR Courtroom 4 - Room 420 |
| | K. Hayes, Deputy Clerk | |

Counsel for Plaintiff:      Christopher J. Wilson, Jeffrey B. Kahan, and Aaron Stewart
Counsel for Defendant:    Hunter Labovitz, Katherine Ensler, Katherine Thompson, and Hayden Nelson-Major

☐  Defendant appears in person with counsel      ☒  Defendant waived appearance.

**DEFENDANT'S WITNESSES:**
3. Barry Derryberry, Esq.
4. Michael M. Gelbort, Ph.D.

**MINUTES:**   Defendant's evidence resumed with testimony of Barry Derryberry, Esq. In recess until 10/9/2024 at 9:00 a.m.

COURT ADJOURNED.