# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   CR-03-73-RAW |
| | ) | |
| Plaintiff, | ) | Date:        10/09/2024 |
| v. | ) | |
| | ) | Time:      9:04 a.m. – 11:01 a.m. |
| EDWARD LEON FIELDS, JR., | ) | 11:18 a.m. – 12:30 p.m. |
| | ) | 1:30 p.m. – 3:00 p.m. |
| Defendant. | ) | 3:15 p.m. – 5:03 p.m. |

## <u>MINUTE SHEET – EVIDENTIARY HEARING</u>

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | Shelley Ottwell, Reporter |
| | D. Walker, Law Clerk | FTR Courtroom 4 - Room 420 |
| | K. Hayes, Deputy Clerk | |

Counsel for Plaintiff:     Christopher J. Wilson and Aaron Stewart
Counsel for Defendant:   Hunter Labovitz, Katherine Ensler, Katherine Thompson, and Hayden Nelson-Major

☐  Defendant appears in person with counsel     ☒  Defendant waived appearance.

**DEFENDANT'S WITNESSES:**
5. Lisa Greenman, Esq.
6. David Freedman, Ph.D.
7. George W. Woods, Jr., M.D.

**<u>MINUTES:</u>**  Discussions held regarding proposed scheduling dates. Parties responded. Defendant's evidence continues. In recess until 10/10/2024 at 9:00 a.m.

COURT ADJOURNED.