# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    CR-03-73-RAW |
| | ) | |
| Plaintiff, | ) | Date:        10/10/2024 |
| v. | ) | |
| | ) | Time:        8:58 a.m. – 10:25 a.m. |
| EDWARD LEON FIELDS, JR., | ) | 10:40 a.m. – 12:10 p.m. |
| | ) | 1:10 p.m. – 2:50 p.m. |
| Defendant. | ) | 3:00 p.m. – 5:05 p.m. |

## <u>MINUTE SHEET – EVIDENTIARY HEARING</u>

Gerald L. Jackson, Judge        K. Davis, Law Clerk        Karla McWhorter, Reporter
                                D. Walker, Law Clerk       FTR Courtroom 4 - Room 420
                                K. Hayes, Deputy Clerk


Counsel for Plaintiff:     Christopher J. Wilson and Aaron Stewart
Counsel for Defendant:    Hunter Labovitz, Katherine Ensler, Katherine Thompson, and Hayden Nelson-Major

☐  Defendant appears in person with counsel     ☒  Defendant waived appearance.

**DEFENDANT'S WITNESSES:**
7. George W. Woods, Jr., M.D.
8. Bradley D. Grinage, M.D.

**MINUTES:**  Defendant's evidence resumed with testimony of George W. Woods, Jr., M.D. Defendant's evidence continues. Discussions held regarding expected witnesses. Parties responded. In recess until 10/11/2024 at 9:00 a.m.

COURT ADJOURNED.