# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   CR-03-73-RAW |
| | ) | |
| Plaintiff, | ) | Date:        10/11/2024 |
| v. | ) | |
| | ) | Time:       9:07 a.m. – 10:32 a.m. |
| EDWARD LEON FIELDS, JR., | ) | 10:47 a.m. – 12:30 p.m. |
| | ) | 1:30 p.m. – 3:30 p.m. |
| Defendant. | ) | 3:45 p.m. – 5:05 p.m. |

### <u>MINUTE SHEET – EVIDENTIARY HEARING</u>

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | Karla McWhorter, Reporter |
| | D. Walker, Law Clerk | FTR Courtroom 4 - Room 420 |
| | K. Hayes, Deputy Clerk | |

Counsel for Plaintiff:      Christopher J. Wilson and Aaron Stewart
Counsel for Defendant:    Hunter Labovitz, Katherine Ensler, Katherine Thompson, and Hayden Nelson-Major

☐  Defendant appears in person with counsel      ☒  Defendant waived appearance.

**DEFENDANT'S WITNESSES:**
9. Richard Burr, Esq. via Video
10. Travis Snyder, D.O.
11. Gloria Shettles via Video
12. Erin David Bigler, Ph.D. via Video

**<u>MINUTES:</u>** Defendant's evidence continues. Evidentiary hearing continued to November 12-13, 2024, at 9:00 a.m. In recess.

COURT ADJOURNED.