UNITED STATES OF AMERICA,

     *Respondent,*

v.

EDWARD LEON FIELDS, JR.,

     *Petitioner*.

Case No. 6:03-cr-00073-RAW

---

## PETITIONER'S UNOPPOSED MOTION FOR RECONSIDERATION OF PORTION OF MINUTE ORDER DATED AUGUST 5, 2024, TO ALLOW WITNESS MICHAEL BURT, ESQ., TO TESTIFY VIA VIDEOCONFERENCING

Petitioner, Edward Leon Fields, through undersigned counsel, respectfully requests reconsideration of a portion of the Court's Minute Order dated August 5, 2024 (Doc. No. 376), to allow Michael Burt, Esq., to testify at the upcoming evidentiary hearing via videoconferencing, and states the following in support:

1. On July 29, 2024, Mr. Fields filed an unopposed motion to allow certain witnesses, including Mr. Burt, to testify at the evidentiary hearing in these proceedings via videoconferencing. Doc. No. 372.

2. During a telephonic hearing on that motion on August 5, 2024, the Court explained that witnesses would be permitted to testify via videoconferencing for health-related reasons only. Following the conference, the Court denied Petitioner's motion as to several witnesses, including Mr. Burt. Doc. No. 376.

3. In response to the Court's order, undersigned counsel contacted Mr. Burt to discuss his availability to testify in person. Mr. Burt indicated that he has no health conditions that preclude

travel, but that the time required to travel from his home in San Francisco, California, to testify in person would cause significant disruption to his active legal practice.

4.      Petitioner anticipates that Mr. Burt's testimony will be very limited. Like witness Richard Burr, Esq., who testified in these proceedings via videoconferencing on October 11, 2024, Mr. Burt had minimal involvement in this case through his role as a member of the Federal Death Penalty Resource Counsel Project.

5.      In a declaration signed on April 17, 2024, attached hereto as Exhibit A, Mr. Burt described his involvement in Mr. Fields's case as follows:

> I can recall that Lisa Greenman tried to put me in touch with Julia O'Connell to offer some impressions about her expert, Dr. Michael Gelbort and several weeks later to give some advice in handling the cross examination of the government expert who would be testifying at trial. . . .
>
> I see from the emails that my contact over email with Ms. O'Connell and her questions were very rushed and our limited dialogue very superficial. I never was able to connect with her about Dr. Gelbort. . . .
>
> Several months later in time, I see that I was able to send her a paragraph or two via email with some . . . cases related to opposing the admission of certain evidence through the Government's witness. Later, when I was able to attend to her email again, I learned that she had just closed to the jury.

*See* Exhibit A, Declaration of Michael Burt, Esq., Pursuant to 28 U.S.C. § 1746, April 17, 2024, ¶¶ 2–4.

6.      Mr. Burt further stated that he has no "additional recollection of having written or verbal communication with Attorney Julia O'Connell or Skip Gant." *Id.* ¶ 2.

7.      Petitioner requested that the Government stipulate to Mr. Burt's declaration in order to avoid his testimony altogether, but the Government declined to do so. However, the Government did not oppose Petitioner's July 29, 2024, request to present Mr. Burt's testimony via teleconferencing, and does not oppose this request for reconsideration.

8.      In light of the anticipated limited scope of Mr. Burt's testimony, and the significant travel and time that will be required if Mr. Burt is to testify in person, Petitioner requests that Mr. Burt be permitted to testify via video teleconference.

WHEREFORE, Petitioner respectfully requests that this Court GRANT his motion with respect to Mr. Burt. A proposed order has been submitted via email to the Clerk of Court.

/s/ Katherine Thompson
Katherine Thompson
Katherine Ensler
Hayden Nelson-Major
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_thompson@fd.org
katherine_ensler@fd.org
hayden_nelson-major@fd.org

Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: October 21, 2024

# CERTIFICATE OF SERVICE

I certify that on October 21, 2024, that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Katherine Thompson
Katherine Thompson
Assistant Federal Defender