UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. | CR-03-73-RAW |
| | ) | | |
| vs. | ) | Date: | 10/23/2024 |
| | ) | | |
| EDWARD LEON FIELDS, JR., | ) | Time: | 10:05 a.m. – 10:35 a.m. |
| | ) | | |
| Defendants. | ) | | |

## MINUTE SHEET – TELEPHONIC STATUS CONFERENCE

Gerald L. Jackson, Judge          D. Walker, Law Clerk          Chambers, Room 327
                                  P. Bruce, Deputy Clerk

**Counsel for Plaintiff**:    Christopher J. Wilson and Aaron J. Stewart

**Counsel for Defendant:** Hunter S. Labovitz, Katherine Thompson, Katherine E. Ensler, and Hayden Nelson-Major.

**MINUTES OF PROCEEDINGS:**

Comes on for Telephonic Status Conference. Court inquires as to the status of the case as well as dates of availability in November 2024 and December 2024 for continuance of the Evidentiary Hearing. The Evidentiary Hearing will continue on November 12-13, 2024, and December 9-11, 2024. Nothing further by the parties. Minute Order to follow.

COURT ADJOURNED.