**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| **v.** | **Case No.** 6:03-cr-00073-RAW |
| **EDWARD LEON FIELDS, JR.,** | |
| *Defendant.* | |

**UNOPPOSED MOTION TO POSTPONE THE HEARING
SCHEDULED FOR NOVEMBER 12 AND 13, 2024**

Petitioner, Edward Leon Fields, through undersigned counsel, respectfully requests that the court postpone the hearing dates scheduled for November 12 and 13, 2024, and states the following in support:

1.    The evidentiary hearing in this matter is currently scheduled to resume on November 12 and 13, 2024.

2.    Unfortunately, Ms. Nelson-Major's father-in-law passed away yesterday evening. Ms. Nelson-Major's spouse must now be out of state to make appropriate arrangements. In her spouse's absence, Ms. Nelson-Major is the sole caregiver for her school-aged children.

3.    Ms. Nelson-Major was to present at least one witness at the hearing next week and has been heavily involved in the preparation of trial counsel, Julia O'Connell's testimony.

4.    Petitioner requests a continuance of the November 12 and 13, 2024 hearing dates to allow Ms. Nelson-Major to care for her family and participate in funeral arrangements next week.

5.    Counsel for the government does not oppose this request.

WHEREFORE, Petitioner respectfully requests that this Court GRANT his motion and postpone the hearing scheduled for November 12 and 13, 2024. A proposed order has been submitted via email to the Clerk of Court.

Respectfully submitted,

/s/ Katherine Ensler
Katherine Thompson
Katherine Ensler
Hayden Nelson-Major
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_thompson@fd.org
katherine_ensler@fd.org
hayden_nelson-major@fd.org

Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: November 6, 2024

2

## <u>CERTIFICATE OF SERVICE</u>

I, Katherine Ensler, hereby certify that on November 6, 2024, I electronically filed the foregoing Unopposed Motion to Postpone the Hearing with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

<u>/s/ Katherine Ensler</u>
Katherine Ensler