**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Respondent,* | |
| **v.** | **Case No. 6:03-cr-00073-RAW** |
| **EDWARD LEON FIELDS, JR.,** | |
| *Petitioner.* | |

**PETITIONER'S UNOPPOSED MOTION TO ALLOW
WITNESS TO TESTIFY VIA VIDEOCONFERENCING**

Petitioner, Edward Leon Fields, through undersigned counsel, respectfully files this motion to request that Captain Arthur Cody be permitted to testify at the upcoming evidentiary hearing via videoconferencing:

1. Petitioner intends to call Captain Cody at the upcoming evidentiary hearing in December.

2. Captain Cody is having knee surgery later this week and, as a result, will be unable to travel to Muskogee, OK in December without significant discomfort.

3. As such, counsel requests that the Court permit Captain Cody to testify via videoconference.

4. Counsel for Respondent was contacted and indicated that they do not object to Captain Cody appearing by video. Respondent's position relates only to the manner in which the witness will appear, not to the admissibility of the testimony.

5. WHEREFORE, Petitioner respectfully requests that this Court GRANT his motion. A proposed order has been submitted via email to the Clerk of Court.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_ensler@fd.org
hayden_nelson-major@fd.org

Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: November 19, 2024

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2024 that the foregoing documents were e-filed and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender