**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

     *Respondent,*

v.

                                         **Case No. 6:03-cr-00073-RAW**

EDWARD LEON FIELDS, JR.,

     *Petitioner*.

## UNOPPOSED MOTION FOR ORDER FOR ISSUANCE OF SUBPOENA AND PAYMENT OF TRAVEL COSTS AND WITNESS FEES

Petitioner, Edward Leon Fields, Jr., through undersigned counsel, respectfully requests an order authorizing the United States Marshals to arrange and pay for the travel costs of a witness, Brian O'Leary, and in support states as follows:

1. The evidentiary hearing in this matter is scheduled to resume on Thursday, December 5, 2024. As part of ongoing preparations for the hearing, undersigned counsel met with Mr. Fields's trial counsel, Julia O'Connell, on October 29, 2024.

2. During that meeting, undersigned counsel learned that Ms. O'Connell had met with counsel for Respondent and a Federal Bureau of Investigation agent in September, 2024 and, shortly thereafter, the meeting was memorialized in a Federal Bureau of Investigation 302 Report. The next day, October 30, 2024, undersigned counsel requested a copy of the 302 Report from counsel for Respondent. Counsel for Respondent provided undersigned counsel with the requested documents on November 6, 2024.

3. Based on the content of the 302 Report and subsequent conversations between Ms. O'Connell and undersigned counsel, Ms. O'Connell has now repudiated several material

statements contained in the declaration that she signed on March 30, 2010. These statements are highly relevant to the issues before the Court, particularly regarding why the defense did not present evidence of Mr. Fields's brain damage to the sentencing jury.

4. At the time that Ms. O'Connell signed her declaration, Brian O'Leary was an investigator with the Federal Community Defender Office for the Eastern District of Pennsylvania and a member of the team representing Mr. Fields in these post-conviction proceedings. Along with Assistant Federal Defender Cristi Charpentier, Mr. O'Leary met with Ms. O'Connell to discuss and draft a declaration regarding her representation of Mr. Fields. Mr. O'Leary was also present when Ms. O'Connell reviewed, edited, and then signed the finalized declaration.

5. Based on Ms. O'Connell's repudiation of material statements contained in her sworn declaration, Petitioner believes it is necessary to present the testimony of Mr. O'Leary at the upcoming evidentiary hearing. At the hearing, Mr. O'Leary will testify to his meetings with Ms. O'Connell and the circumstances surrounding her review and signing of the declaration.

6. Undersigned counsel anticipates that Mr. O'Leary's direct examination will take approximately 30 minutes.

7. Mr. Fields is indigent and undersigned counsel has been appointed to represent him because of his indigence. Doc. No. 280. He is financially unable to pay for service or for the fees of witnesses.

8. Mr. Fields requests that the Court order the United States Marshals to subpoena Mr. O'Leary.[1]

---

[1] In accordance with the requirements of the ECF filing system, Mr. Fields's counsel has not included Mr. O'Leary's address. Counsel will provide the address directly to the Marshals.

9. Mr. Fields also requests, pursuant to 28 U.S.C. § 1825, that the Court order that the travel costs and witness fees incurred by this fact witness be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government.

10. Undersigned counsel has consulted with counsel for Respondent and counsel for Respondent indicated that they have no objection to the specific relief requested in this Motion.

11. Mr. Fields respectfully requests that the Court rule in an expedited manner to provide the Marshals with sufficient time to serve the subpoena and make travel arrangements.

12. WHEREFORE, Petitioner respectfully requests that this Court GRANT his motion. A proposed order has been submitted via email to the Clerk of Court.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Ensler
Katherine Thompson
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
hayden_nelson-major@fd.org
katherine_ensler@fd.org
atherine_thompson@fd.org

Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: November 19, 2024

## CERTIFICATE OF SERVICE

I certify that on November 19, 2024 that the foregoing documents were e-filed and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender