UNITED STATES OF AMERICA,

   *Respondent*,

v.

EDWARD LEON FIELDS, JR.,

   *Petitioner*.

Case No. 6:03-cr-00073-RAW

---

## PETITIONER'S NOTICE OF WITHDRAWAL OF MOTION TO ALLOW WITNESS TO TESTIFY VIA VIDEOCONFERENCING (DOC. 427)

Petitioner, Edward Leon Fields, through undersigned counsel, respectfully files this notice to withdraw his motion requesting that Captain Arthur Cody be permitted to testify at the upcoming evidentiary hearing via videoconferencing (Doc. No. 427).

Shortly after filing the motion (Doc. No. 427), Captain Cody informed undersigned counsel that his knee surgery had been postponed. Captain Cody is now able to travel to Muskogee, Oklahoma and testify in person at the evidentiary hearing in December.

WHEREFORE, Petitioner respectfully requests that his previously filed motion to allow Captain Cody to testify via videoconferencing (Doc. No. 427) be withdrawn.

    /s/ Hayden Nelson-Major
    Hayden Nelson-Major
    Katherine Ensler
    Federal Community Defender Office
    for the Eastern District of Pennsylvania
    Suite 545 West, The Curtis
    601 Walnut Street
    Philadelphia, PA 19106
    Telephone: (215) 928-0520
    katherine_ensler@fd.org
    hayden_nelson-major@fd.org

Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: November 19, 2024

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on November 19, 2024 that the foregoing documents were e-filed and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender
