UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. | CR-03-73-RAW |
| | ) | | |
| vs. | ) | Date: | 12/2/2024 |
| | ) | | |
| EDWARD LEON FIELDS, JR., | ) | Time: | 10:05 a.m. – 10:45 a.m. |
| | ) | | |
| Defendant. | ) | | |

## <u>MINUTE SHEET – TELEPHONIC STATUS CONFERENCE/MOTION HEARING</u>

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk<br>D. Walker, Law Clerk<br>P. Bruce, Deputy Clerk | Chambers, Room 327<br>Court Reporter: K. McWhorter |

**Counsel for Plaintiff**:    Christopher J. Wilson and Aaron J. Stewart

**Counsel for Defendant:** Hunter S. Labovitz, Katherine Thompson, Katherine E. Ensler, and Hayden Nelson-Major.

**MINUTES OF PROCEEDINGS:**

Comes on for Telephonic Status Conference/Motion Hearing regarding Defendant's Motion in Limine (Dkt. 389); Defendant's Unopposed Motion to Reconsider Portion of Minute Order Dated 8/5/2024 to Allow Witness Michael Burt, Esq., to Testify via Videoconferencing (Dkt. 415); Unopposed Motion for Order for Issuance of Subpoenas and Payment of Travel Costs and Witness Fees (Dkt. 416); and Unopposed Motion for Order for Issuance of Subpoena and Payment of Travel Costs and Witness Fees (Dkt. 428). Parties present argument. Court makes oral ruling from the bench. Nothing further by the parties. Written and Minute Orders to follow.


COURT ADJOURNED.