# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EDWARD LEON FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-03-73-RAW |
| | ) | |
| UNITED STATED OF AMERICA, | ) | Related: CIV-10-115-RAW |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon *sua sponte* reconsideration of portions of the Court's preliminary findings regarding the Government's Motion *in Limine* to Exclude Irrelevant and Hearsay Evidence and Memorandum in Support [Docket No. 389]. *See* Docket No. 408. Upon reconsideration, the Court orders that the motion is GRANTED IN PART and DENIED IN PART as follows:

1. The Motion is GRANTED IN PART as to evidence and testimony presented through witnesses Art Cody and Raymond Mach, but DENIED as to Joseph Stanik.

2. The Motion is DENIED as to witness Maureen Baird.

3. The Motion is GRANTED IN PART as to witness Alan Stephen Kaufman, Ph.D., but DENIED as to witness Clark Clipson, Ph.D.

4. The Motion remains DENIED as to witness Gloria Shettles, and GRANTED as to witnesses Steven Nolder and Cherie Fields.

IT IS SO ORDERED this 2nd day of December, 2024.

_____

**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**