# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. | CR-03-73-RAW |
| | ) | | |
| Respondent, | ) | Date: | 12/5/2024 |
| v. | ) | | |
| | ) | Time: | 9:03 a.m. – 10:31 a.m. |
| EDWARD LEON FIELDS, JR., | ) | | 10:50 a.m. – 12:04 p.m. |
| | ) | | 1:15 p.m. – 2:44 p.m. |
| Petitioner. | ) | | 3:03 p.m. – 5:10 p.m. |

## MINUTE SHEET – EVIDENTIARY HEARING (Day 6)

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | K. McWhorter, Reporter |
| | D. Walker, Law Clerk | FTR Courtroom 4 - Room 420 |
| | P. Bruce, Deputy Clerk | |

Counsel for Plaintiff:     Christopher J. Wilson and Aaron Stewart
Counsel for Defendant:   Hunter Labovitz, Katherine Ensler, Katherine Thompson, and Hayden Nelson-Major

☐ Defendant appears in person with counsel     ☒ Defendant waived appearance.

## DEFENDANT'S WITNESSES:

13. Dr. Clark Clipson, Ph.D.
14. Julia O'Connell

| TIME | MINUTES |
|---|---|
| 9:03 a.m. | Defendant calls Defense Witness #13 – Dr. Clark Clipson; refers to Defense Exhibit 33. Dr. Clipson deemed an expert. Deft moves to admit Defense Exhibit 33; admitted w/o objection. (GLJ) Refers to Defense Exhibits 35, 36, 38. Refers to Govt's Exhibit 38. |
| 9:57 a.m. | Cross-examination of Witness #13 - Dr. Clipson by Plaintiff. Refers to Defense Exhibit 78. Refers to Defense Exhibit 35. Refers to Defense Exhibit 78. |
| 10:27 a.m. | Redirect examination of Defense Witness #13 |
| 10:31 a.m. | Break until 10:45 a.m. |
| 10:50 a.m. | Back in session |
| 10:51 a.m. | Defendant calls Defense Witness #14 – Julia O'Connell |

11:16 a.m.    Refers to Defense Exhibit 269, did not move to admit; refers to Defense Exhibit 191; refers to Defense Exhibit 146

12:04 p.m.    Court breaks for lunch; reconvene at 1:15 p.m.

1:15 p.m.    Court back in session; continuation of Defendant's examination of Defense Witness #14. Refers to Defense Exhibit 210; refers to Govt's Exhibit 4; refers to Defense Exhibits 73, 81, 121, 82, 86, 4, Govt Exhibit 18, Defense Exhibit 120 (not preadmitted); 146, 154, Govt Exhibit 25,

2:44 p.m.    Recess until 3:00 p.m.

3:03 p.m.    Court back in session; Defendant resumes examination of Defense Witness #14; refers to Defense Exhibits 166, 136, 145, Govt Exhibit 66, Defense Exhibits 146, 168, Govt Exhibit 4, Deft Exhibits 4, 266, 240, 181, 85, 53, 126, 239, 92, 150, Govt 23, 49, 171, Govt Exhibits 24, 5, 20, 17

5:10 p.m.    Evidentiary hearing continued to December 6, 2024, at 9:15 a.m.

COURT ADJOURNED.