# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-03-73-RAW |
| | ) | |
| Respondent, | ) | Date: 12/6/2024 |
| v. | ) | |
| | ) | Time: 9:21 a.m. – 11:40 a.m. |
| EDWARD LEON FIELDS, JR., | ) | 1:30 p.m. – 3:13 p.m. |
| | ) | 3:37 a.m. - 5:00 p.m. |
| Petitioner, | ) | |

## MINUTE SHEET – EVIDENTIARY HEARING (Day 7)

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | J. Smith, Reporter |
| | D. Walker, Law Clerk | FTR Courtroom 4 - Room 420 |
| | P. Bruce, Deputy Clerk | |

Counsel for Plaintiff:   Christopher J. Wilson and Aaron Stewart
Counsel for Defendant:   Hunter Labovitz, Katherine Ensler, Katherine Thompson, and Hayden Nelson-Major

☐ Defendant appears in person with counsel   ☒ Defendant waived appearance.

## DEFENDANT'S WITNESSES:

14. Julia O'Connell
15.

| TIME | MINUTES |
|---|---|
| 9:21 a.m. | Court back in session; Defense Witness #14 – Julia O'Connell retakes witness stand; Defense refers to Defendant's Exhibits 184, 146, 120, 195. Defense moves to admit Defense Exhibit 281; no objection. Admitted (GLJ). Defense refers to Defendant's Exhibits 80. Defense refers to Defendant's Exhibits 21 and 22 (not preadmitted). Defense refers to Defendant's Exhibits 141, 166, 194. Defense moves to admit Defendant's Exhibit 120; objection by Government; over Government's objection Exhibit 120 admitted (GLJ). |
| 11:08 a.m. | Cross-examination of Defense Witness #14 by Government. Refers to Defendant's Exhibits 146, 100, 74 |
| 11:40 a.m. | Lunch break – reconvene at 1:30 p.m. |
| 1:30 p.m. | Continued cross-examination of Witness #14 by Government. Refers to Defense Exhibits 145, 146, 153, 122, 80 (which is also Government's Exhibit 55), 240 (which is also Govt's Exhibit 65), 155, 107, 136 (which is also Govt 131), 96 (which is also Govt's Exhibit 29), 208 (which is also Govt's Exhibit 26). Refers to Government's Exhibit 4, Deft 157 (which is also Government's 36). Refers to Defendant's Exhibit 168. Refers to Government's Exhibits 61, 7, 9. Refers to Defendant's Exhibit 179 (which is also Government's Exhibit 20), 180 (which is also Government's Exhibit 20). Refers to Defendant's Exhibit 182. Refers to Government's Exhibit 11. Refers to Defendant's Exhibit 147, |
| 3:13 p.m. | Recess until 3:30 p.m. |

3:37 p.m.    Government resumes cross-examination of Witness #14. Refers to Defendant's Exhibit 160 (which is also Government's Exhibit 25), 168, 170 (which is also Government's Exhibit 24), 171 (which is also Government's Exhibit 34), 148, 149, 172, 164 (which is also Government's Exhibit 17), 141 (which is also Government's Exhibit 19). Refers to Government's Exhibit 51. Refers to Defendant's Exhibits 191, 166, 193, 167. Refers to Government's Exhibit 23, 33

5:00 p.m.    Court adjourned. Evidentiary hearing continued to December 9, 2024, at 9:00 a.m.


COURT ADJOURNED.