# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   CR-03-73-RAW |
| | ) | |
| Respondent, | ) | Date:   12/9/2024 |
| v. | ) | |
| | ) | Time:   9:10 a.m. – 10:34 a.m. |
| EDWARD LEON FIELDS, JR., | ) | 10:54 a.m. – 12:24 p.m. |
| | ) | 1:37 p.m. – 3:34 p.m. |
| Petitioner, | ) | |

### <u>MINUTE SHEET – EVIDENTIARY HEARING (Day 8)</u>

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | S. Ottwell, Reporter |
| | D. Walker, Law Clerk | FTR Courtroom 4 - Room 420 |
| | P. Bruce, Deputy Clerk | |

Counsel for Plaintiff:       Christopher J. Wilson and Aaron Stewart
Counsel for Defendant:     Hunter Labovitz and Hayden Nelson-Major

☐   Defendant appears in person with counsel     ☒   Defendant waived appearance.

## <u>PLAINTIFF'S WITNESSES:</u>

1.  Dr. Joshua Shimony

## <u>DEFENDANT'S WITNESSES:</u>

14. Julia O'Connell
15. Maureen Baird

## <u>TIME</u>          <u>MINUTES</u>

9:10 a.m.       Witness #14 – Julia O'Connell recalled to witness stand. Government continues with cross-examination. Refers to Defense Exhibits 38, 86, 89, 91, 92, 187, 195, 196, 213, 231, 263, 214, 54, 172, 173, 227. Refers to Government's Exhibit 3, 22, 23, 67, 75, Transcript (Vol. 17). Government asks Court to take judicial notice of Transcript (Vol. 17); GRANTED (GLJ); Transcript (Vol. 21)

10:34 a.m.    Break for 15 minutes

10:54 a.m.    Witness #14 – Julia O'Connell retakes witness stand

10:55 a.m.    Re-direct examination of Witness #14. Refers to Defense Exhibits 179, 73, 4, 192, 191. Refers to Government Exhibit 51, 33,

11:35 a.m.    Witness #14 – Julia O'Connell excused.

| | |
|---|---|
| 11:38 a.m. | Defense calls Witness #15 – Maureen Baird. Refers to Defendant's Exhibit 205; Defense moves to admit Defense Exhibit 205; admitted without objection (GLJ). Defense offers Witness #15 as an expert; GRANTED with limitations to the pretrial detention realm. (GLJ). Refers to Defense Exhibit 243. Defendant moves to admit Defense Exhibit 276; no objection; admitted (GLJ). Refers to Exhibits 27 (not admitted at this time), 241. |
| 12:24 p.m. | Cross-examination of Witness #15 by Government. |
| 12:30 p.m. | Court in recess until 1:30 p.m. |
| 1:37 p.m. | Court back in session; The parties are directed to file Findings of Fact and Conclusions of Law; 60 page limitation, within ninety (90) days from January 22, 2025 file |
| 1:41 p.m. | Government calls Government Witness #1 - Dr. Joshua Shimony. Refers to Government's Exhibit 41; moves Court to admit Exhibit 41; no objection; admitted (GLJ). Referred to Government's Exhibits 40, 74. Refers to Defense Exhibit 7. |
| 2:34 p.m. | Cross-examination of Government Witness #1. Refers to Defense Exhibit 256, 260, 257, 261. Refers to Government's Exhibits 40, 74 |
| 3:23 p.m. | Re-direct examination of Government Witness #1. Refers to Defendant's Exhibits 74, 256. Refers to Government's Exhibit 40. |
| 3:27 p.m. | Re-cross examination of Government Witness #1. Refers to Defendant's Exhibit 20. Refers to Government's Exhibit 40. |
| 3:34 p.m. | Court adjourned. Evidentiary hearing continued to January 22, 2025 at 9:00 a.m. |

COURT ADJOURNED.