**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

      *Respondent,*

v.

                                    **Case No. 6:03-cr-00073-RAW**

EDWARD LEON FIELDS, JR.,

      *Petitioner*.

---

## PETITIONER'S UNOPPOSED MOTION TO ALLOW WITNESS JOSEPH STANIK TO TESTIFY VIA VIDEOCONFERENCING

Petitioner, Edward Leon Fields, through undersigned counsel, respectfully requests that witness Joseph Stanik be permitted to testify at the upcoming evidentiary hearing via videoconferencing, and states the following in support:

1. Undersigned counsel intends to call Joseph Stanik, Mr. Fields's commanding officer in the Navy, to testify at the evidentiary hearing scheduled for January 22, 2025.

2. Mr. Stanik lives in Arnold, Maryland. Unfortunately, in light of changed circumstances, Mr. Stanik is no longer able to travel to Muskogee, Oklahoma, to testify in person. Mr. Stanik's wife has health conditions and serious mobility issues. Given his wife's current condition and prescheduled medical appointments, Mr. Stanik is unable to travel at this time.

3. In light of Mr. Stanik's caregiving responsibilities, Petitioner requests that Mr. Stanik be permitted to testify via videoconference.

4. Undersigned counsel has consulted with counsel for the government who have stated that the government has no objection to this motion.

WHEREFORE, Petitioner respectfully requests that this Court GRANT his motion and permit Mr. Stanik to testify by videoconferencing. A proposed order has been submitted via email to the Clerk of Court.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Thompson
Katherine Ensler
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
katherine_thompson@fd.org
katherine_ensler@fd.org
hayden_nelson-major@fd.org

Hunter Labovitz
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

*Counsel for Petitioner Edward Leon Fields, Jr.*

Dated: December 18, 2024

## CERTIFICATE OF SERVICE

I certify that on December 18, 2024, that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender